UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

JESUP & LAMONT, INC.,

                    Debtor.
---------------------------------------------------------x

Chapter 11

Case No. 10-10-14133

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules of Bankruptcy Procedure for the Southern District of New York, Jesup & Lamont, Inc. (the "Debtor"), the above-captioned chapter 11 debtor, hereby states that the list of equity holders of the Debtor holding 10% or more of any class of the Debtor's equity interests is attached hereto as Schedule1.

In addition, (a) the Debtor does not own (directly or indirectly) 10% or more of any class of a corporation's publicly traded equity interests, (b) the Debtor does not own an interest in any limited partnership, (c) the Debtor does not own an interest in any general partnership, and (d) the Debtor does not own any interest in any joint venture. The Debtor owns 100% of the stock of certain corporations, which list is attached hereto as Schedule 2.

Pursuant to 28 U.S.C. §1746, I, the undersigned Senior Vice President - Finance of the Debtor in this chapter 11 case, declares under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, with reliance upon appropriate corporate officers.

Dated: New York, New York
       July 28, 2010

**JESUP & LAMONT, INC**.

By:    /s/ William C. Holub
Name: William C. Holub
Title:  Senior Vice President - Finance

SB/D309391v/F059107

## Schedule 1

| Equity Holder | Address | Class of Shares | Percentage of Interest |
|---|---|---|---:|
| William D. Corbett | 172 Beach Road<br>Belvedere, California 94920 | Preferred | 14.32% |
| Crestview Capital, LLC | 95 Revere Drive, Suite A<br>Northbrook, Illinois 60062 | Preferred | 11.01% |
| Michael Jacks, as Trustee | 204 Bret Hatre Road<br>San Rafael, California 94901 | Preferred | 14.32% |
| Joab Capital LLC | c/o James Fellus<br>3 Filomena Court<br>Dix Hills, New York 11746 | Common | 10.12% |
| Alan Weichselbaum<br>Wexus Capital (c/o Weichselbaum)<br>Gimmel Partners (c/o Weichselbaum) | 50 Sealy Drive<br>Lawrence, New York 11559 | Common | 10.95% |

SB/D309391v/F059107

**Schedule 2**

| Company | Percentage of Equity Interest |
|---|---:|
| Jesup & Lamont Securities Corporation, Inc. | 100% of all shares |
| Empire Financial Group, Inc. | 100% of all shares |
| Empire Investment Advisors, Inc. | 100% of all shares |