# Exhibit A

### List of Creditors Holding 20 Largest Unsecured Claims

Pursuant to Local Bankruptcy Rule 1007-2(a)(4), the following is a list of those creditors holding the 20 largest unsecured claims against the Debtor. This list has been prepared from the books and records of the Debtor, and in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure in connection with the filing of the Debtor's chapter 11 petition. This list does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, (b) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim or (c) claims held by any of the Debtor's employees.

The information set forth on this Schedule shall not constitute an admission of liability by, nor is binding on, the Debtor, and the failure to list a claim as contingent, disputed or subject to set-off shall not be a waiver of any of the Debtor's rights related hereto.

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, Pennsylvania 19114 | $3,328,031.36 | |
| Clarified Partners<br>18 East 41st Street<br>Suite 1901<br>New York, New York 10017<br>Attn: Manager, 212-370-4343 | $245,100.00 | |
| Rosen Seymour Shapps Martin<br>757 Third Avenue, 6th Floor<br>New York, New York 10017-2049<br>Attn: Mike Bernstein, 212-303-1800 | $142,807.35 | |
| Lehman & Eilen LLP<br>50 Charles Lindbergh Boulevard<br>Suite 505<br>Uniondale, New York 11553-3600<br>Attn: Howard Eilen, Esq., 516-222-0888 | $134,408.18 | |
| Fifth Avenue Building Company<br>P.O. Box 5719<br>Hicksville, New York 11802 | $84,496.41 | |
| NYSE Market Inc.<br>Box 4006<br>P.O. Box 8500<br>Philadelphia, Pennsylvania 19178-4006 | $72,500.00 | |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff |
|---|---|---|
| Stein, Rosenberg & Stein<br>1499 West Palmetto Park Road, Suite 300<br>Boca Raton, Florida 33486<br>Attn: Craig Stein, 888-222-4124 | $56,047.76 | |
| New York State Department of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, New York 12205-0300 | $52,631.67 | |
| Stroz Friedberg<br>P.O. Box 975348<br>Dallas, Texas 75397-5348<br>Attn: Erin Nealy Cox, 212-981-6540 | $51,494.80 | |
| Benchmark Builders, Inc.<br>111 John Street, Suite 1040<br>New York, New York 10038<br>Attn: Dave Labell, 302-995-6945 | $46,520.00 | |
| Taylor Cuadrado PC<br>3200 Southwest Freeway<br>Houston, Texas 77027<br>Attn: Thomas Taylor, 713-402-6174 | $45,552.78 | |
| Paduano & Weintraub LLP<br>1251 Avenue of the Americas<br>Ninth Floor<br>New York, New York 10020<br>Attn: Anthony Paduano, 212-785-9100 | $37,877.31 | |
| Morse, Zelnick, Rose & Lander<br>405 Park Avenue<br>New York, New York 10022-4405<br>Attn: Steve Zelnick, 212-838-1177 | $36,467.47 | |
| Lowery Asset Consulting, LLC<br>20 North Wacker Drive<br>Suite 1475<br>Chicago, Illinois 60606<br>Attn: William G. Lowery, 312-759-2314 | $30,000.00 | |
| State of New Jersey, New Jersey Division of Taxation<br>PO Box 281<br>Trenton, New Jersey 08695-0281 | $26,293.37 | |
| Dickstein Shapiro LLP<br>1825 Eye Street NW<br>Washington, DC 20006<br>Attn: Manager, 202-420-2200 | $20,366.48 | |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff |
|---|---|---|
| Valuescope<br>1400 Thetford Court<br>Southlake, Texas 76092<br>Attn: D. Brent Shockely, 817-481-1150 | $15,160.01 | |
| IRS - Department of Treasury<br>P.O. Box 9941/Stop 5300<br>Ogden, Utah 84409-0941 | $15,000.00 | |
| John Dixon<br>210 East 68th Street, Apartment 9L<br>New York, New York 10065 | $14,420.52 | Disputed |
| New York City Department of Finance<br>345 Adams Street, 3rd Floor<br>Brooklyn, New York 11201<br>Attn: Legal Affairs | 14,206.39 | |

## List of Largest Secured Creditors

Pursuant to Local Bankruptcy Rule 1007-2(a)(5), the creditors holding secured claims against the Debtor are listed below. This list has been prepared from the books and records of the Debtor, and in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, in connection with the filing of the Debtor's case under chapter 11.

