11531/00054458

Jay B. Itkowitz
Donald A. Harwood
Simon W. Reiff
ITKOWITZ & HARWOOD
305 Broadway, 7th Floor
New York, New York 10007
(646) 822-1801 (telephone)
(212) 822-1402 (facsimile)
jitkowitz@itkowitz.com
dharwood@itkowitz.com
sreiff@itkowitz.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In re:

        JESUP & LAMONT, INC.,

                          Debtor.

Chapter 11

Case No. 10-14133 (AJG)

------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TAKE NOTICE**, that Itkowitz & Harwood hereby appears on behalf of Fifth Avenue Building Company, LLC ("**Landlord**"), the landlord of debtor, Jesup & Lamont, Inc. ("**Debtor**"), and that pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given in or in connection with this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

> ITKOWITZ & HARWOOD
> Attn: Jay B. Itkowitz
> 305 Broadway, 7th Floor
> New York, New York 10007
> (646) 822-1801 (telephone)
> (212) 822-1402 (facsimile)
> jitkowitz@itkowitz.com

**TAKE FURTHER NOTICE**, that the foregoing request applies to and includes not only the notices and papers referenced in the Federal Rules of Bankruptcy Procedure and other provisions cited above, but also without limitation to all orders and notices, of any

application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise, which affect, or seek to affect, or may potentially affect in any way, the Debtor or the bankruptcy estate in this case, or any property or proceeds in which the Debtor and/or the bankruptcy estate in this case may claim an interest.

**TAKE FURTHER NOTICE**, that this appearance and request for notice is without prejudice to the rights, remedies, and claims of Landlord against other individuals and/or entities or any objection by Landlord that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit Landlord to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, or transfer of the case or a proceeding therein.

Dated: New York, New York
August 4, 2010

                            ITKOWITZ & HARWOOD

                By: /s/ *Jay B. Itkowitz*
                    Jay B. Itkowitz
                    Donald A. Harwood
                    Simon W. Reiff
                    305 Broadway, 7th Floor
                    New York, New York 10007
                    (646) 822-1801 (telephone)
                    (212) 822-1402 (facsimile)
                    jitkowitz@itkowitz.com
                    dharwood@itkowitz.com
                    sreiff@itkowitz.com

                    *Attorneys for Landlord*
                    *Fifth Avenue Building Company, LLC*