**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Jesup & Lamont Securities Corporation | CASE NO.: 10–15037–alg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 11 |

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Allan L. Gropper on February 28, 2012 for administration. Please style all future captions with the appropriate judicial suffix (alg ).

Dated:February 28, 2012                                    Vito Genna
                                                                              Clerk of the Court

```
United States Bankruptcy Court
Southern District of New York

In re:                                                          Case No. 10-15037-alg
Jesup & Lamont Securities Corporation                           Chapter 11
       Debtor
                         CERTIFICATE OF NOTICE
District/off: 0208-1        User: gwhite            Page 1 of 3        Date Rcvd: Feb 28, 2012
                            Form ID: 144            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2012.
db           +Jesup & Lamont Securities Corporation,   415 Madison Avenue,   Suite 1436,
               New York, NY 10017-7935
smg           Internal Revenue Service,   PO Box 7346,   Philadelphia, PA  19101-7346
smg           N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY  12201-0551
smg           New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,
               Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY  11201-3719
smg           New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
               Albany, NY  12205-0300
smg          +United States Attorney's Office,   Southern District of New York,
               Attention: Tax & Bankruptcy Unit,   86 Chambers Street, Third Floor,   New York, NY 10007-1825
ust          +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
5383839      +BLOOMBERG FINANCE L.P.,   731 LEXINGTON AVENUE,   NEW YORK, NY 10022-1346,
               ATTN: KARL P. KILB, ESQ.
5357656      +CT CORPORATION SYSTEM,   ALAN D. BUDMAN, ESQUIRE,   1150 OLD YORK RD.,   ABINGTON, PA 19001-3712
5351546      +Canon Financial Services, Inc.,   158 Gaither Drive,   Mount Laurel, NJ 08054-1716
5387029      +EKN FINANCIAL SERVICES INC.,   201 OLD COUNTRY ROAD,   MELVILLE, NY 11747-2731
5327346      +Empire HealthChoice Assurance, Inc.,   d/b/a Empire Blue Cross Blue Shield,
               15 Metro Tech. Center, 4th Floor,   Brooklyn, NY 11201-3826,   Attn: Louis Benza, Essq.
5406120     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: INTERNAL REVENUE SERVICE,   P.O. BOX 21126,   PHILADELPHIA, PA  19114)
5432574      +JOHNSTON TOBEY PC,   ROBERT L TOBEY,   3308 OAK GROVE AVENUE,   DALLAS TEXAS 75204-2370
5363070      +LUXURY WORLDWIDE TRANSPORTATION, LLC,   C/O PIKE & PIKE, P.C.,   1921 BELLMORE AVENUE,
               BELLMORE, NY 11710-5639
5381834      +LiquidPoint LLC,   A BNY ConvergEx Group Company,   311 S. Wacker Dr., Suite 4700,
               Chicago, IL 60606-6622
5351394      +MICHAEL C. PETRYCKI,   STEPHEN A. MARSHALL, ESQ.,   SNR DENTON US LLP,
               1221 AVENUE OF THE AMERICAS,   NEW YORK, NY 10020-1001
5457238      +MISSOURI DEPT. OF LABOR & INDUS. RELATIONS,   MISSOURI DIVISION OF EMPLOYMENT SECURITY,
               P.O. BOX 59,   JEFFERSON CITY, MO 65104-0059,   ATTN: LEGAL COUNSEL
5339966      +Marlin Leasing Corporation,   300 Fellowship Road,   Mount Laurel, NJ 08054-1727
5415001      +Massachusetts Department of Revenue,   Bankruptcy Unit,   P.O. Box 9564,   Boston, MA 02114-9564
5382016      +Moore & Van Allen PLLC,   100 North Tryon Street,   Suite 4700,   Charlotte, NC 28202-4003
5647556      +Municipal Securities Rulemaking Board,   1900 Duke Street,   Suite 600,
               Alexandria, VA 22314-3461
5320565      +NYS DEPT OF TAX AND FINANCE,   BANKRUPTCY SECTION,   PO BOX 5300,   ALBANY NY 12205-0300
5385004      +ROBERT HAYMAN,   C/O CANON BUSINESS PROPERTIES INC.,   190 N. CANON DRIVE, SUITE 304,
               BEVERLY HILLS, CA 90210-5330
5341680      +Robert L. Tobey,   Coyt Randal Johnston, Jr.,   Johnston Tobey, PC,   3308 Oak Grove Avenue,
               Dallas, TX 75204-2370
5391875       State of Connecticut,   Department of Revenue Services,   C&E Division, Bankruptcy Unit,
               25 Sigourney Street,   Hartford CT  06106-5032
5320736      +TRINI AND BETTY THOMAS,   RANDALL C. PLACE, ESQ.,   THE LAW OFFICES OF PLACE & HANLEY, PLLC,
               20 BATTERY PARK AVENUE, SUITE 505,   ASHEVILLE, NC 28801-2878
5336580      +Thornall Associates, L.P.,,   c/o David Ward,   MANDELBAUM, SALSBURG, et al.,
               155 Prospect Avenue,   West Orange, New Jersey 07052-4298
5379144      +Thornall Associates, LP,   c/o David Ward, Esq.,   Mandelbaum Salsburg, PC,   155 Prospect Ave.,
               West Orange, NJ 07052-4298
5379143      +c/o David Ward, Esq.,   Mandelbaum Salsburg, PC,   155 Prospect Ave.,
               West Orange, NJ 07052-4298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0208-1          User: gwhite              Page 2 of 3              Date Rcvd: Feb 28, 2012
                              Form ID: 144              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2012**              **Signature:**    _Joseph Speetjens_

```
District/off: 0208-1          User: gwhite              Page 3 of 3              Date Rcvd: Feb 28, 2012
                              Form ID: 144              Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2012 at the address(es) listed below:

          David A. Ward    on behalf of Creditor   Thornall Associates, LP dward@msgld.com
          Eric J. Snyder    on behalf of Creditor Committee   Official Committee of Unsecured Creditors of Jesup & Lamont Securities Corporation esnyder@wilkauslander.com,   jstauder@wilkauslander.com
          Ronald J. Friedman    on behalf of Debtor   Jesup & Lamont Securities Corporation filings@spallp.com,   RFriedman@SilvermanAcampora.com;jkrell@silvermanacampora.com;RDioguardi@SilvermanAcampora.com;EFlint@SilvermanAcampora.com;DMahoney@SilvermanAcampora.com;sbusell@silvermanacampora.com

                                                                                       TOTAL: 3