**United States Bankruptcy Court**
**Southern District of New York**

In re JESUP & LAMONT, INC.  Case No.: 10-14133 (AJG)
Chapter 11

**AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

| Name of Creditor (complete mailing address including zip code and telephone number of employees, agent or department familiar with claim who may be contacted) | Nature of claim | Amount of claim* | Contingent, Unliquidated, Disputed or Subject to Setoff |
|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, Pennsylvania 19114 | Payroll taxes | $3,328,031.36 | |
| Richard Duquezq<br>c/o Legent Clearing LLC<br>9300 Underwood Avenue, Suite 400<br>Omaha, Nebraska 68114<br>941-966-2278 | Promissory note | 2,000,000.00 | |
| Legent Clearing LLC<br>9300 Underwood Avenue, Suite 400<br>Omaha, Nebraska 689114<br>Attn: Raymond Maratea<br>630-592-4848<br>630-234-7524 | Promissory note | 1,528,384.81 | |
| Sofisco Nominees Limited<br>c/o Alliance Investments SAM<br>57 Rue Grimaldi<br>MONACO<br>MC98000<br>Attn: Paul Brown<br>011-37792165194 | Promissory note | 850,000.00 | |
| Warrant Strategies Fund, LLC<br>350 Madison Avenue<br>New York, New York 10017<br>Attn: Joseph Rivera<br>212-333-4800 | Promissory note | 438,531.84 | |
| Longview Fund LP<br>505 Sansone Street, Suite 1275<br>San Francisco, California 94111 | Promissory note | 438,531.84 | |
| Eduardo Cabrera<br>10 School Lane<br>Scarsdale, New York 10583<br>914-574-3451 | Promissory note | 438,531.84 | |

| Name of Creditor (complete mailing address including zip code and telephone number of employees, agent or department familiar with claim who may be contacted) | Nature of claim | Amount of claim* | Contingent, Unliquidated, Disputed or Subject to Setoff |
|---|---|---|---|
| Alfred Aysseh<br>c/o Simon Lesser PC<br>420 Lexington Avenue<br>New York, New York 10170<br>Attn: Simon Lesser<br>212-599-5455 | Promissory note | 375,412.74 | |
| Venshar Inc.<br>c/o James Byrd, Jr.<br>5422 Carrier Drive, Suite 309<br>Orlando, Florida 32819 | Promissory note | 359,999.78 | |
| Alpha Capital Anstalt<br>Pradafant 7<br>9490 Furstenturms<br>Vaduz, Lichtenstein | Promissory note | 350,825.47 | |
| EKN Financial Services, Inc.<br>Ehrenkrantz King & Nussbaum<br>135 Crossways Park Drive, Suite 101<br>Woodbury, New York 11797 | Settlement on FINRA Action | 300,000.00 | |
| Michael Jacks, Trustee<br>204 Bret Harte Road<br>San Rafael, California 94901 | Promissory note | 268,853.05 | |
| Jonnie R. Williams<br>16 South Market Street<br>Petersburg, Virginia 23803<br>804-248-5828 | Promissory note | 265.000.00 | |
| OIC Nominees Limited<br>c/o DeFeis O'Connell & Rose PC<br>500 Fifth Avenue, 26th Floor<br>New York, New York 10110<br>Attn: Nicholas M. DeFeis<br>212-768-1000 | Promissory note | 250,000.00 | |
| Clarified Partners<br>18 East 41st Street<br>Suite 1901<br>New York, New York 10017<br>Attn: Manager, 212-370-4343 | Consulting services | 245,100.00 | |
| Porter Partners<br>300 Drakes Landing Road, Suite 175<br>Greenbrae, California 94904 | Promissory note | 225,000.16 | |

| Name of Creditor (complete mailing address including zip code and telephone number of employees, agent or department familiar with claim who may be contacted) | Nature of claim | Amount of claim* | Contingent, Unliquidated, Disputed or Subject to Setoff |
|---|---|---|---|
| Crestview Capital Master LLC<br>95 Revere Drive, Suite A<br>Northbrook, Illinois 60062 | Promissory note | 224,999.86 | |
| Apex Investment Fund V, LP<br>225 West Washington, Suite 1500<br>Chicago, Illinois 60606<br>Attn: Nancy Corrie<br>312-857-2800 | Promissory notes | 222,297.07 | |
| Vanguard Capital, LLC<br>c/o James Byrd, Jr.<br>5422 Carrier Drive, Suite 309<br>Orlando, Florida 32819 | Promissory note | 219,265.92 | |
| Thomas M. Vertin<br>501 Nebraska Avenue<br>Breckenridge, Minnesota 56520 | Promissory note | 219,265.92 | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, William C. Holub, the authorized signatory of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: August 16, 2010                         JESUP & LAMONT, INC.

                                              By:     _s/ William C. Holub_____
                                              Name:  William C. Holub
                                              Title:    Senior VP – Finance

*This list has been prepared from the available books and records of the Debtor and reflects the best information available to the Debtor and its counsel at this time. However, the Debtor and its counsel believe that the Debtor's books and records may, in many respects, be incomplete and the verification of the amounts due to these creditors must be qualified accordingly.