SilvermanAcampora LLP
Proposed Attorneys for Jesup & Lamont, Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 10281
(516) 479-6300
Ronald J. Friedman
Lon J. Seidman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

JESUP & LAMONT, INC.,

                Debtor.

-----------------------------------------------------------x

Chapter 11
Case No. 10-14133 (AJG)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NASSAU    )

    I, **DEANNA CALIENDO,** being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

    On August 20, 2010, I served the document(s) described as:

- **NOTICE OF PRESENTMENT OF AN ORDER DIRECTING THE EXAMINATION OF NEW JERSEY COMMUNITY BANK BY AN AUTHORIZED AGENT AND THE PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE;**

- **ORDER DIRECTING THE EXAMINATION OF NEW JERSEY COMMUNITY BANK BY AN AUTHORIZED AGENT AND THE PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; and**

- **APPLICATION FOR ENTRY OF ORDER DIRECTING THE EXAMINATION OF NEW JERSEY COMMUNITY BANK BY AN AUTHORIZED AGENT AND THE PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE-with Exhibit A.**

by first class mail delivery to the addresses listed below, said addresses designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To: New Jersey Community Bank
     3441 US Highway 9
     Freehold, New Jersey 07729
     Attn: Robert D. O'Donnell

                                        s/ Deanna Caliendo
                                            **DEANNA CALIENDO**

Sworn to before me this           LESLYE KATZ
20th day of August, 2010           NOTARY PUBLIC, State of New York
                                            No.01KA6204143
                                            Qualified in Suffolk County
s/ Leslye Katz                             Commission Expires April 13, 2013
Notary Public