SilvermanAcampora LLP
Proposed Attorneys for Jesup & Lamont, Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 10281
(516) 479-6300
Ronald J. Friedman
Lon J. Seidman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

JESUP & LAMONT, INC.,

Chapter 11
Case No. 10-14133 (AJG)

Debtor.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NASSAU        )

I, **DEANNA CALIENDO,** being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

On August 20, 2010, I served the document(s) described as:

- **NOTICE OF PRESENTMENT OF AN ORDER DIRECTING THE EXAMINATION OF HOPEWELL VALLEY COMMUNITY BANK BY AN AUTHORIZED AGENT AND THE PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE;**

- **ORDER DIRECTING THE EXAMINATION OF HOPEWELL VALLEY COMMUNITY BANK BY AN AUTHORIZED AGENT AND THE PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; and**

- **APPLICATION FOR ENTRY OF ORDER DIRECTING THE EXAMINATION OF HOPEWELL VALLEY COMMUNITY BANK BY AN AUTHORIZED AGENT AND THE PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE-with Exhibit A.**

by first class mail delivery to the addresses listed below, said addresses designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To: Hopewell Valley Community Bank
4 Route 31 South
Pennington, New Jersey 08534

s/ Deanna Caliendo
**DEANNA CALIENDO**

Sworn to before me this
20th day of August, 2010

s/ Leslye Katz
Notary Public

LESLYE KATZ
NOTARY PUBLIC, State of New York
No.01KA6204143
Qualified in Suffolk County
Commission Expires April 13, 2013