# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

In re:

**JESUP & LAMONT, INC.,**　　　　　　　　Case No.: 10-bk-14133-AJG
　　　　　　　　　　　　　　　　　　　　CHAPTER 11
　　Debtor.
_____/

## NOTICE OF APPEARANCE

YOU ARE HEREBY NOTIFIED that the Law Firm of WALTERS LEVINE KLINGENSMITH & THOMISON, P.A., hereby files this, its Notice of Appearance as counsel of record for Creditor, SCOTT KEMPS.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of August, 2010, a true and correct copy of the foregoing instrument was served upon all parties of interest either by U.S. Mail or via e-mail through the Court's BNC.

　　　　　　　　　　　　　　　　　　　/s/ Alan F. Gonzalez
　　　　　　　　　　　　　　　　　　　Alan F. Gonzalez, Esquire
　　　　　　　　　　　　　　　　　　　Florida Bar No.: 229415
　　　　　　　　　　　　　　　　　　　Walters Levine Klingensmith
　　　　　　　　　　　　　　　　　　　& Thomison, P.A.
　　　　　　　　　　　　　　　　　　　601 Bayshore Boulevard, Suite 720
　　　　　　　　　　　　　　　　　　　Tampa, Florida 33606
　　　　　　　　　　　　　　　　　　　Phone: (813) 254-7474
　　　　　　　　　　　　　　　　　　　Fax: (813) 254-7341
　　　　　　　　　　　　　　　　　　　agonzalez@walterslevine.com

1653-001 Notice of Appearance 8 16 10