RAFAEL SOSA
Creditor,
Pro Se
346 W. Hornbeam Dr.
Longwood, Fl 32779
(321) 972-4769

Hearing Date: August 25, 2010
Time: 9:30 a.m.

RECEIVED AUG 23 2010 U.S. BANKRUPTCY COURT S. DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

JESUP & LAMONT, INC.,
                  Debtor.

-----------------------------------------------------------x

Chapter 11

Case No. 10-14133 (AJG)

AFFIDAVIT OF
OBJECTION

## OBJECTION TO DEBTOR'S APPLICATION FOR AUTHORITY TO PAY CERTAIN PRE-PETITION WAGES, SALARIES, COMMISSIONS AND OTHER EMPLOYEE BENEFITS

STATE OF FLORIDA    )
                              ss:
COUNTY OF SEMINOLE )

    I, **RAFAEL SOSA**, being duly sworn, says:

1. I, reside at 346 W. Hornbeam Dr., Longwood, Florida 32779.

2. I am a former employee of **JESUP & LAMONT, INC.**, Debtor, having received a verbal termination on or about June 29, 2010.

3. This Affidavit is submitted in partial opposition to the Debtor's application to pay petition wages, salaries, commissions and other employee benefits.

4. The basis for my objection is that the amount of money listed as due and owing to me is incorrect, preventing a fair resolution and defeating the purported purpose of the Application.

5. Page 3 of exhibit A estates that I am only owed $1,797.94, whereas, I am owed the total sum of $13,543.92, as follows:

| | |
|---|---|
| April 2010 | $4,794.49 commissions due |
| May 2010 | $14,883.45 commissions due |
| June 2010 | $2,137.68 commissions due |
| **Total commissions due** | **$21,818.62** |
| Minus, paid 6/15/10 | $9,469.64 |
| Balance due commissions | $12,348.98 |
| Plus Insurance refund due | $1,194.94 |
| **Total Due** | **$13,543.92** |

6. On June 28, 2010, I e-mailed a breakdown of the sum due and owing to me. A copy of email is attached.

7. The failure to list the total amount due and owed to me appears to be an act of bad faith.

8. The financial hardship caused by loosing my job has been very difficult.

9. The burden has been compounded by the Debtor's refusal to pay all past due sums owed to me.

10. To grant the Debtor's Application without fully paying me defeats the alleged intent and purpose of the application itself.

11. On August 11, 2010, the Court received a copy of my B-10 Proof of Claim. A copy of which is attached with proof of receipt.

**WHEREFORE**, I respectfully request that my claim be fully resolved for the

maximum allowable **sum of $11,725** under the Priority granted by and pursuant to, **11 U.S.C. SEC. 507(a)** and that I be granted such other and further relief as this Court may deem just and equitable.

Dated: August 16, 2010

_____
Rafael Sosa, Claimant
Pro Se

**Sworn to before me**
**The** /7th **day of** August, 2010

_____
**Notary Republic**

*Notary Public State of Florida*
*Rosemary G Ritchie*
*My Commission DD812878*
*Expires 10/25/2012*

SivermanAcampora, LLP
Proposed Attorneys for Jesup and Lamont, Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516)479-6300
Ronald J. Friedman
Adam L. Rosen
Attn: Sheryl P. Busell

Clerk the United States Bankruptcy Court
Alexander Hamilton U.S Custom House
One Bowling Green
New York, NY 10004-1408

Chambers of Judge Arthur J. Gonzalez
One Bowling Green
New York, NY 10004

United States Trustee
33 Whitehall 21st Floor
New York, NY 10004
Attn: Brian S. Masumoto

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Jesup & Lamont | Case Number:<br>10-14133 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Rafael Sosa**

Name and address where notices should be sent:
346 W Hornbeam Drive
Longwood, Florida 32779

Telephone number:
(407) 765-5813

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $_____12,348.98

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: __Wages and Commissions__
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _5978_

    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____  Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. **Credits:** *The amount of all payments on this claim has been credited for the purpose of making this proof of claim.*

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☑ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$____11,725.00

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

FOR COURT USE ONLY

Date:
08/05/2010

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Rafael Sosa* — Rafael Sosa Managing Director

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Rafael Sosa
346 W. Hornbeam Drive
Longwood, FL 32779

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Bankruptcy Court
1 Bowling Green
New York, NY 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

RECEIVED
AUG 11 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7008 1830 0000 4603 5807

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| | |
|---|---|
| Subject | FW: Money owed by Firm |
| From | Rafael Sosa <rsosa@jesuplamont.com> |
| Date | Friday, July 2, 2010 4:01 pm |
| To | r211s@optonline.net |

*Rafael Sosa*

Managing Director
Equity Trading
Jesup & Lamont Securities Corp
407-774-1334
rsosa@jesuplamont.com

---

From: Rafael Sosa
Sent: Wed 6/30/2010 7:29 AM
To: Steve Rabinovici; Alan Weichselbaum
Subject: Fwd: Money owed by Firm

From: "Rafael Sosa" <rsosa@jesuplamont.com>
Date: June 28, 2010 9:28:05 AM EDT
To: "Roger Morel" <rmorel@jesuplamont.com>
Cc: "William Holub" <wholub@jesuplamont.com>, "Brian Reschke" <breschke@jesuplamont.com>
Subject: Money owed by Firm

Hi Roger,

So far this is what the company owes me:

| | |
|---|---|
| April | $4,797.49 |
| May | $14,883.45 |
| June | $2,137.68 |
| Total | $21,818.62 |
| Minus Paid | -$9,469.64 |
| Still Due | $12,348.98 |

The differences were reconciled and we have additional money for this month. As you know all my bank accounts were frozen by Child support due to lack of payment. Please see how this can be paid as soon as possible.

Thanks,


Rafael Sosa

Equity Trading Managing Director

Jesup and Lamont Securities

407-774-1334

Cell 407-765-5813

Jesup & Lamont Securities
623 Fifth Avenue
New York, NY 10022
Tel: 212-307-2660
Fax: 212-757-7478
-------------------------------------------------
Message from: rsosa@jesuplamont.com
Message to: r211s@optonline.net
Attached files: 0
This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.
E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments.