**PETER KARNOWSKI**
901 NORTH EUCLID AVENUE
OAK PARK, ILLINOIS 60302
773-317-2792 Phone
peterkarnowski@yahoo.com



RECEIVED
AUG 1 9 2010
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

August 16, 2010

Clerk of the U.S Bankruptcy Court
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, NY 10004-1408

> Re: IN RE JESUP & LAMONT, INC. – Case No. 10-14133
> OBJECTION TO DEBTOR'S APPLICATION TO PAY CERTAIN PRE-
> PETITION WAGES, SALARIES, COMMISSION, AND OTHER EMPLOYEE
> BENEFITS

Dear Sir/Madam:

I am listed as an Independent Contractor on Exhibit A to the Debtor's Application for Authority to Pay Certain Pre-Petition Wages, Salaries, Commission and Other Employee Benefits ("Application"). A copy of the Application is enclosed. Per the Application, I am only to receive **$431.16**. This is incorrect and not consistent with the relevant facts.

Accordingly, this letter is my formal objection to the Application. I am to receive **$4,709.46** per my arrangement with Debtor. I have enclosed for your review a correspondence setting forth the calculation of fees owed me. The money owed to me is for commissions I earned.

Very truly yours,

Peter Karnowski

Peter Karnowski

cc:   The Honorable Judge Arthur J. Gonzalez (via Overnight Courier)
      Sheryl Busell (via Overnight Courier)
      Office of the US Trustee   (via Overnight Courier)

1

----- Forwarded Message ----
**From:** john neppel <leppenj@yahoo.com>
**To:** Alan Weichselbaum <aweichselbaum@jesuplamont.com>
**Cc:** pete karnowski <petekarnowski@yahoo.com>
**Sent:** Tue, July 27, 2010 11:41:21 AM
**Subject:** ALAN, from John Neppel regarding our phone conversation on Friday -Commissions payable

Alan,

We spoke on Friday regarding money that was paid to J&L for placements in Keating Capital and King Consolidated. These funds were paid to J&L, and my partner (Peter Karnowski) and I have not been paid.

I am including the email I sent on Friday. I have updated the production numbers to be more accurate from King. J&L has received 2 checks from them. One was for $14000 and the other for $2691.46. Keating wired in $6300. We are paid at 90%, so our payable is $20692.31 split evenly between us, or $10346.15 each.

As I mentioned, we were credited in error a total of approximately $12000. The actual number was $6263 each, or $12526. This was paid at 90%, or $11273.40 total, or $5636.70 each.

The Net Due to each of us is $10346.15 less the $5636.70 for a Final Number of $4709.46.

I hope the table below helps explain.

|  | John Neppel | Peter Karnowski | Total |
|---|---|---|---|
| King Consolidated |  |  | $16,691.46 |
| Keating Capital |  |  | $ 6,300.00 |
| Total to grid |  |  | $22,991.46 |
| Total payable | $ 10,346.16 | $ 10,346.16 | $20,692.31 |
| Production Error | $ 6,263.00 | $ 6,263.00 | $12,526.00 |
| Error to Grid | $ 5,636.70 | $ 5,636.70 | $11,273.40 |
| Net Due | $ 4,709.46 | $ 4,709.46 | $ 9,418.91 |

I would like to know what the plan is to get us paid. Please email me or call as soon as you are able to.

Thank you,

John Neppel

1

312-912-7493 (o)
leppenj@yahoo.com
312-342-2112 (C)

----- Forwarded Message ----
**From:** john neppel <leppenj@yahoo.com>
**To:** aweichselbaum@jesuplamont.com
**Cc:** pete karnowski <petekarnowski@yahoo.com>
**Sent:** Fri, July 23, 2010 2:28:41 PM
**Subject:** Commissions payable

Alan,

Thank you for returning my call. Here is the information that you requested:

In May, my partner (Peter Karnowski) and I placed ~$233,000 with King Consolidated and $90,000 with Keating Capital which was paid to Jesup & Lamont via check and wire in June.

The commissions received are as follows:
King Consolidated: $16,691.46 paid at 90% = $15022.31
Keating Capital:      $6300 paid at 90% = $5670

Total Due John Neppel & Peter Karnowski = $20,692

We were credited with production (in error) that was paid in June. This was approximately $12,000. Gary Davis let me know of this in early June.

By my estimations, we are jointly owed ~$8000.00, or ~$4000 each.

I am working with King and Keating to get itemized payouts for your records.

If you have any questions, do not hesitate to call.

Thank you,

John Neppel
312-912-7493