JOHN NEPPEL
915 NORTH EUCLID AVENUE
OAK PARK, ILLINOIS 60302
312-342-2112 Phone
leppenj@yahoo.com

August 16, 2010

Clerk of the U.S Bankruptcy Court
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, NY 10004-1408

    Re: IN RE JESUP & LAMONT, INC. – Case No. 10-14133
    OBJECTION TO DEBTOR'S APPLICATION TO PAY CERTAIN PRE-PETITION WAGES, SALARIES, COMMISSION, AND OTHER EMPLOYEE BENEFITS

Dear Sir/Madam:

I am listed as an Independent Contractor on Exhibit A to the Debtor's Application for Authority to Pay Certain Pre-Petition Wages, Salaries, Commission and Other Employee Benefits ("Application"). A copy of the Application is enclosed. Per the Application, I am only to receive **$431.16**. This is incorrect and not consistent with the relevant facts.

Accordingly, this letter is my formal objection to the Application. I am to receive **$4,709.46** per my arrangement with Debtor. I have enclosed for your review a correspondence setting forth the calculation of fees owed me. The money owed to me is for commissions I earned.

                              Very truly yours,

                              John Neppel

cc:    The Honorable Judge Arthur J. Gonzalez (via Overnight Courier)
        Sheryl Busell (via Overnight Courier)
        Office of the US Trustee   (via Overnight Courier)

RECEIVED AUG 19 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

1

----- Forwarded Message ----
**From:** john neppel <leppenj@yahoo.com>
**To:** Alan Weichselbaum <aweichselbaum@jesuplamont.com>
**Cc:** pete karnowski <petekarnowski@yahoo.com>
**Sent:** Tue, July 27, 2010 11:41:21 AM
**Subject:** ALAN, from John Neppel regarding our phone conversation on Friday -Commissions payable

Alan,

We spoke on Friday regarding money that was paid to J&L for placements in Keating Capital and King Consolidated. These funds were paid to J&L, and my partner (Peter Karnowski) and I have not been paid.

I am including the email I sent on Friday. I have updated the production numbers to be more accurate from King. J&L has received 2 checks from them. One was for $14000 and the other for $2691.46. Keating wired in $6300. We are paid at 90%, so our payable is $20692.31 split evenly between us, or $10346.15 each.

As I mentioned, we were credited in error a total of approximately $12000. The actual number was $6263 each, or $12526. This was paid at 90%, or $11273.40 total, or $5636.70 each.

The Net Due to each of us is $10346.15 less the $5636.70 for a Final Number of $4709.46.

I hope the table below helps explain.

|  | John Neppel | Peter Karnowski | Total |
|---|---|---|---|
| King Consolidated |  |  | $16,691.46 |
| Keating Capital |  |  | $ 6,300.00 |
| Total to grid |  |  | $22,991.46 |
| Total payable | $ 10,346.16 | $ 10,346.16 | $20,692.31 |
|  |  |  |  |
| Production Error | $ 6,263.00 | $ 6,263.00 | $12,526.00 |
| Error to Grid | $ 5,636.70 | $ 5,636.70 | $11,273.40 |
|  |  |  |  |
| Net Due | $ 4,709.46 | $ 4,709.46 | $ 9,418.91 |

I would like to know what the plan is to get us paid. Please email me or call as soon as you are able to.

Thank you,

John Neppel

1

312-912-7493 (o)

312-342-2112 (C)

----- Forwarded Message ----
**From:** john neppel <leppenj@yahoo.com>
**To:** aweichselbaum@jesuplamont.com
**Cc:** pete karnowski <petekarnowski@yahoo.com>
**Sent:** Fri, July 23, 2010 2:28:41 PM
**Subject:** Commissions payable

Alan,

Thank you for returning my call. Here is the information that you requested:

In May, my partner (Peter Karnowski) and I placed ~$233,000 with King Consolidated and $90,000 with Keating Capital which was paid to Jesup & Lamont via check and wire in June.

The commissions received are as follows:
King Consolidated: $16,691.46 paid at 90% = $15022.31
Keating Capital: $6300 paid at 90% = $5670

Total Due John Neppel & Peter Karnowski = $20,692

We were credited with production (in error) that was paid in June. This was approximately $12,000. Gary Davis let me know of this in early June.

By my estimations, we are jointly owed ~$8000.00, or ~$4000 each.

I am working with King and Keating to get itemized payouts for your records.

If you have any questions, do not hesitate to call.

Thank you,

John Neppel
312-912-7493