

ANDERSON
&
STRUDWICK
*Serving Investors Since 1948*

August 16, 2010



RECEIVED

AUG 18 2010

U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Clerk of United States Bankruptcy Court
Alexander Hamilton
U.S. Custom House
One Bowling Green
New York, NY  10004-1408

Ref: Objection to Case #:  10-14133 (AJG)  Jesup & Lamont Inc.

Attn: Clerk of the Court

This letter is in reference to the Application to pay salaries, wages, & commissions to former Jesup & Lamont Employees and Independent Contractors.   We are former Independent Contractors of Jesup & Lamont Inc.  Now we are registered with Anderson & Strudwick Inc., our new Broker/Dealer.

We are writing in reference to the Unpaid Wages, Exhibit A.  It states that Louis Nebel is owed $772.85 and Andrew Wade is owed $115.06 as of 6/15/2010.  We have no idea how these figures were reconciled.

We have four exhibits that show that these figures are incorrect.

Exhibit #1 is the actual Jesup & Lamont commission statement printed on-line for the 6/15/2010 commission run.  These commissions were entered by Gary Davis, the former commission manager at Jesup & Lamont.

Exhibit #2 are the Putnam trails paid to Jesup & Lamont as of 6/30/2010.

Exhibit #3 shows the amount paid by Genworth Financial to Jesup & Lamont for Louis Nebel as of 6/12/2010.

Exhibit #4 is an email dated 6/24/10 between Gary Davis and the Jesup & Lamont Insurance representative Paul Gaiptman that says an additional amount was received by Jesup and Lamont.

| Exhibit # | Company | Louis Nebel #1089 | Andrew Wade #1087 |
|---|---|---|---|
| 1 | Jesup & Lamont Print Out a/o 6/15/2010 | $5,578.00 | $1,387.00 |
| 2 | Putnam Trails a/o 6/30/2010 | $19,004.25 | $1,049.79 |
| 3 | Genworth Financial a/o 6/12/2010 | $10,958.06 | $0.00 |
| 4 | Liberty/RBC email from Gary Davis/ Paul Gaiptman | $6,250.00 | $0.00 |
| | Total Details Attached | $41,790.31 | $2,436.79 |

We feel that this is extremely unfair. We know that Gary Davis worked diligently over the last five plus years to code the correct commissions to the correct representatives. The attached information should be more than enough proof that something is not right with regard to the commissions at Jesup & Lamont. There are much smaller figures that are owed to us. However, for the sake of this bankruptcy, we are using the four largest amount that we can find.

Our telephone number is 703-658-0080.

awade@andersonstrudwick.com
lnebel@andersonstrudwick.com

Sincerely,

Louis Nebel
President

Andrew Wade
Vice-President

Enclosures:
Exhibit #1: Jesup's Commission Statement dated 6/15/2010
Exhibit #2: Putnam Trails dated 6/30/2010
Exhibit #3: Genworth Annuity dated 6/12/2010
Exhibit #4: RBC/Liberty Life email that commission received dated 6/24/2010
2 Floppy Discs.

Copies to:
1) Chambers of Judge Arthur J. Gonzalez, One Bowling Green, NY, NY 10004
2) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753, Attn: Sheryl P. Busell
3) Office Of the U.S. Trustee, 33 Whitehall St., 21st Floor, NY, NY, 10004, ATTN: Brian S. Masumoto

*Exhibit #1*



**COMMISSIONWEB**

Rep: LOU NEBEL (7OLN)  Branch: 720 - Retail 1099 Annadale, VA  OS: Compensation

*Jesup & Lamont Commission Statement*
*6-15-2010 Run*

System Status: OK

Home Page
**Production**
**Payout**
▾ Commission Stmts.
▸ Outstanding
Payout Violations

**Goals & Incentives**
**Tools**
**Help**

## Commission Statement for **LOU NEBEL (7OLN) - Current Broker Month**

### Production ▾

| | Rep Name | Trade Source | Pay Type | Production Credit | Allocated Gross | Clearing Fees | Base Payout |
|---|---|---|---|---|---|---|---|
| | LOU NEBEL (7OLN) | Packaged Products | Trading Rep | 4,291 | 4,291 | 0 | 3,862 |
| | LOUIS NEBEL (VA01) | Legent | Rep Group | 240 | 240 | 75 | 141 |
| **Totals** | | | | 4,531 | 4,531 | 75 | 4,003 |

### Overrides ▾

| Rep Name | Trade Source | Pay Type | Production Credit | Allocated Gross | Clearing Fees | Base Payout |
|---|---|---|---|---|---|---|
| ANDREW WADE (VA02) | Packaged Products | Manager | 0 | 0 | 0 | 1,278 |
| **Totals** | | | 0 | 0 | 0 | 1,278 |

### Adjustments ▾

| Name | Category | Description | Entry Date | Effective Date | 1099Amount |
|---|---|---|---|---|---|
| AFS (Broker Web Access) Billing Detail Legent | AFS | AFS (Broker Web Access) Billing Detail | 4/12/2010 | 2/2/2010 | (75) |
| AFS (Broker Web Access) Billing Detail Legent | AFS | AFS (Broker Web Access) Billing Detail | 6/8/2010 | 6/2/2010 | (75) |
| J&L Errors & Omissions | JLSCEO | $200 Monthly E&O | 6/8/2010 | 6/2/2010 | (200) |
| JLSC Commission Adjustments | JLSCCM | JLSC Commission Adjustments 5% | 6/1/2010 | 6/1/2010 | 773 |
| Technology & Compliance Fee | IT | Technology & Compliance Fee | 6/8/2010 | 6/2/2010 | (125) |
| **Totals** | | | | | 298 |
| **Opening Balance** | | | | | 0 |
| **Net Payout** | | | | | 5,578 |

