# Jesup and Lamont, Inc.
## Unpaid Wages
## Amended Exhibit A

| First | Last | Unpaid Salaries 06/16 - 06/30 | Refunds due (Insurance) | Total Unpaid Wages | Balance due on 06/15/10 payout | Balance of January thru May 2010 commissions due | Balance of June 2010 commissions due | Final Total Unpaid Wages | 11 U.S.C. §507(a)(4) Limitation |
|---|---|---|---|---|---|---|---|---|---|
| **CURRENT EMPLOYEES** | | | | | | | | | |
| Diana | Boykin | 3,541.67 | - | 3,541.67 | | | - | 3,541.67 | 3,541.67 |
| Bill | Holub | 5,208.33 | - | 5,208.33 | | | - | 5,208.33 | 5,208.33 |
| Mark | Peterson | 1,250.00 | - | 1,250.00 | | | - | 1,250.00 | 1,250.00 |
| Mike | Przybylski | 2,291.55 | - | 2,291.55 | | | - | 2,291.55 | 2,291.55 |
| Brian | Reshke | 2,999.65 | - | 2,999.65 | | | - | 2,999.65 | 2,999.65 |
| Maureen | Ryan | 6,250.00 | - | 6,250.00 | | | - | 6,250.00 | 6,250.00 |
| Lindsay | Todd | 2,916.67 | - | 2,916.67 | | | - | 2,916.67 | 2,916.67 |
| Chris | Vinci | 4,291.66 | - | 4,291.66 | | | - | 4,291.66 | 4,291.66 |
| Molly | Winkler | 5,625.00 | - | 5,625.00 | | | - | 5,625.00 | 5,625.00 |
| ***Total Current Employees*** | | **34,374.53** | **-** | **34,374.53** | **-** | **-** | **-** | **34,374.53** | **34,374.53** |
| **CONTRACTED EMPLOYEES** | | | | | | | | | |
| Kevin | Dirussa | 10,416.67 | 433.65 | 10,850.32 | | | - | 10,850.32 | 10,850.32 |
| Bill | Frymer | 8,333.33 | 415.71 | 8,749.04 | | | - | 8,749.04 | 8,749.04 |
| ***Total Contracted Employees*** | | **18,750.00** | **849.36** | **19,599.36** | **-** | **-** | **-** | **19,599.36** | **19,599.36** |
| **FORMER EMPLOYEES** | | | | | | | | | |
| Kim | Addarich | 2,727.27 | 135.35 | 2,862.62 | 366.40 | | 1,000.50 | 4,229.52 | 4,229.52 |
| Jonathan | Altman | - | 179.10 | 179.10 | 1,037.85 | | 9,653.75 | 10,870.70 | 10,870.70 |
| Deborah | Alvarez | 945.49 | - | 945.49 | | | - | 945.49 | 945.49 |
| Doreen | Amberg | 928.15 | - | 928.15 | | | | 928.15 | 928.15 |
| Gordon | Armstrong | - | 999.11 | 999.11 | 175.26 | | 680.00 | 1,854.37 | 1,854.37 |
| Felipe | Arrieta | - | 14.00 | 14.00 | 120.00 | | 654.00 | 788.00 | 788.00 |
| John | Ashby | - | 209.07 | 209.07 | 410.80 | | 1,254.94 | 1,874.81 | 1,874.81 |
| Philip | Auerbach | 1,893.94 | 452.24 | 2,346.18 | 662.12 | | 11,326.70 | 14,335.00 | 11,725.00 |
| Ted | Augustyniak | 1,363.64 | 89.13 | 1,452.77 | 116.18 | | - | 1,568.95 | 1,568.95 |
| Melissa | Balurdi | 3,030.31 | 113.02 | 3,143.33 | | | | 3,143.33 | 3,143.33 |
| David | Barrus | - | 900.59 | 900.59 | 1,799.77 | | 555.09 | 3,255.45 | 3,255.45 |
| Helane | Becker | 5,681.82 | - | 5,681.82 | | | | 5,681.82 | 5,681.82 |
| David | Bender | - | 643.87 | 643.87 | 3,957.00 | 60,305.68 | 21,631.33 | 86,537.88 | 11,725.00 |
| Susan | Bertash | 2,727.27 | 153.24 | 2,880.51 | | | - | 2,880.51 | 2,880.51 |
| Glenn | Blitzer | - | 878.32 | 878.32 | 1,452.97 | | 8,200.96 | 10,532.25 | 10,532.25 |
| Eric | Blum | - | - | - | 434.83 | | 3,295.30 | 3,730.13 | 3,730.13 |
| David | Bocchi | - | 226.55 | 226.55 | 1,905.00 | | - | 2,131.55 | 2,131.55 |
| Steve | Bolger | 2,159.09 | 467.83 | 2,626.92 | | | - | 2,626.92 | 2,626.92 |
| Michael | Brangan | - | 218.35 | 218.35 | 680.53 | | 437.50 | 1,336.38 | 1,336.38 |
| Robert | Brothers | - | 602.93 | 602.93 | 787.72 | | 1,771.00 | 3,161.65 | 3,161.65 |
| Steve | Brzosko | 1,666.43 | - | 1,666.43 | | | - | 1,666.43 | 1,666.43 |
| Steve | Buquicchio | 4,734.85 | 628.46 | 5,363.31 | 1,229.18 | | 9,833.15 | 16,425.64 | 11,725.00 |
| Lynn | Burns | 1,893.94 | 122.48 | 2,016.42 | | | - | 2,016.42 | 2,016.42 |
| Ed | Cabrera | 4,166.66 | 368.73 | 4,535.39 | 5,840.75 | | - | 10,376.14 | 10,376.14 |
| John | Caserta | 2,840.91 | 109.18 | 2,950.09 | | | - | 2,950.09 | 2,950.09 |
| William | Caulkens | - | 531.63 | 531.63 | 1,361.72 | | - | 1,893.35 | 1,893.35 |
| George | Cianci | 1,515.15 | 92.33 | 1,607.48 | | | - | 1,607.48 | 1,607.48 |
| Megan | Clark | 1,325.76 | 153.28 | 1,479.04 | | | - | 1,479.04 | 1,479.04 |
| Patricia | Cody | - | 119.94 | 119.94 | 1,029.00 | | 1,940.50 | 3,089.44 | 3,089.44 |

