UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

JESUP & LAMONT, INC.,

                      Debtor.
------------------------------------------------------------x

Chapter 11

Case No. 10- 14133 (AJG)

## ORDER AUTHORIZING RETENTION OF SILVERMANACAMPORA LLP AS COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION

Upon the application dated July 30, 2010 (the "Application") of Jesup & Lamont, Inc. (the "Debtor"), the above-captioned debtor, seeking the entry of an order pursuant to 11 U.S.C. §§ 327(a), 330, and 331, authorizing and approving the employment of SilvermanAcampora LLP as general counsel to the Debtor, and upon the declaration of Adam L. Rosen, dated July 30, 2010, filed in support of the Application, and it appearing that: (i) SilvermanAcampora neither represents nor holds any interest adverse to the Debtor or its estate with respect to the matters upon which they are to be engaged; (ii) SilvermanAcampora is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code; and (iii) the employment of SilvermanAcampora is necessary and in the best interests of the estate; it is hereby

**ORDERED**, that in accordance with Bankruptcy Code sections 327(a), 330, and 331, the Debtor is authorized to retain SilvermanAcampora as its general bankruptcy counsel, effective July 30, 2010, to provide services, including but not limited to, representing the Debtor in connection with its rights and obligations under chapter 11 of the Bankruptcy Code and for the other purposes set forth in the Application; and it is further

**ORDERED**, that SilvermanAcampora shall receive compensation for professional services rendered to the Debtor and reimbursement of expenses as determined by this Court upon a properly noticed application.

Dated: New York, New York
       August 25, 2010

                                              **s/Arthur J. Gonzalez**
                                              Arthur J. Gonzalez
                                              Chief United States Bankruptcy Judge