UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

JESUP & LAMONT, INC.,

Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 10-14133 (AJG)

# ORDER (A) AUTHORIZING AND APPROVING DEBTOR TO REJECT CERTAIN UNEXPIRED LEASES, NUNC PRO TUNC TO THE PETITION DATE, IN ACCORDANCE WITH BANKRUPTCY CODE SECTION 365(a), AND (B) SETTING LAST DATE FOR FILING CLAIMS ARISING FROM REJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3002(c)(4)

Upon the motion dated August 5, 2010 (the "Motion") of Jesup & Lamont, Inc. (the "Debtor"), the above-captioned debtor, seeking the entry of an order (a) authorizing and approving the Debtor to reject certain unexpired leases, nunc pro tunc to date the Petition Date, in accordance with Bankruptcy Code section 365(a) and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and (b) setting the last date for filing claims arising from the rejection in accordance with Bankruptcy Rule 3002(c)(4); and the Court having determined that the legal and factual bases set forth in the Motion establish sufficient cause for the relief requested, it is

**ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that the Debtor is authorized to reject certain unexpired leases, as set forth on **Exhibit "A"** annexed hereto (the "Leases") nunc pro tunc to the Petition Date; and it is further

**ORDERED**, that the last date for filing claims arising from the rejection of the Leases, is September 24, 2010 (the "Bar Date"), and that in the event that any party entitled to file a claim as a result of the rejection of a Lease fails to do so on or before the Bar Date, that party shall

forever be barred from asserting a claim for rejection damages against the Debtor's estate; and it is further

**ORDERED**, that no later than three (3) days after the entry of this Order, the Debtor shall serve a copy of this Order upon each of the parties to the Leases.

Dated: New York, New York
      August 25, 2010

                                            **s/Arthur J. Gonzalez**
                                            Arthur J. Gonzalez
                                            Chief United States Bankruptcy Judge

**EXHIBIT A**

| ADDRESS | EXPIRATION | LANDLORD | MGMT CONTACT |
|---|---|---|---|
| 150 California Street<br>Suite 2100<br>San Francisco, CA 94111 | 9/30/2011 | CB Richard Ellis Inc.<br>One Maritime Plaza, ste 1660<br>San Francisco, CA 94111 | Helen Tann<br>(415) 974-1591 |
| 888 E. Las Olas Blvd.<br>Suite 600<br>Ft. Lauderdale, FL 33301 | 8/31/2012 | The Las Olas Company<br>888 E. Las Olas Blvd #603<br>Fort Lauderdale, FL 33301 | Bernadette Fandrey<br>(954) 712-9927 |
| 2170 West State Rd 434<br>Suite 100<br>Longwood, FL 32779 | 3/31/2012 | Emerson Investments International<br>5728 Major Blvd.<br>Orlando, FL 32819 | Rosie Ritchie<br>(407) 682-7199 |
| 325 Fifth Avenue<br>Suite 103<br>Indialantic, FL 32903 | 4/30/2014 | Paragon Realty II, LLC<br>325 5th Avenue<br>Indialantic, FL 32903 | Barbara Grant<br>(321) 409-0667 |
| 111 S. Wacker Drrive<br>Chicago, IL 60606 | 7/31/2011 | Grippo & Elden LLC<br>111 S. Wacker Drive<br>Chicago, IL 60606 | Thomas Skalitzky<br>(312) 723-1765 |

SB/537693.1/059107