SilvermanAcampora LLP
Attorneys for Jesup & Lamont, Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Adam L. Rosen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

JESUP & LAMONT, INC.,

               Chapter 11
               Case No. 10-14133 (AJG)

        Debtor.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NASSAU    )

    I, **GINA MARIA DAMOULIS,** being duly sworn, deposes and says:

    Deponent is not a party to this action, is over 18 years of age and resides in Jamaica, New York.

    On August 25, 2010, I served the document(s) described as:

- **ORDER (A) AUTHORIZING AND APPROVING DEBTOR TO REJECT CERTAIN UNEXPIRED LEASES, NUNC PRO TUNC TO THE PETITION DATE, IN ACCORDANCE WITH BANKRUPTCY CODE SECTION 365(a), AND (B) SETTING LAST DATE FOR FILING CLAIMS ARISING FROM REJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3002(c)(4).**

by **overnight delivery** to the addresses listed below, said addresses designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express within the State of New York.

To:    CB Richard Ellis Inc.
        One Maritime Plaza, Suite 1660
        San Francisco, CA 94111

        The Las Olas Company
        888 E. Las Olas Blvd #603
        Fort Lauderdale, FL 33301

GMD/553557.1/059107

Emerson International, Inc.
370 CenterPointe Circle, Suite 1136
Altamonte Springs, FL 32701
Attn: Kathryn Smith
     Paralegal/Legal Administrator

Paragon Realty II, LLC
325 5th Avenue
Indialantic, FL 32903

Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606

                                         s/ Gina Maria Damoulis
                                        **GINA MARIA DAMOULIS**

Sworn to before me this
25th day of August 2010

s/ Adam L. Rosen
_____
Notary Public

> Adam L. Rosen
> Notary Public, State of New York
> No. 02RO6054127
> Qualified in Nassau County
> Commission Expires January 29, 2011