Judge Arthur J. Gonzalez
U.S. Bankruptcy Court
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, New York 10004

RECEIVED
AUG 1 8 2010
U.S. BANKRUPTCY COURT, SDNY

Re: Case No. 10-14133 (AJG)

DearHonorable Judge Gonzalez:

Please accept this letter as my objection to Jesup& Lamont, Inc's Application filed by
SilvermanAcampora LLP dated August 6, 2010. My Objection is based on the fact that
their "Exhibit A" contains incorrect information. They are listing the amount of my
unpaid commissions $1008.82 when it is actually $6996.82. If they update the
information to be correct, I withdraw any objection.

Enclosed please find copies of my commission reports. This will clearly show the
amount due to me if you need further documentation it can provide  For the record, I did
attempt to correct this with Jesup& Lamont's attorneys prior to filing this objection, and
they were unwilling to amend the Exhibit.

Sincerely,

Marlon Miles




Enclosure: copies commission summary

Return to Normal View

# Rep Month Summary: June 2010 for MARLON MILES (FA13)

| Day by Day Trading Production ▼ ? | | | | Products \| Institutions \| Issuers \| Securities | | | | |
|---|---|---|---|---|---|---|---|---|
| Day | | Shares | Inv Amt | Grs Comm | Alloc Grs | Prd Crdt | Clrg Fees | Base Pay |
| ○ ○ Wednesday, June 16, 2010 | Production | 0 | 0 | 1,392 | 1,392 | 1,392 | 0 | 835 |
| ○ ○ Thursday, June 17, 2010 | Production | 0 | 0 | 8,588 | 8,588 | 8,588 | 0 | 5,153 |
| Totals | Overrides | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Production | 0 | 0 | 9,981 | 9,981 | 9,981 | 0 | 5,988 |

**Total Payout** 5,988

| Last Year Month Comparison ▼ ? | | | | |
|---|---|---|---|---|
| | **2009 June** | | **2010 June** | |
| | Over. | Prod. | Over. | Prod. |
| Shares | 0 | 0 | 0 | 0 |
| Inv Amt | 0 | 0 | 0 | 0 |
| Grs Comm | 0 | 0 | 0 | 9,981 |
| Alloc Grs | 0 | 0 | 0 | 9,981 |
| Prd Crdt | 0 | 0 | 0 | 9,981 |
| Clrg Fees | 0 | 0 | 0 | 0 |
| Base Pay | 0 | 0 | 0 | 5,988 |

Shares - Day by Day