Judge Arthur J. Gonzalez
U.S. Bankruptcy Court
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, New York 10004

RECEIVED AUG 18 2010

Re: Case No. 10-14133 (AJG)

DearHonorable Judge Gonzalez:

Please accept this letter as my objection to Jesup& Lamont, Inc's Application filed by SilvermanAcampora LLP dated August 6, 2010. My Objection is based on the fact that their "Exhibit A" contains incorrect information. They are listing the amount of my unpaid commissions $867.02 when it is actually $25,695.06. If they update the information to be correct, I withdraw any objection.

I am giving you the cases in questions listed on attachment. These transactions are not on the securities side of the business. These commissions were paid directly to Jesup & Lamont by the insurance companies. These commissions were being entered into the system by hand and as such they were always behind due to the problems Gary Davis had in the commission department. The insurance companies have refused my request for the statements since Jesup & Lamont has not released my contracts. This means currently my renewals and statements are still being given to Jesup & Lamont. For the record, I did attempt to correct this with Jesup& Lamont's attorneys prior to filing this objection, and they were unwilling to amend the Exhibit.

Sincerely,

George R. Davies

Enclosure: commission summary

Attachment: George R. Davies – Missing commissions

Herminia Hammond – AVIVA Annuity #193825 – Issued 06/02/2010
Amount invested: $137,917.85 – Commission never posted - $9654.24

Judith Leyrer – AVIVA Annuity #194006 – Issued 05/10/2010
Amount invested: $100,797.57 – Commission never posted - $7055.82

Alan Dinnerstein – Lincoln Financial #546101634N - renewals
Commission never posted – Jan $2995.00, April $2995.00, July $2995
Total owed: $8985.00

Total still owed not counting other renewals not paid: $25,695.06