Judge Arthur J. Gonzalez
U.S. Bankruptcy Court
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, New York 10004



Re: Case No. 10-14133 (AJG)

DearHonorable Judge Gonzalez:

Please accept this letter as my objection to Jesup& Lamont, Inc's Application filed by
SilvermanAcampora LLP dated August 6, 2010. My Objection is based on the fact that
their "Exhibit A" contains incorrect information. They are listing the amount of our
unpaid commissions $8264.25 when it is actually $57688.20. If they update the
information to be correct, I withdraw any objection.

Enclosed please find copies of our commission reports. This will clearly show the
amount due to us if you need further documentation it can provide  For the record, we
did attempt to correct this with Jesup& Lamont's attorneys prior to filing this objection,
and they were unwilling to amend the Exhibit.

Sincerely,


Matthew Turner                        Todd Moore



Alan Reddish                          Glenn Hall



Enclosure: copies commission summary

**Matthew Turner**

**From:** Don Wojnowski
**Sent:** Tuesday, June 22, 2010 10:53 PM
**To:** Retail
**Cc:** Alan Weichselbaum; Steve Rabinovici (FWD); William Holub; Michael C. Petrycki; Kevin Di Russa
**Subject:** Update call - scheduling

After speaking with Alan, Todd, Steve and many of you this evening, this is tomorrow's schedule & what I think this is the best course of action.

At 8:00 am or as soon as possible we expect to have a call with FINRA to discuss the remedial actions we have taken and the current capital position of the firm. I believe it will be our opinion we have firmly in net capital compliance and will ask FINRA to lift restrictions on our activities. In my experience this will not be immediate and may be staged in throughout the day once they agree with our assessment. In the unlikely event they immediately agree, we will be sending out emails with instructions and will schedule an "all hands on deck" call to bring everyone up to speed.

At 11:00 am senior management is meeting with Tri - Artisan to discuss the execution of the definitive merger agreement. As soon as both of the items are completed, senior management will host a call with the Retail Sales force to update us as to the status of FINRA (in the event we are not yet opened) and the Tri-artisan meeting. We would expect this call to take place around 1:00 pm.

Dial in for the 1:00 pm call will be 605 475 4800 & conference ID 307025. I will be on my cell and can be reached after 5:00 am EST.

Thanks and hang in there, we will get through this.

Donald A. Wojnowski Jr.
PRESIDENT

650 Fifth Avenue
New York, NY 10019

Tel NY: (212) 307-2660
Tel Fl: (321) 327-7933
Cell: (321) 480-7510
Fax: (407) 551-4900
E-mail: dwojnowski@jesuplamont.com

Jesup & Lamont, Inc.
3574603436133 807

Powered by CaptScan

## Matthew Turner

**From:** Glenn Desort
**Sent:** Wednesday, June 16, 2010 10:23 AM
**To:** Matthew Turner
**Subject:** FW: RETRO 5% CHARGE

Matt, Below is the e-mail I sent out earlier this morning. I agree with you 100% and am working on it.

Thank you.GMD.

Glenn M. Desort
Senior Vice President
South East Regional Director
Business Development
Jesup & Lamont Securities, Corp.
2500 N. Military Trail, Suite 135
Boca Raton, FL 33431
Toll Free: 800.971.3898
Direct: 561.226.4479
Fax: 561.994.5906
email: gdesort@jesuplamont.com

**From:** Glenn Desort
**Sent:** Wednesday, June 16, 2010 9:59 AM
**To:** Alan Weichselbaum; William Holub; Steve Rabinovici; Todd Zuckerbrod
**Cc:** Don Wojnowski
**Subject:** RETRO 5% CHARGE

Good morning gentlemen, I hope all is well. I have just been notified that the 5% charge (supposed "retention package") was retroactively taken from the reps pay yesterday, unbeknownst to them. I would think that before we take someone's earnings we might want to discuss the terms of the "retention package" i.e. price of the stock? discount? not to mention getting their permission first. I would also think that before we start taking the reps earnings we might want to issue the options they were awarded in their offer letters in some cases almost two years ago. Please advise.

Thank you.GMD.

1

## Matthew Turner

**From:** Glenn Desort
**Sent:** Wednesday, June 16, 2010 10:26 AM
**To:** Alan Weichselbaum; Matthew Turner; Steve Rabinovici; Don Wojnowski; William Holub
**Subject:** FW: MATT TURNER

**Importance:** High

Gentlemen, see below. This e-mail was sent by one of the firm's top producers.

Thank you. GMD.

