Marlon Miles
7907 NW 128th Lane
Parkland FL 33076
954-270-3878 mobile
08/26/2010



Judge Arthur J. Gonzalez
U.S. Bankruptcy Court
Alexander Hamilton U.S. Custom House
One Bowling Freen
New York, NY 10004


Re: Case No. 10-14133 (AJG) Addendum to objectionto "Exhibit A" previously filed on or about 08/16/2010(unpaid earned commissions)


Dear Honorable Judge Gonzalez:

I am a former Jesup& Lamont Securities Corp employee, terminated 6/30/2010, who is a creditor for unpaid commissions earned but not paid when operations ceased on June 30th.. One of my accounts is a 401k plan with Triangle Auto Center. It has come to my attention that I am owed additional commissions from J&L that was earned during the month of June. This was earned and paid from management of the assets, and the commission is issued monthly to Jesup& Lamont. John Hancock Retirement Services, the plan provider, advised me via the commissions department that they did in fact issue this commission check payable to Jesup& Lamont, and verified that it was cashed by same in the month of July. Insofar as there was no accounting of this commission due to me was forthcoming from Jesup& Lamont since their cessation of operations, and I have been cut off from the commission accounting software online, I can only indirectly prove that I am owed this earned commission, as follows:

Attached is the Asset Overview for the month ending June 30th of 2010, It shows that allocated assets were $6,092,871. John Hancock Retirement services sends a gross commission check to Jesup& Lamont each month on a calculation of .25% of current month's allocated assets, divided by 12. This equals $1,269.35. As the plan advisor, I was contracted by Jesup& Lamont to be paid 60% of that gross commission. Therefore I am due another $761.61 which I am submitting forpriority treatmentas a creditor in line for earned commissions, which is in addition to the previously submitted claim on or about 8/16/2010 for $5,988 (for helpful reference, I have attached the Xtiva commission report I previously submitted).

*[signature]* 8/26/2010

Marlon Miles      date



# RETIREMENT PLAN SERVICES
Report As Of: 08/25/2010

To view more details, click on the contract name and you will see options to view both contract level and participant level information.

All contract information is confidential and you agree to safeguard and protect such information in accordance with the standards required by law and use such information only for authorized plan administration purposes.

## Block of Business Summary

Financial Rep: **Marlon Miles**

Producer Code: **755353**    Firm Name

Active Contract Assets**: **$6,575,480.13**
Number of Active Contracts: **1**
Number of Participants: **423**
Number of Outstanding Proposals: **0**
Number of Pending Contracts: **0**

## Your Contracts

| Contract Status | Contract Name | Contract Number | Contract Effective Date | Contract State | Number Of Lives | Total Assets**($) | Deposit TR | REG | Asset AB Credit | Price Name | RVP Name | Product Type | US/NY | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Active | TRIANGLE AUTO CENTER, INC. | 82870 | 12/12/2000 | FL | 423 | 6,575,480.13 | - | - | 0.250 | - | - | DC | US | 6 |

** The total assets displayed are comprised of allocated assets, cash account assets (reserved and not reserved), and loan assets and personal brokerage assets (if applicable). Note: This is a summary view and should not be used when determining commissions. If you have any questions, contact your John Hancock representative.

rate compass sdn paid 0.25%/

**The availability of products, Funds and contract features may be subject to Broker-Dealer Firm approval, State approval, Broker Licensing requirements or other contract-related requirements. From time to time, changes are made to Funds, and the availability of these changes may be subject to State approvals. Please confirm with your local John Hancock Representative if you have any questions about product, Fund or contract feature availability.**

This information does not constitute legal or tax advice with respect to any taxpayer. It was neither written nor intended for use by any such taxpayer for the purpose of avoiding penalties, and it cannot be so used. If it is used or referred to in promoting, marketing, or recommending any transaction or matter addressed herein, it should be understood as having been written to support such promotion, marketing, or recommendation, and any taxpayer receiving it should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

Page 1 of 2 NOT VALID WITHOUT ALL PAGES

All contract information is confidential and you agree to safeguard and protect such information in accordance with the standards required by law and use such information only for authorized plan administration purposes.

Both John Hancock Life Insurance Company (U.S.A.) and John Hancock Life Insurance Company of New York do business under certain instances using the John Hancock Retirement Plan Services name. Group annuity contracts and recordkeeping agreements are issued by: John Hancock Life Insurance Company (U.S.A.), Boston, MA 02210 (not licensed in New York) and John Hancock Life Insurance Company of New York, Valhalla, NY 10595. Product features and availability may differ by state. John Hancock Investment Management Services, LLC, a registered investment adviser, provides investment information relating to the contracts.

NOT FDIC INSURED | MAY LOSE VALUE | NOT BANK GUARANTEED | NOT INSURED BY ANY GOVERNMENT AGENCY

© 2010 John Hancock. All rights reserved.



# RETIREMENT PLAN SERVICES

# Asset Overview

**TRIANGLE AUTO CENTER, INC. (82870)**
as of 06/30/2010

Below you will find an Asset Overview of the contract. You will find the contract's assets, details about asset growth, as well as other pertinent information about the contract.

## Asset Overview

### Contract Assets[1]

| | |
|---|---|
| Total Contract Assets | $6,397,644.09 |
| Allocated Assets | $6,092,871.17 |
| Cash account | $3,297.51 |
| Loan Assets | $301,475.41 |

Asset figures current as of market close on the selected "as of" date.

### Participant Status

**Information Message**
1. Participant status is not available for the date selected.

### Asset Growth / Contributions & Withdrawals

- Employer Balance
- Employee Balance
- Employer Contributions
- Employee Contributions
- Distributions



## Asset Allocation by Risk/Return Category

### Allocated Contract Assets

| | |
|---|---|
| Lifecycle | $14,639.68 |
| Agressive Growth | $1,461,858.76 |
| Growth | $2,120,046.71 |
| Growth & Income | $1,075,839.37 |
| Income | $336,647.24 |
| Conservative | $1,083,839.41 |

### Asset Allocation by Age Group



| <30 years old | 30-39 years old | 40-49 years old | 50-59 years old | 60+ years old |
|---|---|---|---|---|
| 65 Participant(s) | 92 Participant(s) | 100 Participant(s) | 85 Participant(s) | 28 Participant(s) |

Allocations by age group will not be accurate if complete and correct birth dates have not been provided. In these instances, default birth dates are assumed. Your contract currently has 7 participant(s) with a default birth date of January 1, 1980.

[1] All information presented is as of the end of day of the reporting date selected.

Both John Hancock Life Insurance Company (U.S.A.) and John Hancock Life Insurance Company of New York do business under certain instances using the John Hancock Retirement Plan Services name. Group annuity contracts are issued by John Hancock Life Insurance Company (U.S.A.), 601 Congress Street, Boston, MA 02116, which is licensed and offers products in all states, except New York. Product features and availability may differ by state. Group annuity contracts and administrative services or recordkeeping agreements issued in New York are only issued by John Hancock Life Insurance Company of New York, 100 Summit Lake Drive, Valhalla, New York 10595, which is licensed in New York. John Hancock Investment Management Services, LLC, a registered investment adviser, provides investment information relating to the contracts.
NOT FDIC INSURED | MAY LOSE VALUE | NOT BANK GUARANTEED | NOT INSURED BY ANY GOVERNMENT AGENCY
© 2008 John Hancock. All rights reserved