SilvermanAcampora LLP
Attorneys for Jesup & Lamont, Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Adam L. Rosen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

JESUP & LAMONT, INC.,

Chapter 11
Case No. 10-14133 (AJG)

Debtor.
-----------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

I, **Berlinda Pierre-Louis,** being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and Deer Park, New York.

On September 7, 2010, I served the document(s) described as:

- **ORDER (A) AUTHORIZING AND APPROVING DEBTOR TO REJECT CERTAIN UNEXPIRED LEASES, NUNC PRO TUNC TO THE PETITION DATE, IN ACCORDANCE WITH BANKRUPTCY CODE SECTION 365(a), AND (B) SETTING LAST DATE FOR FILING CLAIMS ARISING FROM REJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3002(c)(4).**

by **overnight delivery** to the addresses listed below, said addresses designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express within the State of New York.

To:
The Las Olas Company
600 Sagamore Road
Fort Lauderdale, FL 33301

  s/Berlinda Pierre-Louis
 **Berlinda Pierre-Louis**

Sworn to before me this
7th day of September, 2010

  s/Christine D'Aquila
Notary Public

Christine D'Aquila
Notary Public, State of New York
No. 30-4875643
Qualified in Nassau County
Commission Expires November 3, 2014

BP/587061.1/059107