SILVERMANACAMPORA LLP
Attorneys for Jesup & Lamont, Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Adam L. Rosen

**Presentment Date: September 14, 2010
Time: 12:00 p.m.**

**Objections Due: September 13, 2010
Time: 11:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                                              Chapter 11

JESUP & LAMONT, INC.,                                      Case No. 10 -14133 (AJG)

                                      Debtor.
-----------------------------------------------------------x

### NOTICE OF PRESENTMENT OF
### ORDER PURSUANT TO BANKRUPTCY CODE
### SECTION 327(a) AUTHORIZING DEBTOR'S RETENTION OF
### ROSEN SEYMOUR SHAPPS MARTIN & COMPANY L.L.P. AS ACCOUNTANTS

PLEASE TAKE NOTICE that Jesup & Lamont, Inc. (the "Debtor") will present for signature the annexed proposed order (the "Proposed Order") to the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton U.S. Custom House, New York, New York 10004 on September 14, 2010 at 12:00 noon. The Proposed Order authorizes the Debtor to retain Rosen Seymour Shapps Martin & Company L.L.P. as its accountant for the limited purpose of preparing the Debtor's 2009 consolidated federal, state and local income tax returns in this case, in accordance with section 327(a) of title 11, United States Code, and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure. The Application may be accessed at the Bankruptcy Court, or through the Internet at the Bankruptcy Court's website: www.nysb.uscourts.gov. If you would like to receive a copy of the Application, you may contact Sheryl P. Busell at SilvermanAcampora LLP, (516) 479-6300; sbusell@silvermanacampora.com.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in writing, must state with particularity the grounds for the objections and must be filed

with the Bankruptcy Court (with a copy to Chief Judge Gonzalez's Chambers), together with proof of service thereof, and served upon (a) SilvermanAcampora LLP, attorneys for the Debtor, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Sheryl P. Busell, and (b) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Brian Masumoto, so that  the objection is  received on or before September 13, 2010 at 11:00 a.m.  If a timely objection is received, a hearing will be held by the Court on September 22, 2010 at 9:30 a.m.

Dated: Jericho, New York
       September 8, 2010

                            **SILVERMANACAMPORA LLP**
                            Attorneys for Jesup & Lamont, Inc.


                            By:   s/ Adam L. Rosen
                                 Adam L. Rosen
                            Member of the Firm
                            100 Jericho Quadrangle, Suite 300
                            Jericho, New York 11753
                            (516) 479-6300

SB/587032.1/059107