UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

                            Chapter 11

JESUP & LAMONT, INC.,            Case No. 10-14133 (AJG)

            Debtor.
------------------------------------------------------------x

## MONTHLY OPERATING REPORT FOR PERIOD
## JULY 30, 2010 TO AUGUST 31, 2010

**DEBTOR'S ADDRESS:**

    Jesup & Lamont, Inc.
    415 Madison Avenue, Suite 1436
    New York, New York 10017

                    MONTHLY DISBURSEMENTS: $15,810.32

**DEBTOR'S ATTORNEY:**

    SilvermanAcampora LLP
    100 Jericho Quadrangle, Suite 300
    Jericho, New York 11753

**REPORT PREPARER:**

    William C. Holub
    Sr. Vice President of Finance
    415 Madison Avenue, Suite 1436
    New York, New York 10017

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

    The undersigned, having reviewed the attached report and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated: September 15, 2010

                                                                  William C. Holub
                                                                  Authorized Signatory

Indicate if this is an amended statement by checking here: AMENDED STATEMENT ☐

# JESUP & LAMONT, INC.
# DEBTOR QUESTIONNAIRE
# CASE NO. 10-14133 (AJG)
# FOR THE PERIOD JULY 30, 2010 TO AUGUST 31, 2010

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**JESUP & LAMONT, INC.**
**BALANCE SHEET**
**CASE NO. 10-14133 (AJG)**
**AS OF AUGUST 31, 2010**

**ASSETS**

| | |
|---|---:|
| **Cash and cash equivalents:** | |
| 1002-000 Cash - Fifth Third - 9795 | ($258.96) |
| 1008-000 Cash - Citibank Oper | 918.93 |
| **Total cash and cash equivalents** | **659.97** |
| | |
| **Prepaid expenses and other assets** | |
| 1830-000 Retainer - Silverman Acampora | 44,570.80 |
| 1875-000 Prepaid Rent | 4,400.96 |
| 1810-000 Security deposits | 5,916.00 |
| 1914-000 Due from Jesup Holdings | 47,269.92 |
| 1919-000 Payroll Suspense Account | 32,245.54 |
| **Total prepaid expenses** | **134,403.22** |
| | |
| **Notes Receivable** | |
| 1920-000 Notes Receivable (former employees) | 1,530,725.13 |
| | |
| **Intercompany and Investments in Subs** | |
| 1900-000 Due from EFG | 381,393.53 |
| 1350-000 Investments in EFG | (340,951.77) |
| 1355-000 Investments in EIA | (98,627.05) |
| 1360 -000 Investments in JLSC | 3,651,922.12 |
| **Total Intercompany and Investments in Subs** | **3,593,736.83** |
| **TOTAL ASSETS** | **$5,259,525.15** |

**LIABILITIES AND EQUITY**

**Liabilities**

| | |
|---|---:|
| Accounts payable, accrued expenses and other liabilities: | |
| 2100-000 Accounts payable | 13,508.43 |
| 2110-000 Pre-petition liabilities | 23,035,345.20 |
| 2400-000 Due to EIA | 112,302.01 |
| 2412-000 Due to JLSC | 2,475,490.86 |
| **Total liabilities** | **25,636,646.50** |
| | |
| **Equity:** | |
| 2720-000 Stockholders equity | (20,272,987.19) |
| Current Earnings | (104,134.16) |
| **Total Retained earnings** | **(104,134.16)** |
| **Total Equity** | **(20,377,121.35)** |
| **TOTAL LIABILITIES AND EQUITY** | **$5,259,525.15** |

# JESUP & LAMONT, INC.
# INCOME STATEMENT
# CASE NO. 10-14133 (AJG)
# FOR THE PERIOD JULY 30, 2010 TO AUGUST 31, 2010

**Other Income:**
  6550-000 Other Income      $      4,525.00

  Total other income and expense      4,525.00

**General and administrative:**
| Account | Amount |
|---|---:|
| 6008-000 Bank Charges | 450.22 |
| 6020-000 Computer supplies and other expenses | 583.75 |
| 6025-000 Computer software | 2,489.23 |
| 6035-000 Directors and board fees and expenses | 12,000.00 |
| 6075-030 Insurance - other coverage | 3,360.10 |
| 6110-000 Payroll processing fees | 120.40 |
| 6120-000 Postage and freight | 176.12 |
| 6140-000 IT conversion costs | 2,647.50 |
| **Total general and administrative** | **21,827.32** |

