UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                                               Chapter 11

JESUP & LAMONT, INC.,                     Case No. 10-14133 (AJG)

                Debtor.
------------------------------------------------------------x

## ORDER DIRECTING THE EXAMINATION OF
## NEW JERSEY COMMUNITY BANK AND THE PRODUCTION
## OF DOCUMENTS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon the application dated August 18, 2010 (the "Application") of Jesup & Lamont, Inc. (the "Debtor"), by its proposed counsel, SilvermanAcampora LLP, seeking the entry of an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2004") authorizing and directing the examination of New Jersey Community Bank, by Robert D. O'Donnell (the "Witness") and the production and turnover of documents by the Witness, as more particularly set forth in this Order and the Application with annexed subpoena; and sufficient cause appearing for the relief requested; and no adverse interest appearing; it is hereby

**ORDERED**, that pursuant to Bankruptcy Rule 2004, the Application is hereby approved in all respects; and it is further

**ORDERED**, that the Witness is directed to appear for examination on at least ten (10) days written notice pursuant to the subpoena to be served on the Witness, substantially in the form as that annexed to the Application as **Exhibit "A"**, and that this Order shall accompany the service of the subpoena; and it is further

**ORDERED**, that the examination is to continue from day to day until completed; and it is further

**ORDERED**, that the Witness is directed to produce for examination and inspection, at the offices of SilvermanAcampora LLP, or at such other place as may be agreed upon, at least seven (7) days prior to the scheduled examination as set forth in the subpoena, the documents

requested by the subpoena.

**ORDERED**, that service of a copy of this Order and the subpoena upon the Witness at 3441 U.S. Highway 9, Freehold, New Jersey 07728, by overnight delivery be deemed good and sufficient notice and service of this Order and subpoena; and it is further

**ORDERED**, that the Debtor is authorized and approved to do such things, execute such documents, and expend such funds as may be necessary and consistent with this Order.

Dated: New York, New York
September 20, 2010

                            **s/Arthur J. Gonzalez**
                            **Arthur J. Gonzalez**
                            **Chief United States Bankruptcy Judge**