SILVERMANACAMPORA LLP
Proposed Attorneys for Jesup & Lamont
  Securities Corporation
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Adam L. Rosen
Sheryl P. Busell

Hearing Date: October 20, 2010
Time: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

JESUP & LAMONT, INC., *et al.*,

                              Debtors.
-------------------------------------------------------------x

Chapter 11

Case No. 10-14133 (AJG)

(Jointly Administered)

### ORDER (A) AUTHORIZING AND APPROVING JESUP & LAMONT SECURITIES CORPORATION'S REJECTION OF CERTAIN UNEXPIRED LEASES, NUNC PRO TUNC TO THE PETITION DATE, IN ACCORDANCE WITH 11 U.S.C. §365(a), AND (B) SETTING LAST DATE FOR FILING CLAIMS ARISING FROM REJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3002(c)(4)

Upon the motion dated September 29, 2010 (the "Motion") of Jesup & Lamont Securities Corporation (the "Debtor"), one of the above-captioned debtors, seeking the entry of an order (a) authorizing and approving the Debtor to reject certain unexpired leases, nunc pro tunc to date the Petition Date, in accordance with 11 U.S.C. §365(a) and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and (b) setting the last date for filing claims arising from the rejection in accordance with Bankruptcy Rule 3002(c)(4); and the Court having determined that the legal and factual bases set forth in the Motion establish sufficient cause for the relief requested, it is

**ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that the Debtor is authorized to reject certain unexpired leases, as set forth on **Exhibits "1" and "2"** annexed hereto (the "Leases") nunc pro tunc to the Petition Date; and it is further

1

**ORDERED**, that the last date for filing claims arising from the rejection of the Leases, is December 8, 2010 (the "Bar Date"), and that in the event that any party entitled to file a claim as a result of the rejection of a Lease fails to do so on or before the Bar Date, that party shall forever be barred from asserting a claim for rejection damages against the Debtor's estate; and it is further

**ORDERED**, that no later than three (3) days after the entry of this Order, the Debtor shall serve a copy of this Order upon each of the parties to the Leases.

Dated: New York, New York
      October 25, 2010

                              **s/Arthur J. Gonzalez**
                              Arthur J. Gonzalez
                              Chief United States Bankruptcy Judge

# EXHIBIT 1

## "Real Property Leases"

| Property Address | Monthly Rent | Term of Lease (mos.) | Expiration | Landlord | Management Contact |
|---|---|---|---|---|---|
| 190 North Canon Drive Suite 200 Beverly Hills, CA 90210 | $7,056.00 | 35.5 | 11/30/2012 | Canon Business Properties, Inc. 190 N. Canon Drive, Suite 200 Beverly Hills, CA 90210 | Alexander Radosevic 310-273-1975, ext. 105 |
| 2500 N. Military Trail Suite 315 Boca Raton, FL 33431 | $14,498.87 | 67 | 7/31/2014 | Penn-Florida Companies 1515 N. Federal Highway, Suite 306 Boca Raton, FL 33432 | Robert Schifano / Bruce Siroff 561-750-1030 |
| 1011 High Ridge Road Stamford, CT 06905 | $2,750.00 | 24 | 12/31/2010 | Frank Mercede & Sons, Inc. 1200 High Ridge Road Stamford, CT 06905 | Leslie Letkowski 203-322-8000, ext 116 |
| 60 State Street Suite 1801 Boston, MA 02109 | $29,736.00 | 58 | 6/30/2013 | Wilmer Hale 60 State Street Boston, MA 02109 | Linda Morrow 617-526-5451 |
| 5 Marine View Plaza Suite 315 Hoboken, NJ 07030 | $6,666.67 | 63 | 9/30/2014 | Ivy Realty Services, LLC c/o Hoboken Associates, L.P. One Paragon Drive Suite 125 Montvale, NJ 07645 | Glenn DiGiacomo 201-476-7801 |
| 299 Cherry Hill Road Parsippany, NJ 07054 | $11,374.13 | 72 | 8/31/2014 | Ivy Realty Services, LLC c/o 299 Cherry Hill Associates, L.P. One Paragon Drive, Suite 125 Montvale, NJ 07645 | Glenn DiGiacomo 201-479-7801 |
| 399 Thornall Street Edison, NJ 08818 | $10,692.50 | 36 | 3/31/2011 | Thornall Associates LP c/o Alfieri Property Management 399 Thornall Street PO Box 2911 Edison, NJ 08818 | Michael Alfieri 732-491-4200 |

# EXHIBIT 2

## "Personal Property Leases"

| Lessor | Equipment Model & Description | Monthly Payments | Lease Date | Lease Term (mos.) | Location of Copier |
|---|---|---|---|---|---|
| Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>Des Moines, IA 50309 | BizHub 600 | $718.96 | 8/23/2007 | 42 | 623 Fifth Avenue<br>17th Floor<br>New York, NY 10022<br>(**Note:** Moved by Axis Global to storage) |
| Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>Des Moines, IA 50309 | BizHubC252 | $397.00 | 8/21/2007 | 42 | 623 Fifth Avenue<br>17th Floor<br>New York, NY 10022<br>(**Note:** Moved by Axis Global to storage) |
| Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>Des Moines, IA 50309 | BTZHWO 250 with Fax | $272.00 | 1/20/2009 | 48 | 99 Summer Street<br>Boston, MA 02110 |
| Marlin Leasing Corp.<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | Konica 7228 Network Printing IP 424 Print-kit | $219.00 | 12/20/2005 | 48 | 588 Main Street<br>Worcester, MA 01608 |
| Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693 | Canon IR32351 | $174.00 | 3/17/2009 | 36 | 111 South Wacker Drive,<br>Suite 4910<br>Chicago, IL 60606 |
| Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693 | Canon IRC30601 | $189.00 | 9/25/2009 | 36 | 2500 N. Military Trail<br>Suite 135<br>Boca Raton, FL 33431 |
| Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693 | Canon IRC90801 | $189.00 | 10/9/2009 | 36 | 120 California Street<br>Floor 21<br>San Francisco, CA 94111 |
| Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693 | Canon IRC30601 | $189.00 | 10/6/2009 | 36 | 888 E. Las Olas Blvd.<br>Suite 600<br>Ft. Lauderdale, FL 33301 |
| Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693 | Canon IRC30801 | $189.00 | 11/18/2009 | 36 | 5 Marine View Plaza<br>Suite 316<br>Hoboken, NJ 07030 |
| Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693 | Canon IRC30601 | $194.00 | 12/22/2009 | 36 | 190 North Canon Drive<br>Beverly Hills, CA 90210 |
| Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693 | Canon 5050 N Canon 5030 | $1,043.00 | 6/1/2010 | 39 | 623 Fifth Avenue<br>17th Floor<br>New York, NY 10022 |