**SILVERMANACAMPORA LLP**
Attorneys for Jesup & Lamont, Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Adam L. Rosen
Sheryl P. Busell

Hearing Date: December 29, 2010
Time: 9:30 a.m.

Objections Due: December 22, 2010
Time: 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:     Chapter 11

JESUP & LAMONT, INC., *et al*.     Case No. 10 -14133 (AJG)

                Debtors.     (Jointly Administered)
-----------------------------------------------------------x

**NOTICE OF HEARING ON JESUP & LAMONT INC.'S
MOTION FOR ORDER (I) AUTHORIZING AND APPROVING REJECTION
OF CERTAIN UNEXPIRED LEASES BETWEEN JESUP & LAMONT, INC. AND
REGUS PLC, IN ACCORDANCE WITH 11 U.S.C. §365(a), AND (II) SETTING
LAST DATE FOR FILING CLAIMS ARISING FROM REJECTION IN
<u>ACCORDANCE WITH BANKRUPTCY RULE 3002(c)(4)</u>**

**PLEASE TAKE NOTICE**, that on **December 29, 2010 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, a hearing (the "Hearing") will be held before the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004-1408, on Jesup & Lamont, Inc.'s Motion for an Order, (i) authorizing and approving of the rejection of certain unexpired leases, as of the date the Debtor surrenders the premises to Regus PLC, in accordance with Bankruptcy Code §365(a) and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and (ii) setting the last date for filing claims arising from the rejection in accordance with Bankruptcy Rule 3002(c)(4), (the "Motion").

**PLEASE TAKE FURTHER NOTICE**, that a copy of the Motion will be on file with, and may be inspected at, the Clerk of the Court, United States Bankruptcy Court, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004-1408 during its regular business hours or by accessing the Court's website at www.nysb.uscourts.gov for

registered users of the PACER system. Copies may also be obtained by contacting counsel for Jesup & Lamont, Inc. in writing at SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Sheryl P. Busell (516-479-6342; sbusell@silvermanacampora.com).

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Motion shall be in writing, filed with the Court electronically in accordance with General Order M-242 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk the United States Bankruptcy Court, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004-1408, on a 3.5 inch floppy disk, preferably in Portable Document format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of Judge Arthur J. Gonzalez, One Bowling Green, New York, New York 10004), and served in accordance with General Order M-242 or other form upon: (i) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York, 11753, Attn: Sheryl P. Busell; (ii) Wilk Auslander LLP, 675 Third Avenue, New York, New York, 10017, Attn: Eric Snyder; and (iii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Brian S. Masumoto, so as to be actually received no later than **December 22, 2010 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open Court.

Dated: Jericho, New York
December 6, 2010

**SILVERMANACAMPORA LLP**
Attorneys for Jesup & Lamont, Inc.

By: /s/ Adam L. Rosen
Adam L. Rosen
A Member of the Firm
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300