UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                           Chapter 11

JESUP & LAMONT, INC., *et al.*,                  Case No. 10-14133 (AJG)

                Debtors.            (Jointly Administered)
-----------------------------------------------------------------x

## AGREED ORDER UNDER 11 U.S.C. §1121(d) GRANTING EXTENSION OF DEBTORS' EXCLUSIVE PERIODS WITHIN WHICH TO FILE A CHAPTER 11 PLAN

    Jesup & Lamont, Inc. and Jesup & Lamont Securities Corporation (the "Debtors"), the above-referenced debtors and debtors-in-possession in the above-captioned jointly administered chapter 11 cases, seek the entry of an order, under section 1121(d) of title 11, United States Code (the "Bankruptcy Code"), extending the Debtors' exclusive periods of time (the "Exclusive Periods") sixty (60) days within which to file a chapter 11 plan ("Plan") through and including **May 23, 2011**, and an additional sixty (60) days to solicit acceptances of a Plan through and including **July 22, 2011**; and upon the consent of the Official Committee of Unsecured Creditors (the "Committee"); and after due deliberation and consideration of all the facts and circumstances pertaining to the Debtors' cases; and the Court having found that the relief sought is in the best interests of the Debtors, their jointly administered estates and their creditors; and pursuant to the Order entered by the Court on January 21, 2011 permitting the Debtors and the Committee to agree to extend the Debtors' Exclusive Periods without the necessity of filing a motion or providing additional notice to creditors; and no additional notice being necessary or required; it is

    **ORDERED**, that the Debtors' Exclusive Periods under Bankruptcy Code §1121(d) are extended through and including **May 23, 2011** to file a Plan, and through and including **July 22, 2011** to solicit acceptances of a Plan; and it is further

    **ORDERED**, that, subject to the entry of an appropriate Order of the Court, the Exclusive Periods may be further extended upon consent of the Committee without the necessity of filing a motion or providing additional notice to creditors; and it is further

**ORDERED**, that the Debtors may request additional extensions of the Exclusive Periods on appropriate notice to the Committee, creditors and parties in interest.

Dated: New York, New York
March 22, 2011

                                                **s/Arthur J. Gonzalez**
                                                Honorable Arthur J. Gonzalez
                                                Chief United States Bankruptcy Judge

AGREED AND CONSENTED TO:

WILK AUSLANDER LLP

By: *s/Eric Snyder*
      Eric J. Snyder
675 Third Avenue
9th Floor
New York, NY 10017
Attorneys for Creditors' Committee

SB/875464.1/059107