The information set forth on this Schedule shall not constitute an admission of liability by, nor is binding on, the Debtor, and the failure to list a claim as contingent, disputed or subject to set-off shall not be a waiver of any of the Debtor's rights related hereto.

| Name of Creditor | Amount |
|---|---|
| Fifth Third Bank<br>200 East Robinson Street<br>Orlando, Florida 32801<br>(407) 999-3139<br>Attn: Jackson Young | $599,499.00 |

## Assets and Liabilities of the Debtor

Total Assets…………………………………. $41,151,371.90
Total Liabilities………………………………$24,564,341.27

# Publicly Traded Securities

Pursuant to Local Bankruptcy Rule 1007-2(a)(7), there are debt securities of the Debtor publicly held and there are equity securities of the Debtor which are publicly held, and all are listed below in Table 1. Also pursuant to Local Bankruptcy Rule 1007-2(a)(7), those shares held by each of the Debtor's officers and directors are listed separately in Table 2.

**Table 1**

| Type of Securities Publicly Held | Number Publicly Held | Number of Holders |
|---|---:|---:|
| Common shares | 43,020,106 | 84 |
| Preferred shares | 698,437 | 34 |
| Debenture | 6,408,840 | 30 |

**Table 2**

| Name | Position | Number |
|---|---|---:|
| Alan Weichselbaum | Former CEO, CFO | 470,000 |
| | Wexus Capital | 3,869,969 |
| | Gimmel Partners | 484,848 |
| Steve Rabinovici | Chairman | 0 |
| | EFH Partners | 3,189,422 |
| Mark Wilton | Director | 2,324,111 |

## Debtor's Property Not in its Possession

Pursuant to Local Bankruptcy Rule 1007-2(a)(8), there is no known property of the Debtor that is in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, secured creditor, or agent for such entity.

# List of Owned/Leased Premises

Pursuant to Local Bankruptcy Rule 1007-2(a)(9), listed below is the property or premises owned, leased or held under other arrangements by the Debtor from which the Debtor operates its business.

| ADDRESS | EXPIRATION | LANDLORD | MGMT CONTACT |
|---|---|---|---|
| 150 California Street<br>Suite 2100<br>San Francisco, CA 94111 | 9/30/2011 | CB Richard Ellis Inc.<br>One Maritime Plaza, ste 1660<br>San Francisco, CA 94111 | Helen Tann<br>(415) 974-1591 |
| 888 E. Las Olas Blvd.<br>Suite 600<br>Ft. Lauderdale, FL 33301 | 8/31/2012 | The Las Olas Company<br>888 E. Las Olas Blvd #603<br>Fort Lauderdale, FL 33301 | Bernadette Fandrey<br>(954) 712-9927 |
| 2170 West State Rd 434<br>Suite 100<br>Longwood, FL 32779 | 3/31/2012 | Emerson Investments International<br>5728 Major Blvd.<br>Orlando, FL 32819 | Rosie Ritchie<br>(407) 682-7199 |
| 325 Fifth Avenue<br>Suite 103<br>Indialantic, FL 32903 | 4/30/2014 | Paragon Realty II, LLC<br>325 5th Avenue<br>Indialantic, FL 32903 | Barbara Grant<br>(321) 409-0667 |
| 111 S. Wacker Drive<br>Chicago, IL 60606 | 7/31/2011 | Grippo & Elden LLC<br>111 S. Wacker Drive<br>Chicago, IL 60606 | Thomas Skalitzky<br>(312) 704-7700 |
| 623 Fifth Avenue<br>17th Floor<br>New York, NY 10022 | 8/31/2017 | Cohen Brothers Realty Corp.<br>750 Lexington Avenue<br>New York, NY 10022 | Adam Karafiol<br>(646) 723-1765 |

## Location of Debtor's Books and Records

Pursuant to Local Bankruptcy Rule 1007-2(a)(10), the Debtor has books and records in its offices located at 623 Fifth Avenue, 17th Floor, New York, New York 10022.