Xtiva CommissionWeb 5.4.3.5 : 6
Copyright © 1999 - 2008

*Date*



## COMMISSIONWEB

Rep: LOU NEBEL (7OLN)  Branch: 720 - Retail 1099 Annadale, VA  OS: Compensation

 System Status: OK

**Calendar Control**

| 2002 | 2003 | 2004 |
| 2005 | 2006 | 2007 |
| 2008 | 2009 | 2010 |

| Q1 | Q2 | Q3 | Q4 |

| Jan | Feb | Mar |
| Apr | May | Jun |
| Jul | Aug | Sep |
| Oct | Nov | Dec |

| s | m | t | w | t | f | s |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |

**Options**

Group by
Product



Home Page
**Production**
**Payout**
  ▾ Commission Stmts.
    Outstanding
  ▸ Trade Summary
Payout Violations

**Goals & Incentives**
**Tools**
**Help**

# Trade Summary for LOU NEBEL (7OLN)

**Trade Summary** ? **See Applied Filter**

| Products | Pay Type | Shares | Inv Amt | Grs Comm | Alloc Grs | Prd Crdt | Clrg Fees | Base Pay |
|---|---|---|---|---|---|---|---|---|
| Common Stock (PTCS) | Rep Group | 436 | 17,214 | 240 | 240 | 240 | 75 | 141 |
| **Totals** | | 436 | 17,214 | 240 | 240 | 240 | 75 | 141 |

**Applied Filter**

| | |
|---|---|
| Grouping | Product |
| Date | Up to Current Broker Month |
| Trade Source | Legent |
| Payment Type | Rep Group |
| Source Rep | LOUIS NEBEL (VA01) |

Xtiva CommissionWeb 5.4.3.5 : 6
Copyright © 1999 - 2008



**COMMISSION**Web

Rep: LOU NEBEL (7OLN)  Branch: 720 - Retail 1099 Annadale, VA  OS: Compensation

System Status: OK



**Calendar Control**

| | | |
|---|---|---|
| 2002 | 2003 | 2004 |
| 2005 | 2006 | 2007 |
| 2008 | 2009 | 2010 |
| Q1 | Q2 | Q3 | Q4 |
| Jan | Feb | Mar |
| Apr | May | Jun |
| Jul | Aug | Sep |
| Oct | Nov | Dec |

| s | m | t | w | t | f | s |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |

**Options**

Group by
Product

Change

Home Page

**Production**

**Payout**

▼ Commission Stmts.
   Outstanding
▶ Trade Summary
   Payout Violations

**Goals & Incentives**

**Tools**

**Help**

# Trade Summary for LOU NEBEL (7OLN)

## Trade Summary   See Applied Filter

| Products | Pay Type | Shares | Inv Amt | Grs Comm | Alloc Grs | Prd Crdt | Clrg Fees | Base Pay |
|---|---|---|---|---|---|---|---|---|
| Mutual Fund (PPMMF) | Trading Rep | 0 | 69,665 | 1,142 | 1,142 | 1,142 | 0 | 1,028 |
| Mutual Fund 12B1 Fee (PPTB) | Trading Rep | 0 | 0 | 3,093 | 3,093 | 3,093 | 0 | 2,783 |
| Variable Annuity - Trailer (PPANT) | Trading Rep | 0 | 0 | 56 | 56 | 56 | 0 | 51 |
| **Totals** | | 0 | 69,665 | 4,291 | 4,291 | 4,291 | 0 | 3,862 |

**Applied Filter**

| | |
|---|---|
| Grouping | Product |
| Date | Up to Current Broker Month |
| Trade Source | Packaged Products |
| Payment Type | Trading Rep |
| Source Rep | LOU NEBEL (7OLN) |

Xtiva CommissionWeb 5.4.3.5 : 6
Copyright © 1999 - 2008



COMMISSIONWEB

Rep: LOU NEBEL (7OLN)  Branch: 720 - Retail 1099 Annadale, VA  OS: Compensation

 System Status: OK

**Home Page**

**Production**

**Payout**

▼ Commission Stmts.