1

# Jesup and Lamont, Inc.
## Unpaid Wages
### Amended Exhibit A

| First | Last | Unpaid Salaries 06/16 - 06/30 | Refunds due (Insurance) | Total Unpaid Wages | Balance due on 06/15/10 payout | Balance of January thru May 2010 commissions due | Balance of June 2010 commissions due | Final Total Unpaid Wages | 11 U.S.C. §507(a)(4) Limitation |
|---|---|---|---|---|---|---|---|---|---|
| Xavier | Cohen | - | 898.18 | 898.18 | 1,092.77 | | 1,759.92 | 3,750.87 | 3,750.87 |
| Ralph | Confreda | 1,136.36 | - | 1,136.36 | | | | 1,136.36 | 1,136.36 |
| William | Corbett | - | 1,091.12 | 1,091.12 | 3,971.38 | | 440.00 | 5,502.50 | 5,502.50 |
| Matthew | Cox | 3,787.88 | 409.40 | 4,197.28 | | | - | 4,197.28 | 4,197.28 |
| Connor | Cunningham | 2,348.48 | 92.33 | 2,440.81 | | | - | 2,440.81 | 2,440.81 |
| Jeff | Curtis | 1,326.05 | 125.62 | 1,451.67 | | | - | 1,451.67 | 1,451.67 |
| Timothy | Dabulis | - | - | - | 374.50 | | | 374.50 | 374.50 |
| George | Davies | - | 778.10 | 778.10 | 88.92 | | | 867.02 | 867.02 |
| Gary | Davis | 1,931.82 | 89.06 | 2,020.88 | | | - | 2,020.88 | 2,020.88 |
| Arthur | DeFillippo | - | 997.94 | 997.94 | 405.75 | | | 1,403.69 | 1,403.69 |
| Annette | Deluca | 1,893.94 | 111.08 | 2,005.02 | | | 171.70 | 2,176.72 | 2,176.72 |
| Gladys | DeRienzo | 2,083.34 | 274.15 | 2,357.49 | | | - | 2,357.49 | 2,357.49 |
| Glenn | Desort | 4,734.85 | 236.05 | 4,970.90 | 240.90 | | 3,798.33 | 9,010.13 | 9,010.13 |
| Marc | Deutsch | - | 980.93 | 980.93 | 750.62 | | 4,947.91 | 6,679.46 | 6,679.46 |
| Mark | Diamond | - | 931.68 | 931.68 | 1,205.00 | | 3,500.00 | 5,636.68 | 5,636.68 |
| John | Dixon | - | 226.55 | 226.55 | 14,193.97 | | - | 14,420.52 | 11,725.00 |
| Brian | Ducey | - | - | - | 83.55 | | 550.00 | 633.55 | 633.55 |
| Christopher | Eagan | - | 637.01 | 637.01 | 106.17 | | 2,796.15 | 3,539.33 | 3,539.33 |
| Colette | Erasmus | 1,515.15 | 121.80 | 1,636.95 | | | - | 1,636.95 | 1,636.95 |
| Jocelyn | Estrada | 1,197.05 | 146.45 | 1,343.50 | | | - | 1,343.50 | 1,343.50 |
| Nick | Estrada | 3,409.09 | - | 3,409.09 | | | - | 3,409.09 | 3,409.09 |