Glenn M. Desort
Senior Vice President
South East Regional Director
Business Development
Jesup & Lamont Securities, Corp.
2500 N. Military Trail, Suite 135
Boca Raton, FL 33431
Toll Free: 800.971.3898
Direct: 561.226.4479
Fax: 561.994.5906
email: gdesort@jesuplamont.com

**From:** Matthew Turner
**Sent:** Wednesday, June 16, 2010 10:18 AM
**To:** Glenn Desort
**Subject:**
**Importance:** High

Glenn,

Page: 1

Rep Workbook
Commissions - Summary

Username:                                    Brian Madrigal

**Rep Information**
Rep:              **FD15**                   MADRIGAL BRIAN                          Region:                    70
**Branch Office: FD**

| Category / Name | Today | Today Ticket | MTD Comm | MTD Ticket | New MTD Comm | New MTD Ticket | YTD Comm | YTD Ticket | MTD Net | YTD Net | T/S | Accounting Period | Prior Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 T REP GRAND TOTALS: | | | 6,664.21 | 33.000 | | | 62,754.58 | 330.000 | 5,689.61 | 20,402.30 T | | 06/30/2010 1 | |

*Nationwide Trails paid to*
*Jesup $1734.40*

*(I can get something from*
*Nationwide if needed)*

# Rep Workbook
## Commissions - Summary

Username:       Matthew Turner

**Rep Information**
Rep:    FD24            TURNER MATTHEW            Region:       70
Branch Office: FD

| Category | Name | Today | Today Ticket | MTD Comm | MTD Ticket | New MTD Comm | New MTD Ticket | YTD Comm | YTD Ticket | MTD Net | YTD Net | T/S | Accounting Period | Prior Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | T | | | 5,944.59 | 34.000 | | | 6,244.59 | 43.000 | 39.00 | 39.00 | T | 06/30/2010 1 | |
| | REP GRAND TOTALS: | | | 5,944.59 | 34.000 | | | 6,244.59 | 43.000 | 39.00 | 39.00 | T | 06/30/2010 1 | |

Rep Workbook
Commissions - Summary

Username: Matthew Turner

**Rep Information**
Rep: FD07
Branch Office: FD

TURNER MATTHEW

Region: 70

| Category | Name | Today | Today Ticket | MTD Comm | MTD Ticket | New MTD Comm | New MTD Ticket | YTD Comm | YTD Ticket | MTD Net | YTD Net | T/S | Accounting Period | Prior Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 T | REP GRAND TOTALS: | 5.000 | | 22,283.56 | 17.000 | | | 407,677.13 | 2,171.130 | 31,907.09 | 136,236.81 T | | 06/30/2010 1 | |

X 90?

( + 4,900 taken prior month
Email's attached. )

Peter Cleavon
Former
Associate
Director

| | | | |
|---|---|---|---|
| FD17 Madrigal/Wellkamp | $ - | $ - | $ 1,484.06 |
| FD21 Hall/Reddish | $ - | $ - | $ - |
| FD22 Hall/Moore | $ - | $ 5,170.00 | $ 23,140.00 |
| FD23 Landolfi/Moore/Turner/Reddish | $ - | $ - | $ 38,260.00 |
| | $ 900.00 | $ 67,404.00 | $ 843,939.58 |

| REP | TODAY | M-T-D | Y-T-D |
|---|---|---|---|
| FDO2 | $ - | $ - | $ 49,547.00 |
| FD03 ALAN REDDISH | $ - | $ 11,657.00 | $ 103,319.00 |
| FD26 Alan Reddish | | | $ - |
| FD20 Reddish/Mays | | | $ - |
| FD10 KIM LANDOLFI | $ - | $ - | $ 9,853.00 |
| FD09 MICHAEL TODD MOORE | $ - | $ 6,143.00 | $ 85,937.00 |
| FD25 Michael Todd Moore | $ - | $ 9,075.00 | $ 15,503.00 |
| FD19 Moore/Mays | $ - | $ - | $ 26.00 |
| FD07 MATTHEW TURNER | $ - | $ 20,669.00 | $ 386,379.00 |
| FD24 Matthew Turner | $ 900.00 | $ 7,567.00 | $ 7,867.00 |
| FD18 Turner/Mays | $ - | $ - | $ 156.00 |
| FD08 GLENN HALL | $ - | $ 391.00 | $ 10,599.00 |
| FD11 Hall/Turner | $ - | $ 91.00 | $ 38,764.00 |
| FD13 Eric Weitkamp | $ - | $ - | $ 46.00 |
| FD15 Brian Madrigal | $ - | $ 6,641.00 | $ 68,635.52 |
| FD16 Master Mays | $ - | $ - | $ 4,426.00 |

Handwritten notes:

MM = 35,412.

This = 20,388.
AR = 11,657.00
BM = 6,641.