**Employee compensation and benefits:**
| Account | Amount |
|---|---:|
| 4600-010 S&W base earnings | 65,749.41 |
| 4640-010 Payroll taxes | 5,029.83 |
| **Total employee compensation and benefits** | **70,779.24** |

**Communications and data processing:**
| Account | Amount |
|---|---:|
| 4700-000 Internet | 399.99 |
| 4720-000 Telephone | 141.99 |
| **Total communications and data processing** | **541.98** |

**Occupancy:**
| Account | Amount |
|---|---:|
| 4800-010 Rent | 15,510.62 |
| **Total occupancy** | **15,510.62** |

**Total operating expenses**      108,659.16

**Net income after taxes**      (104,134.16)

# JESUP & LAMONT, INC.
## SUMMARY SCHEDULE OF CASH DISBURSEMENTS
## CASE NO. 10-14133 (AJG)
## FOR THE PERIOD JULY 30, 2010 TO AUGUST 31, 2010

**Total Cash Disbursements Per**
   **Detailed Check Register**     **15,810.32**

Bank fees

| Date | Amount | |
|---|---|---|
| Various | $450.22 | 450.22 |

Insurance costs

| Date | Amount | |
|---|---|---|
| 08/30/10 | $3,360.10 | 3,360.10 |

Director Fees:

| Date | Amount | |
|---|---|---|
| 08/25/10 | $6,000.00 | |
| 08/25/10 | $6,000.00 | 12,000.00 |

Total Cash Disbursements For The Period     15,810.32

# JESUP & LAMONT, INC.
# STATUS OF POST-PETITION PAYROLL TAXES
# CASE NO. 10-14133 (AJG)
# AS OF AUGUST 31, 2010

**August 1 thru 15, 2010 payroll**

| | | |
|---|---:|---|
| Federal Income Taxes Withheld | 5,858.68 | |
| Employee share of Social Secuirty Taxes | | |
|     Social Security LO | 2,131.21 | |
|     Social Security HI | 498.43 | |
| Employer share of social Security Taxes | | |
|     Social Security LO | 2,131.21 | |
|     Social Security HI | 498.43 | |
| State Income Taxes - New York | 1,102.61 | |
| City Income Taxes - New York City | 291.75 | |
|     TOTAL | 12,512.32 | Wired by EIA to Co-Advantage on July 30, 2010 |

**August 16 thru 31, 2010 payroll**

| | | |
|---|---:|---|
| Federal Income Taxes Withheld | 5,562.69 | |
| Employee share of Social Secuirty Taxes | | |
|     Social Security LO | 1,945.23 | |
|     Social Security HI | 454.93 | |
| Employer share of social Security Taxes | | |
|     Social Security LO | 1,945.23 | |
|     Social Security HI | 454.93 | |
| State Income Taxes - New York | 1,102.61 | |
| City Income Taxes - New York City | 291.75 | |
|     TOTAL | 11,757.37 | Wired by EIA to Co-Advantage on August 12, 2010 |

JESUP & LAMONT, INC.
SCHEDULE OF PAYMENTS TO PROFESSIONALS
CASE NO. 10-14133 (AJG)
FOR THE PERIOD JULY 30, 2010 TO AUGUST 31, 2010

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED AND UNPAID* |
|---|---|---|---|---|---|
| SilvermanAcampora LLP | | | - | - | - |
| Rosen Seymour Shapss Martin | | | - | - | - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Payments To Professionals | | - | - | - | - |

* Include all fees incurred, both approved and unapproved.

Citibank Client Services  046  
PO Box 769013  
San Antonio, TX 78245-9013

000  
CITIBANK, N. A.  
**Account**  
**9982103092**  
**Statement Period**  
**Aug. 5 - Aug. 31, 2010**  
**Relationship Manager**  
US SERVICE CENTER  
1-877-528-0990

000001/R1/04F000/0

Page 1 of 2

JESUP & LAMONT, INC. DIP  
623 FIFTH AVENUE FLOOR 17  
NEW YORK                NY 10019

## CitiBusiness® ACCOUNT AS OF AUGUST 31, 2010

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $918.93 |
| **Savings** | ----- |
| **Investments** (not FDIC insured) | ----- |
| **Checking Plus** | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

**Help protect yourself from fraud**
Do not click on embedded links in emails. Ensure your computer has the current anti-virus software. Delete and do not respond to suspicious official-looking emails requesting your personal security information. Ensure online passwords are changed often and at irregular intervals. Keep PINs confidential and never provide online token passwords to anyone. Review your account statements promptly and please call us at **1-877-528-0990** if you find a discrepancy.