# Litigation

Pursuant to Local Bankruptcy Rule 1007-2(a)(11), there are no known actions or proceedings, pending or threatened, against the Debtor or its property where a judgment against the Debtor or a seizure of its property may be imminent.

| Case/Arb No. | Court or Arb. Assoc. | County | Index or Arb. No. | Nature of suit |
|---|---|---|---|---|
| EKN Financial Services, Inc., f/k/a Ehrenkrantz King and Nussbaum, Inc. v. **Jesup & Lamont, Inc**., Jesup & Lamont Securities Corporation, LEgent Clearing LLC and Fifth Third Bank | Supreme Court of the State of New York | Nassau, NY | 002525/10 (Warshawsky, J.) | Action pending for fraudulent transfer or concealment of assets |
| Penson Financial Services, Inc. v. **Jesup & Lamont, Inc**. Steven Rabinovici and Donald A. Wojnowski | Supreme Court of the State of New York | New York, NY | 600667/09 (Lowe, J.) | Action pending for payment on promissory note by Jesup & Lamont, Inc., and individuals as guarantors of note. Trial judge to issue judgment on plaintiff's motion to confirm referee's report after hearing on attorney's fees and interest in connection with note |
| Casey & Hayes, Inc. v. **Jesup & Lamont, Inc**. | Massachusetts, Cambridge District Court | | CA-0952CV0816 | |
| Longview Fund LP v. **Jesup & Lamont, Inc**. | Superior Court of New York | | 650171/2010 | |
| PPF v. **Jesup & Lamont, Inc**. | Supreme Court | San Francisco, CA | CGC-09-488347 | Action pending for unpaid rent |
| Snyderburn, Rishoi and Swann LLP v. **Jesup & Lamont, Inc**. | Circuit Court | Seminole County, FL | 10-CA-2278-15-G | Action pending for unpaid legal fees |
| John Garnet Sellers v. Jesup & Lamont Securities Corporation, Empire Investment Advisors, Empire Financial Group, Inc. and **Jesup & Lamont, Inc**., et al. | FINRA Arbitration | | 09-05556 | |
| Moredirect v. **Jesup & Lamont, Inc**., Empire Financial Group, Inc. | Seminole Circuit Court | Seminole, FL | 09-CA-4599-15-W | Action for unpaid IT services |
| Joseph Padilla v. **Jesup & Lamont, Inc**. | Seminole Circuit Court | Seminole, FL | 09-CA-9315-16-G | Action for unpaid attorneys fees |

| | | | | |
|---|---|---|---|---|
| PPF v. **Jesup & Lamont, Inc**. | Superior Court, San Francisco County | San Francisco, CA | CGC-09-488347 | Action for unpaid rent |
| RXR v. **Jesup & Lamont, Inc**., formerly known as Empire Financial Holdings | Nassau County Supreme Court | Nassau, NY | 09-00694 | Action for unpaid rent |

## Senior Management

Pursuant to Local Bankruptcy Rule 1007-2(a)(12), the following is a list of individuals comprising the Debtor's existing senior management, describing their tenure and relevant responsibilities and experience.

| Name/Position | Experience/ Responsibilities |
|---|---|
| William C. Holub<br>Senior Vice President - Finance | From September 2007 until October 2009, Mr. Holub was CFO of Louis Capital Markets LP, an institutional equities and options broker dealer. Prior to that, from January 2006 to September 2007 Mr. Holub was CFO of Advanced Financial Applications, Inc. Previously, from October 1995 until April 2005, Mr. Holub held various positions at Tullett Liberty Investment Corp. (known as Tullett Prebon) of which his last position was CFO – North America. |

# Payroll

Pursuant to Local Bankruptcy Rule 1007-2(b)(1)-(2) (A) and (C), the following provides the Debtor's estimated weekly payroll for employees (not including officers, directors and stockholders), and the estimated amount to be paid to officers, directors, stockholders, and financial and business consultants retained by the Debtor, for the thirty-day period following commencement of the Debtor's chapter 11 case.

| | |
|---|---|
| Payroll to existing employees, including William C. Holub as Senior Vice President - Finance | $12,650.00/week for next 30 days |

# Estimate Cash Receipts/Budget

Pursuant to Local Bankruptcy Rule 1007-2(b)(3), the following provides, for the thirty-day period following commencement of its chapter 11 case, the Debtor's estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.

| Expense | Amount |
|---|---:|
| Payroll | $40,000.00 |
| Payroll taxes | $5,000.00 |
| Payroll service fee | $2,000.00 |
| Storage and miscellaneous | $15,000.00 |
| Temporary space in New York, New York | $2,500.00 |
| Rent in Longwood, Florida | $1,000.00 |