Outstanding

Trade Summary

▶ Trade Listing

Payout Violations

**Goals & Incentives**

**Tools**

**Help**

# Trade Listing: LOU NEBEL (7OLN)

## Active Production (not paid) ▼  See Applied Filter

| | T/D | S/D | B/S | Ticker | Desc | Issuer | Price | Pay % | Shares | Alloc Inv Amt | Alloc Grs | Prd Crdt | Fees | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ↻ | 6/16/2010 | 6/16/2010 | B | FRA1 | Franklin Templeton (36273) | Franklin/Templeton Dist., Inc. (368) | 0 | 90 | 0 | 30,000 | 450 | 450 | 0 | 405 |
| ↻ | 6/16/2010 | 6/16/2010 | B | FRA1 | Franklin Templeton (36273) | Franklin/Templeton Dist., Inc. (368) | 0 | 90 | 0 | 1,486 | 35 | 35 | 0 | 32 |
| ↻ | 6/16/2010 | 6/16/2010 | B | FRA1 | Franklin Templeton (36273) | Franklin/Templeton Dist., Inc. (368) | 0 | 90 | 0 | 500 | 20 | 20 | 0 | 18 |
| ↻ | 6/16/2010 | 6/16/2010 | B | FRA1 | Franklin Templeton (36273) | Franklin/Templeton Dist., Inc. (368) | 0 | 90 | 0 | 200 | 10 | 10 | 0 | 9 |
| ↻ | 6/16/2010 | 6/16/2010 | B | PUT1 | PUTNAM INVESTMENTS (40418) | Putnam Investments, Inc. (533) | 0 | 90 | 0 | 230 | 8 | 8 | 0 | 7 |
| ↻ | 6/16/2010 | 6/16/2010 | B | PUT1 | PUTNAM INVESTMENTS (40418) | Putnam Investments, Inc. (533) | 0 | 90 | 0 | 18,080 | 386 | 386 | 0 | 347 |
| ↻ | 6/16/2010 | 6/16/2010 | B | AME1 | AMERICAN FUNDS (40172) | American Funds Dist., Inc. (161) | 0 | 90 | 0 | 10,480 | 105 | 105 | 0 | 94 |
| ↻ | 6/16/2010 | 6/16/2010 | B | OPP1 | OPPENHEIMER FUNDS (40250) | Oppenheimer Funds Distributor, Inc. (494) | 0 | 90 | 0 | 5,000 | 50 | 50 | 0 | 45 |
| ↻ | 6/16/2010 | 6/16/2010 | B | AME1 | AMERICAN FUNDS (40172) | American Funds Dist., Inc. (161) | 0 | 90 | 0 | 1,910 | 41 | 41 | 0 | 37 |
| ↻ | 6/16/2010 | 6/16/2010 | B | AME1 | AMERICAN FUNDS (40172) | American Funds Dist., Inc. (161) | 0 | 90 | 0 | 250 | 12 | 12 | 0 | 11 |
| ↻ | 6/16/2010 | 6/16/2010 | B | AME1 | AMERICAN FUNDS (40172) | American Funds Dist., Inc. (161) | 0 | 90 | 0 | 680 | 7 | 7 | 0 | 6 |
| ↻ | 6/16/2010 | 6/16/2010 | B | AME1 | AMERICAN FUNDS (40172) | American Funds Dist., Inc. (161) | 0 | 90 | 0 | 850 | 19 | 19 | 0 | 17 |
| **Totals** | | | | | | | | | 0 | 69,665 | 1,142 | 1,142 | 0 | 1,028 |

## Posted Production (paid) ▼  See Applied Filter

| T/D | S/D | B/S | Ticker | Desc | Issuer | Price | Pay % | Shares | Alloc Inv Amt | Alloc Grs | Prd Crdt | Fees | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

No data

### Applied Filter

| | |
|---|---|
| Date | Up to Current Broker Month |
| Trade Source | Packaged Products |
| Payment Type | Trading Rep |
| Source Rep | LOU NEBEL (7OLN) |
| Product | Mutual Fund (PPMMF) |

Xtiva CommissionWeb 5.4.3.5 : 6
Copyright © 1999 - 2008



# CommissionWeb

Rep: LOU NEBEL (7OLN) Branch: 720 - Retail 1099 Annadale, VA OS: Compensation

🔳 System Status: OK

**Home Page**
**Production**
**Payout**
▾ Commission Stmts.
  Outstanding
  Trade Summary
▸ Trade Listing
  Payout Violations

**Goals & Incentives**
**Tools**
**Help**

## Trade Listing: LOU NEBEL (7OLN)

**Active Production (not paid)** ▾  **See Applied Filter**

| | T/D | S/D | B/S | Ticker | Desc | Issuer | Price | Pay % | Shares | Alloc Inv Amt | Alloc Grs | Prd Crdt | Fees | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ↻ | 6/16/2010 | 6/16/2010 | B | | EATON VANCE (40658) | Eaton Vance Distributors, Inc. (282) | 0 | 90 | 0 | 0 | 1 | 1 | 0 | 1 |
| ↻ | 6/16/2010 | 6/16/2010 | B | | AMERICAN AME1FUNDS (40172) | American Funds Dist., Inc. (161) | 0 | 90 | 0 | 0 | 1,908 | 1,908 | 0 | 1,717 |
| ↻ | 6/16/2010 | 6/16/2010 | B | | AMERICAN AME1FUNDS (40172) | American Funds Dist., Inc. (161) | 0 | 90 | 0 | 0 | 1,184 | 1,184 | 0 | 1,066 |
| **Totals** | | | | | | | | | 0 | 0 | 3,093 | 3,093 | 0 | 2,783 |

**Posted Production (paid)** ▾  **See Applied Filter**

| T/D | S/D | B/S | Ticker | Desc | Issuer | Price | Pay % | Shares | Alloc Inv Amt | Alloc Grs | Prd Crdt | Fees | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

No data

**Applied Filter**

| | |
|---|---|
| Date | Up to Current Broker Month |
| Trade Source | Packaged Products |
| Payment Type | Trading Rep |
| Source Rep | LOU NEBEL (7OLN) |
| Product | Mutual Fund 12B1 Fee (PPTB) |

Xtiva CommissionWeb 5.4.3.5 : 6
Copyright © 1999 - 2008



**COMMISSIONWEB**

Rep: LOU NEBEL (7OLN) Branch: 720 - Retail 1099 Annadale, VA OS: Compensation

 System Status: OK

Home Page

**Production**

**Payout**

▼ Commission Stmts.