| David | Evansen | - | 242.05 | 242.05 | 187.79 | | 1,161.87 | 1,591.71 | 1,591.71 |
| Irene | Fan | - | - | - | 2,958.35 | | 6,152.32 | 9,110.67 | 9,110.67 |
| Ken | Fechtor | - | - | - | 1,037.85 | | 9,653.75 | 10,691.60 | 10,691.60 |
| Bruce | Fish | 2,625.00 | - | 2,625.00 | | | - | 2,625.00 | 2,625.00 |
| Noel | Fleming | - | 665.07 | 665.07 | 945.25 | | 4,507.58 | 6,117.90 | 6,117.90 |
| Jaloyn | Fockler | 4,545.45 | 137.78 | 4,683.23 | | | - | 4,683.23 | 4,683.23 |
| George | Forrest | - | 1,032.60 | 1,032.60 | 514.04 | | 125.82 | 1,672.46 | 1,672.46 |
| Scott | Furman | - | 330.93 | 330.93 | 468.48 | | 2,592.32 | 3,391.73 | 3,391.73 |
| Paul | Gaiptman | 2,272.73 | 124.23 | 2,396.96 | | | - | 2,396.96 | 2,396.96 |
| Cliff | Gash | 9,090.91 | 137.78 | 9,228.69 | | 50,377.56 | 90,743.65 | 150,349.90 | 11,725.00 |
| Paula | Gentile | 1,420.60 | - | 1,420.60 | | | - | 1,420.60 | 1,420.60 |
| Michele | Giampietro | - | 262.03 | 262.03 | 2,386.74 | | 8,689.90 | 11,338.67 | 11,338.67 |
| Esta | Goldin | - | 323.77 | 323.77 | 675.20 | | - | 998.97 | 998.97 |
| Coby | Goldman | 1,136.36 | 88.23 | 1,224.59 | | | - | 1,224.59 | 1,224.59 |
| Richard | Goldstein | - | 1,016.97 | 1,016.97 | 565.84 | | 613.98 | 2,196.79 | 2,196.79 |
| Tsvet | Goykhman | 1,609.70 | 109.63 | 1,719.33 | | | - | 1,719.33 | 1,719.33 |
| Frances | Grevers | - | - | - | 203.53 | | | 203.53 | 203.53 |
| Paul | Gutenkunst | - | 371.47 | 371.47 | 46.69 | | - | 418.16 | 418.16 |
| Scott | Henderson | - | 239.65 | 239.65 | 384.57 | | - | 624.22 | 624.22 |
| Penny | Hintz | 1,022.71 | 127.80 | 1,150.51 | | | - | 1,150.51 | 1,150.51 |
| Michael | Iantosca | 1,325.76 | 117.65 | 1,443.41 | | | - | 1,443.41 | 1,443.41 |
| Alex | Iorga | 2,272.73 | 122.40 | 2,395.13 | | | - | 2,395.13 | 2,395.13 |
| George | Johnson | - | 957.11 | 957.11 | 11,302.80 | | 11,801.87 | 24,061.78 | 11,725.00 |
| Michael | Kapp | - | 61.92 | 61.92 | 5,182.47 | | 30,830.25 | 36,074.64 | 11,725.00 |
| Nelida | Keller | 787.88 | 125.08 | 912.96 | | | - | 912.96 | 912.96 |
| Kristin | Kipp | 1,325.76 | 129.70 | 1,455.46 | | | - | 1,455.46 | 1,455.46 |