($25,412)
($29,234. w)

Total = 64,688.

Not including +

5% farm
Retention =
on prior
month

90% = 57,688.26

*re Tusa-Expo Holdings, Inc., et. al.*, 2008 WL 4857954 (Bankr. N.D. Tex. Nov. 7, 2008) (confirming § 507(a)(4) and (5) entitle employees to a "preferred status" so "payment of priority wage (and benefit) claims does not diminish a debtor's estate to the detriment of holders of general unsecured claims").

16.     Furthermore, Bankruptcy Code § 105(a) authorizes the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). The Bankruptcy Code affords pre-petition wage claims priority treatment under § 507(a)(4) because of the important public policy of protecting employees and their families from financial burdens which result from the termination of employment.

### CONCLUSION

17.     For the above reasons, the Debtor seeks authorization to pay the Wage Claims when it has the available funds.

18.     No prior request for the relief sought herein has previously been made to this or any other Court.

WHEREFORE, the Debtor respectfully requests the entry of an order, substantially in the form annexed hereto as **Exhibit B,** granting the Application, together with such further relief as the Court may deem proper.

Dated: Jericho, New York
      August 6, 2010

                    **SILVERMANACAMPORA LLP**
                    Proposed Attorneys for Jesup & Lamont, Inc.,

                    By:  s/ Adam L. Rosen
                        Adam L. Rosen
                    A Member of the Firm
                    100 Jericho Quadrangle, Suite 300
                    Jericho, New York 11753
                    (516) 479-6300

## RELIEF REQUESTED

10. The Debtor seeks the authority to pay the Wage Claims to the Terminated Employees for several reasons. First, the Wage Claims are, in most cases, entitled to priority status under Bankruptcy Code section 507(a) and there is no prejudice to other creditors if the Wage Claims are paid now.

11. Second, the Debtor would like to reduce the financial burden of the Terminated Employees who in many cases did not receive advance notice of their termination and in some cases hold claims for insurance and other benefits that were not provided to them.

12. Third, the Debtor believes that because the Wage Claims constitute a significant number of the total claims in this case, paying the claims now will reduce the administrative cost of this case relating to the analysis and objection to claims.

13. Bankruptcy Code § 507(a)(4) grants priority status to allowed unsecured claims for pre-petition "wages, salaries or commissions" which were "earned within 180 days before the date of the filing of the petition", "but only to the extent of $10,950."

14. Here, all of the Wage Claims are for services rendered within 180 days of the Petition Date. Moreover, the compensation due and owing to most of the Terminated Employees does not exceed $10,950. The compensation due and owing to four (4) of the Terminated Employees exceeds $10,950: (i) John Dixon, owed $14,193.97; (ii) George Johnson, owed $11,032.80; (iii) Richard Riccardi, owed $11,091.41; and (iv) David Rosenstrock, owed $11,693.97. The Debtor seeks authorization to pay those four (4) Terminated Employees exactly $10,950, the statutory limit pursuant to Bankruptcy Code section 507(a)(4).

15. Other unsecured creditors will not be disadvantaged if the Wage Claims are paid at the initial stage of this case because pre-petition wage claims receive priority status. *See In*

---

As a result, commissions earned in the month of June are not yet included in Exhibit A. The Debtor expects to have a final calculation of commissions due for the month of June 2010 and will submit an amended Exhibit A to the Court on or before the hearing date set for this Motion.

4.     In November 2008, EFG ceased conducting any securities business as a result of its inability to comply with applicable SEC net capital rules. In June 2010, JLSC ceased conducting any securities business as a result of its inability to comply with applicable SEC's net capital rules.

5.     As a result, the Debtor lost its main sources of revenue and has decided to conduct an orderly wind-down of its business and liquidation of its assets.

6.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## THE WAGE CLAIMS

7.     On or about June 29, 2010 (the "Termination Date"), the Debtor terminated approximately 188 employees (the "Terminated Employees") which constituted most of its workforce.[1] Nine (9) employees were not terminated and those employees continue to assist with winding-down the Debtor's business and assets. Those nine (9) employees have been paid in advance for the period from the Termination Date through the Petition Date.

8.     The Terminated Employees include both salaried employees and independent contractors.  Prior to the Termination Date, salaried employees were paid in arrears on a bi-monthly basis and independent contractors were paid commissions in arrears one month after services were rendered.