## SERVICE CHARGE SUMMARY FROM JULY 7, 2010 THRU JULY 31, 2010

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS FLEXIBLE CHECKING # 9982103092** | | | |
| Average Daily Collected Balance | | | $549.47 |
| DEPOSIT SERVICES<br>    CHECKS, DEP ITEMS/TICKETS, ACH<br>**FEE WAIVE | 10 | .3000 | 3.00 |
| **Total Charges for Services** | | | $0.00 |
| **Net Service Charge** | | | $0.00 |

## CHECKING ACTIVITY

**CitiBusiness Flexible Checking**
**9982103092**

Beginning Balance: $44.03  
Ending Balance: $918.93

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 8/24 | FUNDS TRANSFER<br>WIRE FROM ANDERS N & STRUDW CK INC    Aug 24 | | 4,525.00 | 4,569.03 |
| 8/24 | TRANSFER DEBIT<br>TRANSFER TO CHECKING    Aug 24<br>VIA CBUSOL    REFERENCE # 068924 | 4,500.00 | | 69.03 |
| 8/25 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING    Aug 25<br>009982103084 VIA CBusOL Re # 093281 | | 12,000.00 | 12,069.03 |

## CHECKING ACTIVITY                                                                                                    Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 8/25 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING          Aug 25<br>009982103084 VIA CBusOL Re # 098161 | | 1,300.00 | 13,369.03 |
| 8/25 | FUNDS TRANSFER<br>WIRE FROM JESUP   LAMONT, I C.          Aug 25 | | 1,260.00 | 14,629.03 |
| 8/25 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 14,616.53 |
| 8/25 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 14,604.03 |
| 8/25 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 14,591.53 |
| 8/25 | INCOMING WIRE TRAN FEE<br>INCOMING WIRE   FEE    F000236047D901  Aug 25 | 10.00 | | 14,581.53 |
| 8/25 | CBUSOL TRANSFER DEBIT<br>WIRE TO John C. Rudy | 6,000.00 | | 8,581.53 |
| 8/25 | CBUSOL TRANSFER DEBIT<br>WIRE TO Benjamin J. & Leor Y. Douek | 6,000.00 | | 2,581.53 |
| 8/25 | CBUSOL TRANSFER DEBIT<br>WIRE TO Integrated Busines Group, Inc. | 1,280.00 | | 1,301.53 |
| 8/26 | INCOMING WIRE TRAN FEE<br>INCOMING WIRE   FEE    F0002370489401  Aug 26 | 10.00 | | 1,291.53 |
| 8/30 | TRANSFER CREDIT<br>TRANSFER FROM CHECKING          Aug 30<br>009982103084 VIA CBusOL Re # 054061 | | 3,000.00 | 4,291.53 |
| 8/30 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 4,279.03 |
| 8/30 | CBUSOL TRANSFER DEBIT<br>P&C and Workers comp insurnce | 3,360.10 | | 918.93 |
| | **Total Debits/Credits** | **21,210.10** | **22,085.00** | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.



**FIFTH THIRD BANK**
(CENTRAL FLORIDA)
P.O. BOX 630900 CINCINNATI OH 45263-0900



Statement Period Date: 8/1/2010 - 8/31/2010
Account Type: Comm'l 53 Analyzed
Account Number: 7440459795

JESUP & LAMONT INC
650 FIFTH AVENUE 3RD FLOOR
NEW YORK NY 10019-6108

0LA

16

Banking Center: Longwood
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 7440459795

| 08/01 | **Beginning Balance** | **$101.26** | Number of Days in Period | 31 |
|---|---|---|---|---|
|  | Checks |  |  |  |
| 1 | Withdrawals / Debits | $(360.22) |  |  |
|  | Deposits / Credits |  |  |  |
| 08/31 | **Ending Balance** | **$(258.96)** |  |  |

### Withdrawals / Debits

**1 item totaling $360.22**

| Date | Amount | Description |
|---|---|---|
| 08/11 | 360.22 | SERVICE CHARGE |

### Daily Balance Summary

| Date | Amount |
|---|---|
| 08/11 | (258.96) |



HELP KEEP YOUR FINANCES SAFE AND SECURE WITH FIFTH THIRD IDENTITY ALERT. GET CREDIT REPORTS AND SCORES, 24-HOUR DAILY CREDIT MONITORING, PERSONALIZED FRAUD RESOLUTION AND MORE. TRY IT FOR $1 FOR THE FIRST 30 DAYS AT IDENTITYALERT.53.COM.