   Outstanding

   Trade Summary

▶ Trade Listing

Payout Violations

**Goals & Incentives**

**Tools**

**Help**

# Trade Listing: LOU NEBEL (7OLN)

## Active Production (not paid) ▼ See Applied Filter

| | T/D | S/D | B/S | Ticker | Desc | Issuer | Price | Pay % | Shares | Alloc Inv Amt | Alloc Grs | Prd Crdt | Fees | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ↻ | 6/16/2010 | 6/16/2010 | B | JOHN1 | JOHN HANCOCK LIFE INSURANCE (40233) | JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) (15) | 0 | 90 | 0 | 0 | 56 | 56 | 0 | 51 |
| **Totals** | | | | | | | | | 0 | 0 | 56 | 56 | 0 | 51 |

## Posted Production (paid) ▼ See Applied Filter

| T/D | S/D | B/S | Ticker | Desc | Issuer | Price | Pay % | Shares | Alloc Inv Amt | Alloc Grs | Prd Crdt | Fees | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

No data

### Applied Filter

| | |
|---|---|
| Date | Up to Current Broker Month |
| Trade Source | Packaged Products |
| Payment Type | Trading Rep |
| Source Rep | LOU NEBEL (7OLN) |
| Product | Variable Annuity - Trailer (PPANT) |

Xtiva CommissionWeb 5.4.3.5 : 6
Copyright © 1999 - 2008

*Exhibit # 1*



**COMMISSIONWEB**

Rep: ANDREW WADE (VA02)  Branch: 720 - Retail 1099 Annadale, VA  OS: Compensation

System Status: OK

*Jesup & Lamont  Commission Statement*

Home Page
**Production**
Payout
▼ Commission Stmts.
▶ Outstanding
Payout Violations

**Goals & Incentives**
**Tools**
**Help**

## Commission Statement for ANDREW WADE (VA02) - Current Broker Month

*6-15 2010 RW*

### Production ▼

| Rep Name | Trade Source | Pay Type | Production Credit | Allocated Gross | Clearing Fees | Base Payout |
|----------|-------------|----------|-------------------|-----------------|---------------|-------------|
| ANDREW WADE (VA02) | Packaged Products | Trading Rep | 3,194 | 3,194 | 0 | 1,597 |
| **Totals** | | | 3,194 | 3,194 | 0 | 1,597 |

### Overrides ▼

| Rep Name | Trade Source | Pay Type | Production Credit | Allocated Gross | Clearing Fees | Base Payout |
|----------|-------------|----------|-------------------|-----------------|---------------|-------------|
| No data found. | | | | | | |

### Adjustments ▼

| Name | Category | Description | Entry Date | Effective Date | 1099 Amount |
|------|----------|-------------|------------|----------------|-------------|
| J&L Errors & Omissions | JLSCEO | $200 Monthly E&O | 6/8/2010 | 6/2/2010 | (200) |
| JLSC Commission Adjustments | JLSCCM | JLSC Commission Adjustments 5% | 6/1/2010 | 6/1/2010 | 115 |
| Technology & Compliance Fee | IT | Technology & Compliance Fee | 6/8/2010 | 6/2/2010 | (125) |
| **Totals** | | | | | (210) |

| | |
|---|---|
| **Opening Balance** | 0 |
| **Net Payout** | 1,387 |

Xtiva CommissionWeb 5.4.3.5 : 6
Copyright © 1999 - 2008



**CommissionWeb**

Rep: ANDREW WADE (VA02) Branch: 720 - Retail 1099 Annadale, VA OS: Compensation

System Status: OK

Home Page
Production
Payout
▼ Commission Stmts.
    Outstanding
    Trade Summary
▶ Trade Listing
Payout Violations

Goals & Incentives
Tools
Help

# Trade Listing: ANDREW WADE (VA02)

## Active Production (not paid) ▼ See **Applied Filter**

| T/D | S/D | B/S | Ticker | Desc | Issuer | Price | Pay % | Shares | Alloc Inv Amt | Alloc Grs | Prd Crdt | Fees | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/16/2010 | 6/16/2010 | B | FRA1 | Franklin Templeton (36273) | Franklin/Templeton Dist., Inc. (368) | 0 | 50 | 0 | 649 | 6 | 6 | 0 | 3 |
| 6/16/2010 | 6/16/2010 | B | PUT1 | PUTNAM INVESTMENTS (40418) | Putnam Investments, Inc. (533) | 0 | 50 | 0 | 3,575 | 36 | 36 | 0 | 18 |
| 6/16/2010 | 6/16/2010 | B | AME1 | AMERICAN FUNDS (40172) | American Funds Dist., Inc. (161) | 0 | 50 | 0 | 100 | 1 | 1 | 0 | 1 |
| 6/16/2010 | 6/16/2010 | B | AME1 | AMERICAN FUNDS (40172) | American Funds Dist., Inc. (161) | 0 | 50 | 0 | 2,725 | 49 | 49 | 0 | 24 |
| 6/16/2010 | 6/16/2010 | B | AME1 | AMERICAN FUNDS (40172) | American Funds Dist., Inc. (161) | 0 | 50 | 0 | 2,250 | 33 | 33 | 0 | 16 |
| **Totals** | | | | | | | | 0 | 9,299 | 125 | 125 | 0 | 62 |