2

# Jesup and Lamont, Inc.
## Unpaid Wages
### Amended Exhibit A

| First | Last | Unpaid Salaries 06/16 - 06/30 | Refunds due (Insurance) | Total Unpaid Wages | Balance due on 06/15/10 payout | Balance of January thru May 2010 commissions due | Balance of June 2010 commissions due | Final Total Unpaid Wages | 11 U.S.C. §507(a)(4) Limitation |
|---|---|---|---|---|---|---|---|---|---|
| Daniel | Kordash | - | 226.55 | 226.55 | 300.00 | | - | 526.55 | 526.55 |
| Tammy | Kraus | 3,257.57 | 7.75 | 3,265.32 | | | - | 3,265.32 | 3,265.32 |
| Manu | Krishnakumar | 2,272.73 | 92.60 | 2,365.33 | | | - | 2,365.33 | 2,365.33 |
| Roberto | Krutiansky | - | 1,097.11 | 1,097.11 | 562.18 | | 1,864.35 | 3,523.64 | 3,523.64 |
| Gordon | Lewis | - | 984.79 | 984.79 | | | - | 984.79 | 984.79 |
| Carlo | Licata | - | - | - | 99.29 | | 773.79 | 873.08 | 873.08 |
| Andrew | Liebe | - | 223.85 | 223.85 | 440.63 | | - | 664.48 | 664.48 |
| Ching-Yi | Lin | - | 109.18 | 109.18 | | | - | 109.18 | 109.18 |
| Dawn | Lopez | 1,893.94 | 333.23 | 2,227.17 | | | - | 2,227.17 | 2,227.17 |
| Luis | Lopez | - | - | - | 5.00 | | - | 5.00 | 5.00 |
| Alan | Lowenstein | - | 1,048.63 | 1,048.63 | 350.00 | | - | 1,398.63 | 1,398.63 |
| Scott | Lyman | - | 1,062.30 | 1,062.30 | 289.40 | | 545.00 | 1,896.70 | 1,896.70 |
| Kelly | MacPherson | - | 235.29 | 235.29 | 108.45 | | 6,312.50 | 6,656.24 | 6,656.24 |
| Joseph | Mahalick | - | 201.81 | 201.81 | 105.65 | | 3,946.60 | 4,254.06 | 4,254.06 |
| Meaghan | Manning | 1,250.00 | 114.85 | 1,364.85 | | | - | 1,364.85 | 1,364.85 |
| Matthew | Maounis | - | - | - | 111.25 | | 722.50 | 833.75 | 833.75 |
| Lawrence | Marcus | - | 235.29 | 235.29 | 652.25 | | 2,834.80 | 3,722.34 | 3,722.34 |
| Ashlee | Marks | 1,500.00 | - | 1,500.00 | | | - | 1,500.00 | 1,500.00 |
| Veronica | McCarthy | - | 53.06 | 53.06 | 96.23 | | 2,168.00 | 2,317.29 | 2,317.29 |
| Edward | McDevitt | - | 262.50 | 262.50 | 37.50 | | - | 300.00 | 300.00 |
| Jeff | Menapace | 4,734.55 | 373.23 | 5,107.78 | | | 36,505.61 | 41,613.39 | 11,725.00 |