9.     The Terminated Employees are owed an aggregate of approximately $496,557.60 (collectively, the "Wage Claims"). The Wage claims include wages and reimbursement for insurance deductions made form paychecks in cases where the insurance coverage was terminated. (Annexed hereto as **Exhibit A** is a schedule of Wage Claims.)[2]

---

[1] Since January 1, 2010, the Debtor began paying the payroll and related benefits for employees of Jesup & Lamont, Securities Corporation. Therefore, the Debtor is obligated to reimburse the Terminated Employees for previously earned but unpaid wages, salaries, commissions and other employee benefits.
[2] As indicated in paragraph 1, commissions are paid in arrears one month after services were rendered.

2

**SILVERMANACAMPORA LLP**
Proposed Attorneys for Jesup & Lamont, Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Adam L. Rosen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re:

Chapter 11

JESUP & LAMONT, INC.,

Case No. 10- 14133 (AJG)

Debtor.

------------------------------------------------------x

### DEBTOR'S APPLICATION FOR AUTHORITY TO PAY CERTAIN
### PRE-PETITION WAGES, SALARIES, COMMISSIONS AND
### OTHER EMPLOYEE BENEFITS

Jesup & Lamont, Inc. (the "Debtor"), the debtor and debtor-in-possession in the above-captioned case, respectfully submits this application seeking the entry of an order authorizing the Debtor to pay (i) certain pre-petition wages, salaries and commissions and (ii) other pre-petition employee benefits, as follows:

### BACKGROUND

1.      On July 30, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court. The Debtor is authorized to continue to operate its business and manage its business and the property as a debtor in possession under Bankruptcy Code sections 1107(a) and 1108.

2.      No committee, trustee or examiner has been appointed in this case.

3.      The Debtor is a holding company which owns 100% of the stock of Jesup & Lamont Securities Corporation ("JLSC") and Empire Financial Group, Inc. ("EFG") which are both inactive financial securities firms. The Debtor also owns 100% of the stock of Empire Investment Advisors, Inc.

# Jesup and Lamont, Inc.
## Unpaid Wages
### Exhibit A

| First | Last | Unpaid Salary 05/07-05/31 | Returns due on insurance | Balance due on life insurance | Total Unpaid Wages |
|---|---|---|---|---|---|
| **URRENT EMPLOYEES** | | | | | |
| Diana | Boykin | 3,541.67 | - | | 3,541.67 |
| Bill | Holub | 5,208.33 | - | | 5,208.33 |
| Mark | Peterson | 1,250.00 | - | | 1,250.00 |
| Mike | Przybylski | 2,291.55 | - | | 2,291.55 |
| Brian | Reshke | 2,999.65 | - | | 2,999.65 |
| Maureen | Ryan | 6,250.00 | - | | 6,250.00 |
| Lindsay | Todd | 2,916.67 | - | | 2,916.67 |