## Posted Production (paid) ▼ See **Applied Filter**

| T/D | S/D | B/S | Ticker | Desc | Issuer | Price | Pay % | Shares | Alloc Inv Amt | Alloc Grs | Prd Crdt | Fees | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

No data

## Applied Filter

| | |
|---|---|
| Date | Up to Current Broker Month |
| Trade Source | Packaged Products |
| Payment Type | Trading Rep |
| Source Rep | ANDREW WADE (VA02) |
| Product | Mutual Fund (PPMMF) |

Xtiva CommissionWeb 5.4.3.5 : 6
Copyright © 1999 - 2008



**CommissionWeb**

Rep: ANDREW WADE (VA02)  Branch: 720 - Retail 1099 Annadale, VA  OS: Compensation

System Status: OK

Home Page
**Production**
**Payout**
▼ Commission Stmts.
   Outstanding
   Trade Summary
▶ Trade Listing
Payout Violations

**Goals & Incentives**
**Tools**
**Help**

# Trade Listing: ANDREW WADE (VA02)

| **Active Production (not paid)** ▼ See Applied Filter |
| --- |

| | T/D | S/D | B/S | Ticker | Desc | Issuer | Price | Pay % | Shares | Alloc Inv Amt | Alloc Grs | Prd Crdt | Fees | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ↻ | 6/16/2010 | 6/16/2010 | B | | AMERICAN AME1FUNDS (40172) | American Funds Dist., Inc. (161) | 0 | 50 | 0 | 0 | 3,069 | 3,069 | 0 | 1,535 |
| **Totals** | | | | | | | | | 0 | 0 | 3,069 | 3,069 | 0 | 1,535 |

| **Posted Production (paid)** ▼ See Applied Filter |
| --- |

| T/D | S/D | B/S | Ticker | Desc | Issuer | Price | Pay % | Shares | Alloc Inv Amt | Alloc Grs | Prd Crdt | Fees | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

No data

**Applied Filter**

| | |
|---|---|
| Date | Up to Current Broker Month |
| Trade Source | Packaged Products |
| Payment Type | Trading Rep |
| Source Rep | ANDREW WADE (VA02) |
| Product | Mutual Fund 12B1 Fee (PPTB) |

Xtiva CommissionWeb 5.4.3.5 : 6
Copyright © 1999 - 2008

*Exhibit #2*

| Date | Year | Quarter | Fund Cd | Fund Number | Mgt 12b1 Fees | Sysrep No |
|------|------|---------|---------|-------------|---------------|-----------|
| 6/30/2010 | 2010 | 2 | 615 | 677 | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 448 | 2LQ | 166.07 | 1089 |
| 6/30/2010 | 2010 | 2 | 53 | 2MG | 14.35 | 1089 |
| 6/30/2010 | 2010 | 2 | 39 | 438 | 1235.12 | 1089 |
| 6/30/2010 | 2010 | 2 | 31 | 355 | 884.69 | 1089 |
| 6/30/2010 | 2010 | 2 | 7 | 959 | 67.76 | 1089 |
| 6/30/2010 | 2010 | 2 | 245 | 2AH | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 603 | 510 | 598.99 | 1089 |
| 6/30/2010 | 2010 | 2 | 8 | 779 | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 152 | 48J | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 206 | 883 | 1.77 | 1089 |
| 6/30/2010 | 2010 | 2 | 648 | 2HL | 20.07 | 1089 |
| 6/30/2010 | 2010 | 2 | 5 | 315 | 19.84 | 1089 |
| 6/30/2010 | 2010 | 2 | 409 | 2NA | 273.11 | 1089 |
| 6/30/2010 | 2010 | 2 | 3153 | 5IE | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 422 | 2LX | 363.58 | 1089 |
| 6/30/2010 | 2010 | 2 | 611 | 2AC | 9.32 | 1089 |
| 6/30/2010 | 2010 | 2 | 10 | 974 | 1715.6 | 1089 |
| 6/30/2010 | 2010 | 2 | 622 | 803 | 189.25 | 1089 |
| 6/30/2010 | 2010 | 2 | 635 | 891 | 264.97 | 1089 |
| 6/30/2010 | 2010 | 2 | 3924 | 5AL | 1.43 | 1089 |
| 6/30/2010 | 2010 | 2 | 606 | 530 | 22.48 | 1089 |
| 6/30/2010 | 2010 | 2 | 3978 | 5ET | 14.27 | 1089 |
| 6/30/2010 | 2010 | 2 | 41 | 093 | 443.38 | 1089 |
| 6/30/2010 | 2010 | 2 | 9 | 319 | 1490.91 | 1089 |
| 6/30/2010 | 2010 | 2 | 431 | 2NV | 71.6 | 1089 |
| 6/30/2010 | 2010 | 2 | 3918 | 5ER | 3.57 | 1089 |
| 6/30/2010 | 2010 | 2 | 49 | 2JK | 4.74 | 1089 |
| 6/30/2010 | 2010 | 2 | 17 | 785 | 0.06 | 1089 |
| 6/30/2010 | 2010 | 2 | 3069 | 5LA | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 3552 | 5IC | 16.38 | 1089 |
| 6/30/2010 | 2010 | 2 | 45 | 2AG | 86.71 | 1089 |
| 6/30/2010 | 2010 | 2 | 610 | 626 | 835.15 | 1089 |
| 6/30/2010 | 2010 | 2 | 3560 | 5GR | 6.6 | 1089 |
| 6/30/2010 | 2010 | 2 | 3969 | 5DA | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 13 | 332 | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 403 | 2MT | 198.95 | 1089 |
| 6/30/2010 | 2010 | 2 | 644 | 907 | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 401 | 2NK | 210.74 | 1089 |
| 6/30/2010 | 2010 | 2 | 44 | 782 | 142.32 | 1089 |
| 6/30/2010 | 2010 | 2 | 660 | DL2 | 46.49 | 1089 |
| 6/30/2010 | 2010 | 2 | 3982 | 5FD | 27 | 1089 |
| 6/30/2010 | 2010 | 2 | 3068 | 5KX | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 51 | 2CF | 157.98 | 1089 |
| 6/30/2010 | 2010 | 2 | 3979 | 5EY | 14.19 | 1089 |
| 6/30/2010 | 2010 | 2 | 1808 | 2XR | 3.6 | 1089 |
| 6/30/2010 | 2010 | 2 | 48 | 2HJ | 101.1 | 1089 |
| 6/30/2010 | 2010 | 2 | 601 | 385 | 1151.09 | 1089 |
| 6/30/2010 | 2010 | 2 | 201 | 307 | 20.26 | 1089 |
| 6/30/2010 | 2010 | 2 | 52 | 2ZE | 7.14 | 1089 |