| Marlon | Miles | - | 592.17 | 592.17 | 416.65 | | 635.40 | 1,644.22 | 1,644.22 |
| Karen | Miller | 1,515.15 | 226.55 | 1,741.70 | | | - | 1,741.70 | 1,741.70 |
| Ryan | Mitchell | 2,727.27 | 26.77 | 2,754.04 | 191.18 | | 601.35 | 3,546.57 | 3,546.57 |
| Roger | Morel | 6,628.68 | 399.67 | 7,028.35 | | | - | 7,028.35 | 7,028.35 |
| Magda | Mullin | - | 167.18 | 167.18 | 584.75 | | 2,337.50 | 3,089.43 | 3,089.43 |
| John | Mullins | - | 88.93 | 88.93 | 1,983.62 | | - | 2,072.55 | 2,072.55 |
| Vimal | Nair | 1,893.94 | 123.86 | 2,017.80 | | | - | 2,017.80 | 2,017.80 |
| George | Neiman | - | 142.50 | 142.50 | 496.96 | | 4,490.00 | 5,129.46 | 5,129.46 |
| James | Nelson | - | 218.35 | 218.35 | 87.50 | | 127.36 | 433.21 | 433.21 |
| Paul | Nicolini | - | 949.50 | 949.50 | 352.96 | | 405.82 | 1,708.28 | 1,708.28 |
| Karl | Niehoff | - | 94.08 | 94.08 | 49.23 | | 356.70 | 500.01 | 500.01 |
| Mariana | Noriega | 1,030.00 | - | 1,030.00 | | | - | 1,030.00 | 1,030.00 |
| Alex | Ochoa | - | - | - | 25.00 | | - | 25.00 | 25.00 |
| Frank | Paul | 5,113.64 | 42.74 | 5,156.38 | | | - | 5,156.38 | 5,156.38 |
| John | Pechalonis | - | - | - | 198.88 | | 1,946.84 | 2,145.72 | 2,145.72 |
| Mike | Pelham | 1,893.91 | 463.38 | 2,357.29 | 697.19 | | 7,168.06 | 10,222.54 | 10,222.54 |
| Damon | Perpetua | - | 248.39 | 248.39 | 400.25 | | 8,016.00 | 8,664.64 | 8,664.64 |
| Mike | Petrycki | 4,734.85 | 314.00 | 5,048.85 | | | - | 5,048.85 | 5,048.85 |
| Tim | Petrycki | 4,356.05 | 410.94 | 4,766.99 | | | - | 4,766.99 | 4,766.99 |
| Carly | Philips | 1,893.94 | 113.28 | 2,007.22 | | | - | 2,007.22 | 2,007.22 |
| Angelo | Pollari | - | 39.89 | 39.89 | 7,771.48 | | 19,330.10 | 27,141.47 | 11,725.00 |
| Evan | Quinones | 2,840.91 | 130.08 | 2,970.99 | | | - | 2,970.99 | 2,970.99 |
| Steve | Rabinovici | 4,734.85 | 272.93 | 5,007.78 | | | - | 5,007.78 | 5,007.78 |
| Boaz | Rahav | 9,469.70 | 4.50 | 9,474.20 | | | - | 9,474.20 | 9,474.20 |
| Eric | Ratner | - | 822.11 | 822.11 | 6,438.56 | | 19,526.65 | 26,787.32 | 11,725.00 |
| Peter | Reneo | 4,734.85 | - | 4,734.85 | | | - | 4,734.85 | 4,734.85 |