| Chris | Vinci | 4,291.66 | - | | 4,291.66 |
| Molly | Winkler | 5,625.00 | - | | 5,625.00 |
| | | | | | |
| ***Total Current Employees*** | | 34,374.53 | | | 34,374.53 |
| **ONTRACTED EMPLOYEES** | | | | | |
| Kevin | Dirussa | 10,416.67 | 433.65 | | 10,850.32 |
| Bill | Frymer | 8,333.33 | 415.71 | | 8,749.04 |
| | | | | | |
| ***Total Contracted Employees*** | | 18,750.00 | 849.36 | | 19,599.36 |
| **ORMER EMPLOYEES** | | | | | |
| Kim | Addarich | 2,727.27 | 135.35 | 366.40 | 3,229.02 |
| Jonathan | Altman | - | 179.10 | 1,037.85 | 1,216.95 |
| Deborah | Alvarez | 945.49 | - | | 945.49 |
| Doreen | Amberg | 928.15 | - | | 928.15 |
| Gordon | Armstrong | - | 999.11 | 175.26 | 1,174.37 |
| Felipe | Arrieta | - | 14.00 | 120.00 | 134.00 |
| John | Ashby | - | 209.07 | 410.80 | 619.87 |
| Philip | Auerbach | 1,893.94 | 452.24 | 662.12 | 3,008.30 |
| Ted | Augustyniak | 1,363.64 | 89.13 | 116.18 | 1,568.95 |
| Melissa | Balurdi | 3,030.31 | 113.02 | | 3,143.33 |
| David | Barrus | - | 900.59 | 1,799.77 | 2,700.36 |
| Helane | Becker | 5,681.82 | - | | 5,681.82 |
| David | Bender | - | 643.87 | 3,957.00 | 4,600.87 |
| Susan | Bertash | 2,727.27 | 153.24 | | 2,880.51 |
| Glenn | Blitzer | - | 878.32 | 1,452.97 | 2,331.29 |
| Eric | Blum | - | - | 434.83 | 434.83 |
| David | Bocchi | - | 226.55 | 1,905.00 | 2,131.55 |
| Steve | Bolger | 2,159.09 | 467.83 | | 2,626.92 |
| Michael | Brangan | - | 218.35 | 680.53 | 898.88 |
| Robert | Brothers | - | 602.93 | 787.72 | 1,390.65 |
| Steve | Brzosko | 1,666.43 | - | | 1,666.43 |
| Steve | Buquicchio | 4,734.85 | 628.46 | 1,229.18 | 6,592.49 |
| Lynn | Burns | 1,893.94 | 122.48 | | 2,016.42 |
| Ed | Cabrera | 4,166.66 | 368.73 | 5,840.75 | 10,376.14 |
| John | Caserta | 2,840.91 | 109.18 | | 2,950.09 |
| William | Caulkens | - | 531.63 | 1,361.72 | 1,893.35 |
| George | Cianci | 1,515.15 | 92.33 | | 1,607.48 |
| Megan | Clark | 1,325.76 | 153.28 | | 1,479.04 |
| Patricia | Cody | - | 119.94 | 1,029.00 | 1,148.94 |
| Xavier | Cohen | - | 898.18 | 1,092.77 | 1,990.95 |
| Ralph | Confreda | 1,136.36 | - | | 1,136.36 |
| William | Corbett | - | 1,091.12 | 3,971.38 | 5,062.50 |
| Matthew | Cox | 3,787.88 | 409.40 | | 4,197.28 |
| Connor | Cunningham | 2,348.48 | 92.33 | | 2,440.81 |
| Jeff | Curtis | 1,326.05 | 125.62 | | 1,451.67 |
| Timothy | Dabulis | - | - | 374.50 | 374.50 |
| George | Davies | - | 778.10 | 88.92 | 867.02 |
| Gary | Davis | 1,931.82 | 89.06 | | 2,020.88 |
| Arthur | DeFillippo | - | 997.94 | 405.75 | 1,403.69 |
| Annette | Deluca | 1,893.94 | 111.08 | | 2,005.02 |
| Gladys | DeRienzo | 2,083.34 | 274.15 | | 2,357.49 |
| Glenn | Desort | 4,734.85 | 236.05 | 240.90 | 5,211.80 |