Putnam Trails for Louis Nebel Dated 6/30/2010

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/30/2010 | 2010 | 2 | 248 | 2HK | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 1 | 306 | 833.52 | 1089 |
| 6/30/2010 | 2010 | 2 | 3553 | 5IG | 68.62 | 1089 |
| 6/30/2010 | 2010 | 2 | 42 | 092 | 15.66 | 1089 |
| 6/30/2010 | 2010 | 2 | 641 | 405 | 128.69 | 1089 |
| 6/30/2010 | 2010 | 2 | 210 | 192 | 29.61 | 1089 |
| 6/30/2010 | 2010 | 2 | 21 | 062 | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 54 | 2JN | 10.22 | 1089 |
| 6/30/2010 | 2010 | 2 | 18 | 804 | 0.14 | 1089 |
| 6/30/2010 | 2010 | 2 | 3920 | 5HE | 3.52 | 1089 |
| 6/30/2010 | 2010 | 2 | 752 | 48M | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 419 | 7SH | 0.25 | 1089 |
| 6/30/2010 | 2010 | 2 | 460 | DK9 | 37.65 | 1089 |
| 6/30/2010 | 2010 | 2 | 50 | 2CQ | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 4 | 781 | 124.9 | 1089 |
| 6/30/2010 | 2010 | 2 | 60 | DK7 | 130.45 | 1089 |
| 6/30/2010 | 2010 | 2 | 2 | 780 | 25.03 | 1089 |
| 6/30/2010 | 2010 | 2 | 654 | 2JP | 19.7 | 1089 |
| 6/30/2010 | 2010 | 2 | 609 | 472 | 598.32 | 1089 |
| 6/30/2010 | 2010 | 2 | 64 | EC8 | 27.01 | 1089 |
| 6/30/2010 | 2010 | 2 | 61 | ED9 | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 3984 | 5AN | 291.66 | 1089 |
| 6/30/2010 | 2010 | 2 | 435 | 2NT | 109.04 | 1089 |
| 6/30/2010 | 2010 | 2 | 231 | 358 | 0.4 | 1089 |
| 6/30/2010 | 2010 | 2 | 43 | 091 | 307.77 | 1089 |
| 6/30/2010 | 2010 | 2 | 651 | 2CH | 3.73 | 1089 |
| 6/30/2010 | 2010 | 2 | 40 | 500 | 297.88 | 1089 |
| 6/30/2010 | 2010 | 2 | 410 | 2LN | 84.91 | 1089 |
| 6/30/2010 | 2010 | 2 | 19 | 788 | 27.94 | 1089 |
| 6/30/2010 | 2010 | 2 | 12 | 261 | 23.46 | 1089 |
| 6/30/2010 | 2010 | 2 | 3 | 311 | 1237.67 | 1089 |
| 6/30/2010 | 2010 | 2 | 35 | 919 | 226.16 | 1089 |
| 6/30/2010 | 2010 | 2 | 640 | 679 | 781.88 | 1089 |
| 6/30/2010 | 2010 | 2 | 203 | 312 | 2.66 | 1089 |
| 6/30/2010 | 2010 | 2 | 645 | 2AI | 23.78 | 1089 |
| 6/30/2010 | 2010 | 2 | 153 | 48X | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 608 | 534 | 5.07 | 1089 |
| 6/30/2010 | 2010 | 2 | 604 | 427 | 24.59 | 1089 |
| 6/30/2010 | 2010 | 2 | 631 | 983 | 529.95 | 1089 |
| 6/30/2010 | 2010 | 2 | 619 | 702 | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 664 | ED5 | 0.48 | 1089 |
| 6/30/2010 | 2010 | 2 | 3960 | 5AD | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 643 | 174 | 28.75 | 1089 |
| 6/30/2010 | 2010 | 2 | 441 | 946 | 437.67 | 1089 |
| 6/30/2010 | 2010 | 2 | 6 | 783 | 131.66 | 1089 |
| 6/30/2010 | 2010 | 2 | 33 | 784 | 0.64 | 1089 |
| 6/30/2010 | 2010 | 2 | 11 | 323 | 397.75 | 1089 |
| 6/30/2010 | 2010 | 2 | 56 | 2UI | 2.76 | 1089 |
| 6/30/2010 | 2010 | 2 | 639 | 629 | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 22 | 251 | 944.82 | 1089 |
| 6/30/2010 | 2010 | 2 | 204 | 881 | 0 | 1089 |
| 6/30/2010 | 2010 | 2 | 443 | 945 | 125.25 | 1089 |