3

## Jesup and Lamont, Inc.
## Unpaid Wages
## Amended Exhibit A

| First | Last | Unpaid Salaries 06/16 - 06/30 | Refunds due (Insurance) | Total Unpaid Wages | Balance due on 06/15/10 payout | Balance of January thru May 2010 commissions due | Balance of June 2010 commissions due | Final Total Unpaid Wages | 11 U.S.C. §507(a)(4) Limitation |
|---|---|---|---|---|---|---|---|---|---|
| Richard | Riccardi | - | 611.83 | 611.83 | 11,091.41 | | 86,564.77 | 98,268.01 | 11,725.00 |
| Michael | Richard | - | 856.88 | 856.88 | 210.79 | | 404.85 | 1,472.52 | 1,472.52 |
| Valerie | Rivera | 787.91 | 1.68 | 789.59 | | | - | 789.59 | 789.59 |
| Charisse | Rosario | 787.88 | 109.18 | 897.06 | | | - | 897.06 | 897.06 |
| David | Rosenstrock | - | 911.26 | 911.26 | 11,693.97 | | 12,498.44 | 25,103.67 | 11,725.00 |
| Tom | Ruggiero | 4,734.85 | 184.53 | 4,919.38 | | | - | 4,919.38 | 4,919.38 |
| Jim | Ruskin | 3,977.27 | 523.38 | 4,500.65 | | | - | 4,500.65 | 4,500.65 |
| Cassie | Salla | 984.85 | - | 984.85 | | | - | 984.85 | 984.85 |
| Dan | Scavone | 1,893.94 | 122.48 | 2,016.42 | | | - | 2,016.42 | 2,016.42 |
| Gail | Schaffer | - | 185.74 | 185.74 | 392.27 | | - | 578.01 | 578.01 |
| Carla | Schueler | 2,083.23 | 104.54 | 2,187.77 | 31.25 | | - | 2,219.02 | 2,219.02 |
| Linda | Schwartz | - | 210.86 | 210.86 | 98.68 | | - | 309.54 | 309.54 |
| Juan | Seoane | - | 730.67 | 730.67 | 1,340.00 | | 9,500.00 | 11,570.67 | 11,570.67 |
| Allen | Seto | - | - | - | 150.00 | | - | 150.00 | 150.00 |
| John | Sexton | - | 634.44 | 634.44 | 606.86 | | 3,108.63 | 4,349.93 | 4,349.93 |
| Robert | Shelton | - | 237.35 | 237.35 | 384.57 | | - | 621.92 | 621.92 |
| Ney | Sheridan | 4,166.66 | 100.64 | 4,267.30 | | | - | 4,267.30 | 4,267.30 |
| Frederic | Siboulet | - | 96.84 | 96.84 | 1,250.00 | | - | 1,346.84 | 1,346.84 |
| Joyce | Sikora | 1,136.36 | 455.63 | 1,591.99 | | | - | 1,591.99 | 1,591.99 |
| John | Silberman | - | 867.30 | 867.30 | 710.76 | | 1,347.03 | 2,925.09 | 2,925.09 |
| Rafael | Sosa | - | 1,194.94 | 1,194.94 | 603.00 | | 15.18 | 1,813.12 | 1,813.12 |
| Scott | Spottiswoode | 9,090.91 | 141.30 | 9,232.21 | 898.25 | | - | 10,130.46 | 10,130.46 |
| Stefani | Stewart | 1,003.04 | 105.01 | 1,108.05 | | | - | 1,108.05 | 1,108.05 |
| David | Stone | - | 225.65 | 225.65 | 10.15 | | 65.41 | 301.21 | 301.21 |
| Bradford | Szczecinski | - | 309.19 | 309.19 | 1,460.54 | | - | 1,769.73 | 1,769.73 |
| Gregory | Taylor | - | 255.59 | 255.59 | 3,838.08 | | 17,571.50 | 21,665.17 | 11,725.00 |
| Alexandra | Torres | 709.09 | - | 709.09 | | | - | 709.09 | 709.09 |
| Barbara | Ulman | 490.91 | 32.20 | 523.11 | | | - | 523.11 | 523.11 |
| Mary | Lauriello | 2,462.22 | 0.70 | 2,462.92 | | | - | 2,462.92 | 2,462.92 |
| Alan | Weichselbaum | 3,787.88 | - | 3,787.88 | | | - | 3,787.88 | 3,787.88 |
| Jeff | Weiss | 3,787.88 | 501.34 | 4,289.22 | 555.50 | | 3,077.00 | 7,921.72 | 7,921.72 |
| Heather | Welch | 1,439.51 | 5.77 | 1,445.28 | | | - | 1,445.28 | 1,445.28 |
| Don | Wojnowski | 4,734.85 | 498.82 | 5,233.67 | 971.64 | | 5,620.80 | 11,826.11 | 11,725.00 |
| Jordana | Wojnowski | 787.88 | - | 787.88 | | | - | 787.88 | 787.88 |
| Barbara | Wyckoff | 3,787.88 | 622.40 | 4,410.28 | | | - | 4,410.28 | 4,410.28 |
| Christopher | Wynne | 2,272.73 | 477.81 | 2,750.54 | 106.07 | | 1,825.61 | 4,682.22 | 4,682.22 |
| Jonathan | Zucker | 4,166.66 | - | 4,166.66 | | | - | 4,166.66 | 4,166.66 |
| Todd | Zuckerbrod | 7,386.36 | 373.10 | 7,759.46 | | | - | 7,759.46 | 7,759.46 |
| **Total Former Employees** | | 229,337.52 | 47,522.90 | 276,860.42 | 131,996.04 | 110,683.24 | 519,286.15 | 1,038,825.85 | 608,365.37 |
| **SALARY CONTINUANCE - per separation agreements** | | | | | | | | | |
| Jim | Fellus | 5,208.00 | 486.57 | 5,694.57 | | | - | 5,694.57 | 5,694.57 |
| Mike | Omara | 5,208.33 | 47.25 | 5,255.58 | 413.14 | | 925.67 | 6,594.39 | 6,594.39 |
| **Total Salary Continuance** | | 10,416.33 | 533.82 | 10,950.15 | 413.14 | - | 925.67 | 12,288.96 | 12,288.96 |
| **INDEPENDENT CONTRACTORS** | | | | | | | | | |
| Matthew | Albers | - | - | - | 463.70 | | 4,595.79 | 5,059.49 | 5,059.49 |