1

# EXHIBIT A

# Jesup and Lamont, Inc.
## Unpaid Wages
### Exhibit A

| First | Last | Unpaid Salaries 06/15 - 06/30 | Refunds and (Insurance) | Bounced due on 06/15 All payroll | Total Unpaid Wages |
|---|---|---|---|---|---|
| John | Mullins | - | 88.93 | 1,983.62 | 2,072.55 |
| Vimal | Nair | 1,893.94 | 123.86 | | 2,017.80 |
| George | Neiman | - | 142.50 | 496.96 | 639.46 |
| James | Nelson | - | 218.35 | 87.50 | 305.85 |
| Paul | Nicolini | - | 949.50 | 352.96 | 1,302.46 |
| Karl | Niehoff | - | 94.08 | 49.23 | 143.31 |
| Alex | Ochoa | - | - | 25.00 | 25.00 |
| Frank | Paul | 5,113.64 | 42.74 | | 5,156.38 |
| John | Pechalonis | - | | 198.88 | 198.88 |
| Mike | Pelham | 1,893.91 | 463.38 | 697.19 | 3,054.48 |
| Damon | Perpetua | - | 248.39 | 400.25 | 648.64 |
| Mike | Petrycki | 4,734.85 | 314.00 | | 5,048.85 |
| Tim | Petrycki | 4,356.05 | 410.94 | | 4,766.99 |
| Carly | Philips | 1,893.94 | 113.28 | | 2,007.22 |
| Angelo | Pollari | - | 39.89 | 7,771.48 | 7,811.37 |
| Evan | Quinones | 2,840.91 | 130.08 | | 2,970.99 |
| Steve | Rabinovici | 4,734.85 | 272.93 | | 5,007.78 |
| Boaz | Rahav | 9,469.70 | 4.50 | | 9,474.20 |
| Eric | Ratner | - | 822.11 | 6,438.56 | 7,260.67 |
| Peter | Reneo | 4,734.85 | - | | 4,734.85 |
| Richard | Riccardi | - | 611.83 | 11,091.41 | 11,703.24 |
| Michael | Richard | - | 856.88 | 210.79 | 1,067.67 |
| Valerie | Rivera | 787.91 | 1.68 | | 789.59 |
| Charisse | Rosario | 787.88 | 109.18 | | 897.06 |
| David | Rosenstrock | - | 911.26 | 11,693.97 | 12,605.23 |
| Tom | Ruggiero | 4,734.85 | 184.53 | | 4,919.38 |
| Jim | Ruskin | 3,977.27 | 523.38 | | 4,500.65 |
| Cassie | Salla | 984.85 | - | | 984.85 |
| Dan | Scavone | 1,893.94 | 122.48 | | 2,016.42 |
| Gail | Schaffer | - | 185.74 | 392.27 | 578.01 |
| Carla | Schueler | 2,083.23 | 104.54 | 31.25 | 2,219.02 |
| Linda | Schwartz | - | 210.86 | 98.68 | 309.54 |
| Juan | Seoane | - | 730.67 | 1,340.00 | 2,070.67 |
| Allen | Seto | - | - | 150.00 | 150.00 |
| John | Sexton | - | 634.44 | 606.86 | 1,241.30 |
| Robert | Shelton | - | 237.35 | | 237.35 |
| Ney | Sheridan | 4,166.66 | 100.64 | | 4,267.30 |
| Frederic | Siboulet | - | 96.84 | 1,250.00 | 1,346.84 |
| Joyce | Sikora | 1,136.36 | 455.63 | | 1,591.99 |
| John | Silberman | - | 867.30 | 710.76 | 1,578.06 |
| Rafael | Sosa | - | 1,194.94 | 603.00 | 1,797.94 |
| Scott | Spottiswoode | - | 141.30 | 898.25 | 1,039.55 |
| Stefani | Stewart | 1,003.04 | 105.01 | | 1,108.05 |
| David | Stone | - | 225.65 | 10.15 | 235.80 |
| Bradford | Szczecinski | - | 309.19 | 1,460.54 | 1,769.73 |
| Gregory | Taylor | - | 255.59 | 3,838.08 | 4,093.67 |
| Alexandra | Torres | 709.09 | - | | 709.09 |
| Barbara | Ulman | 490.91 | 32.20 | | 523.11 |
| Mary | Lauriello | 2,462.22 | 0.70 | | 2,462.92 |
| Alan | Weichselbaum | 3,787.88 | - | | 3,787.88 |
| Jeff | Weiss | 3,787.88 | 501.34 | 555.50 | 4,844.72 |
| Heather | Welch | 1,439.51 | 5.77 | | 1,445.28 |
| Don | Wojnowski | 4,734.85 | 498.82 | 971.64 | 6,205.31 |
| Jordana | Wojnowski | 787.88 | | | 787.88 |
| Barbara | Wyckoff | 3,787.88 | 622.40 | | 4,410.28 |
| Christopher | Wynne | 2,272.73 | 477.81 | 106.07 | 2,856.61 |
| Jonathan | Zucker | 4,166.66 | - | | 4,166.66 |
| Todd | Zuckerbrod | 7,386.36 | 373.10 | | 7,759.46 |
| **Total Former Employees** | | 219,246.61 | 47,492.90 | 131,226.90 | 397,966.41 |