| | | | | Total | $ | 19,004.25 | |
|---|---|---|---|---|---|---|---|

| Putnam Trails for Andrew Wade Dated 6/30/2010 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Year | Quarter | Fund Cd | Fund Number | 12b1 Fees | Sysrep No |
| 6/30/2010 | 2010 | 2 | 643 | 174 | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 53 | 2MG | 4.78 | 1087 |
| 6/30/2010 | 2010 | 2 | 16 | 338 | 1.61 | 1087 |
| 6/30/2010 | 2010 | 2 | 635 | 891 | 10 | 1087 |
| 6/30/2010 | 2010 | 2 | 45 | 2AG | 0.6 | 1087 |
| 6/30/2010 | 2010 | 2 | 435 | 2NT | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 22 | 251 | 118.12 | 1087 |
| 6/30/2010 | 2010 | 2 | 431 | 2NV | 8.31 | 1087 |
| 6/30/2010 | 2010 | 2 | 48 | 2HJ | 18.56 | 1087 |
| 6/30/2010 | 2010 | 2 | 402 | 2NE | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 448 | 2LQ | 21.05 | 1087 |
| 6/30/2010 | 2010 | 2 | 648 | 2HL | 0.02 | 1087 |
| 6/30/2010 | 2010 | 2 | 451 | 2LV | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 422 | 2LX | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 443 | 945 | 9.81 | 1087 |
| 6/30/2010 | 2010 | 2 | 641 | 405 | 20.2 | 1087 |
| 6/30/2010 | 2010 | 2 | 51 | 2CF | 1.21 | 1087 |
| 6/30/2010 | 2010 | 2 | 441 | 946 | 15.69 | 1087 |
| 6/30/2010 | 2010 | 2 | 654 | 2JP | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 20 | 163 | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 11 | 323 | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 6 | 783 | 2.35 | 1087 |
| 6/30/2010 | 2010 | 2 | 245 | 2AH | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 409 | 2NA | 72.84 | 1087 |
| 6/30/2010 | 2010 | 2 | 644 | 907 | 18.84 | 1087 |
| 6/30/2010 | 2010 | 2 | 401 | 2NK | 87.21 | 1087 |
| 6/30/2010 | 2010 | 2 | 652 | 2ZH | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 453 | 2NW | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 44 | 782 | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 31 | 355 | 39.62 | 1087 |
| 6/30/2010 | 2010 | 2 | 35 | 919 | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 404 | 2NF | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 8 | 779 | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 611 | 2AC | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 201 | 307 | 2.1 | 1087 |
| 6/30/2010 | 2010 | 2 | 4 | 781 | 9.33 | 1087 |
| 6/30/2010 | 2010 | 2 | 43 | 091 | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 3924 | 5AL | 9.88 | 1087 |
| 6/30/2010 | 2010 | 2 | 42 | 092 | 60.28 | 1087 |
| 6/30/2010 | 2010 | 2 | 40 | 500 | 18.62 | 1087 |
| 6/30/2010 | 2010 | 2 | 440 | 2MA | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 50 | 2CQ | 18.03 | 1087 |
| 6/30/2010 | 2010 | 2 | 49 | 2JK | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 610 | 626 | 14.95 | 1087 |
| 6/30/2010 | 2010 | 2 | 603 | 510 | 18.26 | 1087 |
| 6/30/2010 | 2010 | 2 | 661 | EE4 | 18.65 | 1087 |
| 6/30/2010 | 2010 | 2 | 3984 | 5AN | 17.96 | 1087 |
| 6/30/2010 | 2010 | 2 | 622 | 803 | 13.07 | 1087 |
| 6/30/2010 | 2010 | 2 | 204 | 881 | 1.5 | 1087 |
| 6/30/2010 | 2010 | 2 | 606 | 530 | 0 | 1087 |

| 6/30/2010 | 2010 | 2 | 18 | 804 | 0 | 1087 |
|-----------|------|---|-----|-------|--------|------|
| 6/30/2010 | 2010 | 2 | 608 | 534 | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 1 | 306 | 48.26 | 1087 |
| 6/30/2010 | 2010 | 2 | 640 | 679 | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 609 | 472 | 13.57 | 1087 |
| 6/30/2010 | 2010 | 2 | 601 | 385 | 3.57 | 1087 |
| 6/30/2010 | 2010 | 2 | 10 | 974 | 5 | 1087 |
| 6/30/2010 | 2010 | 2 | 3 | 311 | 282.68 | 1087 |
| 6/30/2010 | 2010 | 2 | 604 | 427 | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 41 | 093 | 6.68 | 1087 |
| 6/30/2010 | 2010 | 2 | 54 | 2JN | 32.22 | 1087 |
| 6/30/2010 | 2010 | 2 | 410 | 2LN | 0 | 1087 |
| 6/30/2010 | 2010 | 2 | 9 | 319 | 4.36 | 1087 |
| | | | | **Total** | **$ 1,049.79** | |