4

## Jesup and Lamont, Inc.
## Unpaid Wages
## Amended Exhibit A

| First | Last | Unpaid Salaries 06/16 - 06/30 | Refunds due (Insurance) | Total Unpaid Wages | Balance due on 06/15/10 payout | Balance of January thru May 2010 commissions due | Balance of June 2010 commissions due | Final Total Unpaid Wages | 11 U.S.C. §507(a)(4) Limitation |
|---|---|---|---|---|---|---|---|---|---|
| Joseph | Dalimonte | - | - | - | 626.63 | | 4,415.10 | 5,041.73 | 5,041.73 |
| Glenn | Hall | - | 181.60 | 181.60 | 416.54 | | 1,976.78 | 2,574.92 | 2,574.92 |
| Grady | Hough | - | 166.58 | 166.58 | 870.16 | | 14,362.54 | 15,399.28 | 11,725.00 |
| Donald | Jans | - | - | - | 109.67 | 750.11 | - | 859.78 | 859.78 |
| Peter | Karnowski | - | - | - | 431.16 | | - | 431.16 | 431.16 |
| Scott | Kemps | - | - | - | 1,824.74 | | 12,943.43 | 14,768.17 | 11,725.00 |
| Keith | Korch | - | - | - | 1,766.11 | | 6,247.88 | 8,013.99 | 8,013.99 |
| Kim | Landolfi | - | 127.84 | 127.84 | 95.76 | | 2,991.18 | 3,214.78 | 3,214.78 |
| Ken | Lindell | - | - | - | 415.16 | | - | 415.16 | 415.16 |
| Brian | Madrigal | - | - | - | 784.98 | | - | 784.98 | 784.98 |
| Dewayne | McAnally | - | - | - | 100.49 | | 1,270.27 | 1,370.76 | 1,370.76 |
| Todd | Moore | - | 176.80 | 176.80 | 1,595.72 | | 13,013.14 | 14,785.66 | 11,725.00 |
| Victor | Nagel | - | - | - | 4,043.16 | | 2,310.21 | 6,353.37 | 6,353.37 |
| Lou | Nebel | - | - | - | 772.85 | | 37,471.25 | 38,244.10 | 11,725.00 |
| John | Neppel | - | - | - | 431.16 | | - | 431.16 | 431.16 |
| Michael | Nixon | - | - | - | 1,093.55 | | 5,064.16 | 6,157.71 | 6,157.71 |
| Dale | Para | - | - | - | 1,350.20 | | 8,922.06 | 10,272.26 | 10,272.26 |
| Alan | Reddish | - | 178.84 | 178.84 | 1,185.55 | | 9,541.30 | 10,905.69 | 10,905.69 |
| Ed | Rosenberg | - | - | - | 40.00 | | - | 40.00 | 40.00 |
| Robert | Rosenberg | - | 354.74 | 354.74 | 1,087.53 | | 8,640.84 | 10,083.11 | 10,083.11 |
| Nalin | Shah | - | - | - | 150.40 | | 7,004.00 | 7,154.40 | 7,154.40 |
| John | Tarpinian | - | - | - | 3,090.35 | | 43,946.08 | 47,036.43 | 11,725.00 |
| Martin | Tubman | - | - | - | 5,241.48 | | 14,082.57 | 19,324.05 | 11,725.00 |
| Matthew | Turner | - | 138.54 | 138.54 | 4,390.66 | | 14,620.50 | 19,149.70 | 11,725.00 |
| Andrew | Wade | - | - | - | 115.06 | | 2,216.70 | 2,331.76 | 2,331.76 |
| Peter | Zeh | - | - | - | 221.28 | | 3,131.57 | 3,352.85 | 3,352.85 |
| *Total Independent Contractors* | | - | 1,324.94 | 1,324.94 | 32,714.05 | 750.11 | 218,767.33 | 253,556.43 | 166,924.04 |
| **TOTAL UNPAID** | | 292,878.38 | 50,231.02 | 343,109.40 | 165,123.23 | 111,433.35 | 738,979.16 | 1,358,645.14 | 841,552.26 |

5