3

# Jesup and Lamont, Inc.
## Unpaid Wages
### Exhibit A

| First | Last | Unpaid Salaries 06/16 - 06/30 | Refunds and Insurance | Balance due on 06/15 Employee | Total Unpaid Wages |
|---|---|---|---|---|---|
| Marc | Deutsch | - | 980.93 | 750.62 | 1,731.55 |
| Mark | Diamond | - | 931.68 | 1,205.00 | 2,136.68 |
| John | Dixon | - | 226.55 | 14,193.97 | 14,420.52 |
| Brian | Ducey | - | - | 83.55 | 83.55 |
| Christopher | Eagan | - | 637.01 | 106.17 | 743.18 |
| Colette | Erasmus | 1,515.15 | 121.80 | | 1,636.95 |
| Jocelyn | Estrada | 1,197.05 | 146.45 | | 1,343.50 |
| Nick | Estrada | 3,409.09 | - | | 3,409.09 |
| David | Evansen | - | 242.05 | 187.79 | 429.84 |
| Irene | Fan | - | - | 2,958.35 | 2,958.35 |
| Ken | Fechtor | - | - | 1,037.85 | 1,037.85 |
| Bruce | Fish | 2,625.00 | - | | 2,625.00 |
| Noel | Fleming | - | 665.07 | 945.25 | 1,610.32 |
| Jaloyn | Fockler | 4,545.45 | 137.78 | | 4,683.23 |
| George | Forrest | | 1,032.60 | 514.04 | 1,546.64 |
| Scott | Furman | - | 330.93 | 468.48 | 799.41 |
| Paul | Gaiptman | 2,272.73 | 124.23 | | 2,396.96 |
| Cliff | Gash | 9,090.91 | 137.78 | | 9,228.69 |
| Paula | Gentile | 1,420.60 | - | | 1,420.60 |
| Michele | Giampietro | - | 262.03 | 2,386.74 | 2,648.77 |
| Esta | Goldin | - | 323.77 | 675.20 | 998.97 |
| Coby | Goldman | 1,136.36 | 88.23 | | 1,224.59 |
| Richard | Goldstein | - | 1,016.97 | 565.84 | 1,582.81 |
| Tsvet | Goykhman | 1,609.70 | 109.63 | | 1,719.33 |
| Frances | Grevers | - | - | 203.53 | 203.53 |
| Paul | Gutenkunst | - | 371.47 | 46.69 | 418.16 |
| Scott | Henderson | - | 239.65 | | 239.65 |
| Penny | Hintz | 1,022.71 | 127.80 | | 1,150.51 |
| Michael | Iantosca | 1,325.76 | 117.65 | | 1,443.41 |
| Alex | Iorga | 2,272.73 | 122.40 | | 2,395.13 |
| George | Johnson | - | 957.11 | 11,302.80 | 12,259.91 |
| Michael | Kapp | - | 61.92 | 5,182.47 | 5,244.39 |
| Nelida | Keller | 787.88 | 125.08 | | 912.96 |
| Kristin | Kipp | 1,325.76 | 129.70 | | 1,455.46 |
| Daniel | Kordash | - | 226.55 | 300.00 | 526.55 |
| Tammy | Kraus | 3,257.57 | 7.75 | | 3,265.32 |
| Manu | Krishnakumar | 2,272.73 | 92.60 | | 2,365.33 |
| Roberto | Krutiansky | - | 1,097.11 | 562.18 | 1,659.29 |
| Gordon | Lewis | - | 984.79 | | 984.79 |
| Carlo | Licata | - | - | 99.29 | 99.29 |
| Andrew | Liebe | - | 223.85 | 440.63 | 664.48 |
| Ching-Yi | Lin | - | 109.18 | | 109.18 |
| Dawn | Lopez | 1,893.94 | 333.23 | | 2,227.17 |
| Luis | Lopez | - | - | 5.00 | 5.00 |
| Alan | Lowenstein | - | 1,048.63 | 350.00 | 1,398.63 |
| Scott | Lyman | - | 1,062.30 | 289.40 | 1,351.70 |
| Kelly | MacPherson | - | 235.29 | 108.45 | 343.74 |
| Joseph | Mahalick | - | 201.81 | 105.65 | 307.46 |
| Meaghan | Manning | 1,250.00 | 114.85 | | 1,364.85 |
| Matthew | Maounis | - | - | 111.25 | 111.25 |
| Lawrence | Marcus | - | 235.29 | 652.25 | 887.54 |
| Ashlee | Marks | 1,500.00 | - | | 1,500.00 |
| Veronica | McCarthy | - | 53.06 | 96.23 | 149.29 |
| Edward | McDevitt | - | 262.50 | 37.50 | 300.00 |
| Jeff | Menapace | 4,734.55 | 373.23 | | 5,107.78 |
| Marlon | Miles | - | 592.17 | 416.65 | 1,008.82 |
| Karen | Miller | 1,515.15 | 226.55 | | 1,741.70 |
| Ryan | Mitchell | 2,727.27 | 26.77 | 191.18 | 2,945.22 |
| Roger | Morel | 6,628.68 | 399.67 | | 7,028.35 |
| Magda | Mullin | - | 167.18 | 584.75 | 751.93 |