Exhibit #3



## Genworth
### Financial

Genworth Life and Annuity Insurance Company
Attn: Commission Accounting
P.O. Box 1280
Lynchburg, VA 24505-1280

JESUP & LAMONT SECURITIES CORPORATION
2500 N MILITARY TRAIL STE 135
BOCA RATON, FL 33431

## Commission statement - Agency
June 12, 2010
from Genworth Life and Annuity Insurance Company
Page 1 of 3

| | |
|---|---|
| Representative | Representative code |
| **Jesup & Lamont Securities Corporation** | **391GZ** |

| | |
|---|---|
| Agency | Agency code |
| **Universal Financial Consultants LLC** | **05104** |

Customer service
**800 991.5684**
M-F 8:30 AM-8 PM ET
**genworth.com**

**Thank you for your business.**
**Please retain this document for your records.**

### Summary
**Current period**

| | |
|---|---|
| First year commissions | |
| Annuities | $10,958.06 |
| **Total commissions paid** | **$10,958.06** |
| **Minimum amount for payment is $50.00** | |

## Commissions faster and direct to you!

With weekly Electronic Funds Transfer (EFT) you can receive your commissions faster and more securely. EFT commission payments go directly into your checking account by Wednesday each week. With EFT there is no need to wait for your check to arrive in the mail and will be available even if area mail service is disrupted. An additional benefit is that EFT payments are more secure; all data is encrypted so no one can access your personal information.

To get started, visit us at www.genworth.com/pro to sign-up online.

## Commission Statements Available Online

With our new statement design and unified web login feature, you can view commission statements for all product lines using the link below. Combined with EFT for all of the business you sell, this is a powerful and timely way to manage your commission account. You can view your statements when it is convenient for you without waiting for them to arrive in the mail or making a phone call to receive statement copies.

To get started, visit us at www.genworth.com/pro

Representative      Representative code
**Jesup & Lamont Securities Corporation**      **391GZ**

Agency      Agency code
**Universal Financial Consultants LLC**      **05104**

## Summary by representative

Current period

| Representative/ Representative code | First year commission | Total commission |
|---|---|---|
| Nebel Louis | | |
| 923HS | $10,958.06 | $10,958.06 |
| **Subtotal** | | **$10,958.06** |

| **Total commissions** | | **$10,958.06** |
|---|---|---|

Representative
**Jesup & Lamont Securities Corporation**

Representative code
**391GZ**

Agency
**Universal Financial Consultants LLC**

Agency code
**05104**

## First year commissions

| Client/ Policy number | Effective date/ Issue age | State | Product/ Mode | Transaction date/ Commission type | Commissionable amount | Split% | Rate% | Commission amount |
|---|---|---|---|---|---|---|---|---|
| **Annuities** | | | | | | | | |
| **Nebel Louis   923HS** | | | | | | | | |
| Revitch 43A101539 | 06/07/2010 80 | SC | SecLiving Rate Saver Annually | 06/07/2010 Earnings | $534,539.45 | 100.00 | 2.050000 | $10,958.06 |
| **Nebel Louis** | | | | | **$534,539.45** | | | **$10,958.06** |
| **Annuities** | | | | | **$534,539.45** | | | **$10,958.06** |
| **First year commissions** | | | | | **$534,539.45** | | | **$10,958.06** |

## Total

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total commissions** | | | | | | | | **$10,958.06** |

Exhibit #4                    Page 1 of 2

Hi Gary:

I'm looking at a statement (which I'll scan and send to you and Lou) that shows a reference to REVITCH (his client) but no reference to Liberty Life.

I have all parties in the loop; we'll figure it out.

Thank you.

Paul Gaiptman
National Insurance Coordinator
Jesup & Lamont Securities Corp.
2500 N. Military Trail, Suite 135
Boca Raton, Florida 33431
561 226 4471
Toll Free 800 971 3898
Fax 561 994 5906
PGaiptman@JesupLamont.com

**Jesup & Lamont Securities**
623 Fifth Avenue
New York, NY 10022
Tel: 212-307-2660
Fax: 212-757-7478

*Message from:
pgaiptman@jesuplamont.com
Message to:
gdavis@jesuplamont.com,
n.ridge@ufc.bz,
NebelFinancial@jesuplamont.com
Attached files: 0*

*This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.*

*E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments.*

---

**From:** Gary Davis
**Sent:** Thursday, June 24, 2010 1:56 PM
**To:** Paul Gaiptman; 'Nancy Ridge'
**Subject:** RE: RBC Compensation

We received an ACH from Liberty Life for $6,250. Is that pertaining to RBC?

Thank You
Gary Davis
Commission Dept.
Jesup & Lamont Securities Corp
Member FINRA / SIPC
800-569-3337 ext 1130
gdavis@jesuplamont.com

---

**From:** Paul Gaiptman
**Sent:** Thursday, June 24, 2010 12:51 PM

**To:** Nancy Ridge
**Cc:** Gary Davis
**Subject:** RBC Compensation

Hi Nancy:

I received a statement (no check) from RBC for Louis Nebel.

1) Wasn't this commission assigned to Jesup?

2) Can you check with RBC to find out the status of the $6,250.00 check?

Thank you

Paul Gaiptman
National Insurance Coordinator
Jesup & Lamont Securities Corp.
2500 N. Military Trail, Suite 135
Boca Raton, Florida 33431
561 226 4471
Toll Free 800 971 3898
Fax 561 994 5906
PGaiptman@JesupLamont.com