# EXHIBIT B

# Jesup and Lamont, Inc.
## Unpaid Wages
### Exhibit A

| First | Last | Unpaid Salaries Commission | Refunds and Insurance | Balance due or 401 K payout | Total Unpaid Wages |
|---|---|---|---|---|---|
| **SALARY CONTINUANCE - per separation agreements** | | | | | |
| Jim | Fellus | 5,208.00 | 486.57 | | 5,694.57 |
| Mike | Omara | 5,208.33 | 47.25 | 413.14 | 5,668.72 |
| | | | | | |
| *Total Salary Continuance* | | 10,416.33 | 533.82 | 413.14 | 11,363.29 |
| **INDEPENDENT CONTRACTORS** | | | | | |
| Matthew | Albers | - | - | 463.70 | 463.70 |
| Joseph | Dalimonte | - | - | 626.63 | 626.63 |
| Glenn | Hall | - | 181.60 | 416.54 | 598.14 |
| Grady | Hough | - | 166.58 | 870.16 | 1,036.74 |
| Donald | Jans | - | - | 109.67 | 109.67 |
| Peter | Karnowski | - | - | 431.16 | 431.16 |
| Scott | Kemps | - | - | 1,824.74 | 1,824.74 |
| Keith | Korch | - | - | 1,766.11 | 1,766.11 |
| Kim | Landolfi | - | 127.84 | 95.76 | 223.60 |
| Ken | Lindell | - | - | 415.16 | 415.16 |
| Dewayne | McAnally | - | - | 100.49 | 100.49 |
| Todd | Moore | - | 176.80 | 1,595.72 | 1,772.52 |
| Victor | Nagel | - | - | 4,043.16 | 4,043.16 |
| Lou | Nebel | - | - | 772.85 | 772.85 |
| John | Neppel | - | - | 431.16 | 431.16 |
| Michael | Nixon | - | - | 1,093.55 | 1,093.55 |
| Dale | Para | - | - | 1,350.20 | 1,350.20 |
| Alan | Reddish | - | 178.84 | 1,185.55 | 1,364.39 |
| Ed | Rosenberg | - | - | 40.00 | 40.00 |
| Robert | Rosenberg | - | 354.74 | 1,087.53 | 1,442.27 |
| Nalin | Shah | - | - | 150.40 | 150.40 |
| John | Tarpinian | - | - | 3,090.35 | 3,090.35 |
| Martin | Tubman | - | - | 5,241.48 | 5,241.48 |
| Matthew | Turner | - | 138.54 | 4,390.66 | 4,529.20 |
| Andrew | Wade | - | - | 115.06 | 115.06 |
| Peter | Zeh | - | - | 221.28 | 221.28 |
| | | | | | |
| *Total Independent Contractors* | | | 1,324.94 | 31,929.07 | 33,254.01 |
| | | | | | |
| **TOTAL UNPAID** | | 282,757.47 | 50,231.02 | 163,569.11 | 496,557.60 |

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                           Chapter 11

JESUP & LAMONT, INC.,                                            Case No. 10-14133 (AJG)

                                    Debtor.
-------------------------------------------------------------x

### ORDER AUTHORIZING DEBTOR TO PAY CERTAIN PRE-PETITION WAGES, SALARIES, COMMISSIONS AND OTHER EMPLOYEE BENEFITS

Upon the application dated August 6, 2010 (the "Application") of Jesup & Lamont, Inc.

(the "Debtor"), the above-captioned debtor, seeking the entry of an order authorizing and

approving the payment of certain pre-petition wages, salaries, commissions, and other

employee benefits; and the Court having determined that the legal and factual bases set forth in

the Application establish sufficient cause for the relief requested, it is

ORDERED, that the Application is granted to the extent set forth herein; and it is further

ORDERED, that the Debtor is authorized but not required to pay pre-petition wages,

salaries, commissions and other employee benefits as set forth on **Exhibit "A"** annexed hereto.

Dated: New York, New York
        August___, 2010

                                            _____
                                            Arthur J. Gonzalez
                                            Chief United States Bankruptcy Judge

Order M-242 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk the United States Bankruptcy Court, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004-1408, on a 3.5 inch floppy disk, preferably in Portable Document format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of Judge Arthur J. Gonzalez, One Bowling Green, New York, New York 10004), and served in accordance with General Order M-242 or other form upon: (i) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York, 11753, Attn: Sheryl P. Busell; and (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Brian S. Masumoto, so as to be actually received no later than **August 18, 2010 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open Court.

Dated: Jericho, New York
August 4, 2010

                    **SILVERMANACAMPORA LLP**
                    Proposed Attorneys for the Debtor


                    By:   s/ Adam L. Rosen
                    Adam L. Rosen
                    100 Jericho Quadrangle, Suite 300
                    Jericho, New York 11753
                    (516) 479-6300

SILVERMANACAMPORA LLP
Proposed Attorneys for Jesup & Lamont, Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Adam L. Rosen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:

JESUP & LAMONT, INC.,

Debtor.
--------------------------------------------------------x

Chapter 11

Case No. 10-14133 (AJG)

## NOTICE OF HEARING ON APPLICATION TO PAY CERTAIN PRE-PETITION WAGES, SALARIES, COMMISSIONS AND OTHER EMPLOYEE BENEFITS

**PLEASE TAKE NOTICE**, that on **August 25, 2010 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, a hearing (the "Hearing") will be held before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004-1408, on the Application to pay certain pre-petition wages, salaries, commissions and other employee benefits (the "Application").

**PLEASE TAKE FURTHER NOTICE**, that a copy of the Application will be on file with, and may be inspected at, the Clerk of the Court, United States Bankruptcy Court, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004-1408 during its regular business hours or by accessing the Court's website at www.nysb.uscourts.gov for registered users of the PACER system. Copies may also be obtained by contacting counsel for the Debtor in writing at SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Sheryl P. Busell (516-479-6342; sbusell@silvermanacampora.com).

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Application shall be in writing, filed with the Court electronically in accordance with General