WILK AUSLANDER LLP
1515 Broadway, 43rd Floor
New York, NY 10036
(212) 981-2300
Eric J. Snyder, Esq.
*Counsel for Matthew C. Harrison, Jr.,*
*Confirmation Trustee of the Jesup Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

JESUP & LAMONT, INC, and
JESUP & LAMONT SECURITIES
CORPORATION
                              Debtors.
-------------------------------------------------------------x

Chapter 11

Case No. 10-14133 (ALG)

(Jointly Administered)

## DEBTORS' POST-CONFIRMATION
## OPERATING REPORT FOR THE FOURTH QUARTER OF 2014

Comes now the above–named debtors (the "Debtors") and files its Post-Confirmation Report for the FOURTH quarter of 2014, in accordance with the Guidelines established by the United States Trustee and Rule 2015 of the Federal Rules of Bankruptcy Procedure.

| | |
|---|---|
| DEBTOR'S ADDRESS: | Jesup & Lamont, Inc. c/o Matthew C. Harrison, Jr., Confirmation Trustee 330 Madison Avenue New York, NY 10017 |
| ATTORNEY FOR TRUSTEE: | Eric J. Snyder, Esq. Wilk Auslander LLP 1515 Broadway, 43rd Floor New York, NY 10036 (212) 981-2300 |
| REPORT PREPARER: | Matthew C. Harrison, Jr., Confirmation Trustee 330 Madison Avenue New York, NY 10017 |

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated: January 12, 2015

_____
Matthew C. Harrison, Jr.
Confirmation Trustee

Indicate if this is an amended statement by checking here: AMENDED STATEMENT ☐

00673484v1
809599v1

**JESUP & LAMONT, INC.**
**CASE NO. 10-14133 (ALG)**
**INDEX TO POST-CONFIRMATION QUARTERLY OPERATING REPORT**

Attachment 1: Questionnaire

Attachment 2: Chapter 11 Schedule of Receipts and Disbursements

Attachment 3: Bank Account Reconciliation, with Bank Account Statements

Attachment 4: Cash/Debit/Check Disbursement Detail

00673484v1
809599v1

QUARTERLY OPERATING REPORT
POST CONFIRMATION

# ATTACHMENT 1

QUARTERLY OPERATING REPORT
POST CONFIRMATION

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| none | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

I.  Recent Settlements Concerning the Directors and Officers Liability Policy of the Debtors (the "D&O Policy")

On March 14, 2012, the Confirmation Trustee commenced an action against Stephen Rabinovici and Alan Weichselbaum for breaching their fiduciary duties owed to the Debtors as former officers and directors of the Debtor (the "Jesup D&O Action"). *Harrison v. Rabinovici*, No. 12-1169. The Confirmation Trustee, the defendants, and XL Specialty Insurance Company ("XL"), the insurer under the D&O Policy that covers the Jesup D&O Action and Empire D&O Action (defined below), have entered into agreements settling the Jesup D&O Action. As a result of the settlements the Jesup D&O Action will be dismissed.

On September 5, 2014, the Chapter 7 Trustee, Deborah J. Piazza (the "Empire Trustee"), for the estate of Empire Financial Group, Inc. ("Empire"), 10-15073(alg) (formerly a wholly owned subsidiary of the Debtors) filed a complaint asserting, *inter alia*, breach of fiduciary duty claims against former officers and directors of Empire (the "Empire D&O Action"). *Piazza v. Carreno*, 14-02225(alg). A judgment in the Empire D&O Action, and the advancement of legal fees to the defendants, would have reduced the amount available to the Confirmation Trustee under the settlement of the Jesup D&O Action. The Empire Trustee, the Confirmation Trustee, the defendants in the action, and XL have entered into agreements settling the Empire D&O Action. On November 20, 2014 the Court entered an order

QUARTERLY OPERATING REPORT
POST CONFIRMATION

approving the compromise of the Empire D&O Action and the case was subsequently closed.

II.  Pending Litigations

(1) An action (Adv. Pro. No. 12-01274) against Gregory Ricker, a former employee of Jesup & Lamont, Inc. for breach of contract and unjust enrichment, and seeking the turnover of property.  On March 6, 2013, the Court entered an order referring this case to mediation.  The parties have since then agreed to submit the matter to binding arbitration.

(2) All other actions against certain former employees of J&L have been settled or otherwise resolved.

QUARTERLY OPERATING REPORT
POST CONFIRMATION

# ATTACHMENT 2

QUARTERLY OPERATING REPORT
POST CONFIRMATION

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | JESUP & LAMONT, INC., *et al.* |
| Case Number: | 10-14133 (ALG) |
| Date of Plan Confirmation: | Effective Date: December 21, 2011 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | |
|---|---|
| **1.  CASH (Beginning of Period—10/01/2014)** | $478,824.95 |
| **2.  INCOME or RECEIPTS during the Period** | $2,358,742.35 |
| **3.  DISBURSEMENTS** | |
| **a.  Operating Expenses (Fees/Taxes):** | |
| (i)  U.S. Trustee Quarterly Fees | - |
| (ii)  Federal Taxes | - |
| (iii)  State Taxes | - |
| (iv)  Other Taxes | - |
| **b.  All Other Operating Expenses:** | $50,664.34 |
| **c.  Plan Payments:*** | |
| (i)  Administration Claims | - |
| (ii)  Class One | - |
| (iii)  Class Two | - |
| (iv)  Class Three | - |
| (v)  Class Four | - |
| (vi)  Wage Claim | - |
| Priority Tax | - |
| **Total Disbursements (Operating & Plan)** | $50,664.34 |
| **1.  CASH (End of Period—12/31/14)** | 2,786,902.96 |

QUARTERLY OPERATING REPORT
POST CONFIRMATION

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| | THIS ACCOUNT HAS BEEN CLOSED | THIS ACCOUNT HAS BEEN CLOSED | | |
| Name of Bank | The Bank of NY Mellon | The Bank of NY Mellon | Rabobank, N.A. | Rabobank, N.A. |
| Account Number | 9200-63689360-65 | 9200-63689360-66 | 5001564566 | 5001564567 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Operating | Operating | Operating |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| | | | | |
| 1. Balance per Bank Statement @ 10/1/2014 | $0 | $0 | $477,029.49 | $1,795.46 |
| 2. ADD: Deposits not credited | - | - | $2,358,742.35 | $0.00 |
| 3. SUBTRACT: Outstanding Checks | - | - | $50,664.34 | $0.00 |
| 4. Other Reconciling Items | - | - | - | - |
| 5. End Balance (Must Agree with Books) | $0 | $0 | $2,785,107.50 | $1,795.46 |

Note: Attach copies of each bank statement

QUARTERLY OPERATING REPORT
POST CONFIRMATION

# ATTACHMENT 3

QUARTERLY OPERATING REPORT
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| | |
|---|---|
| Name of Bank | The Bank of NY Mellon |
| Account Number | 9200-63689360-65 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g. Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | THIS ACCOUNT HAS BEEN CLOSED – NO CURRENT BANK STATEMENT AVAILABLE FOR THIS ACCOUNT | | |
| | | | TOTAL | - |

| | |
|---|---|
| Name of Bank | The Bank of NY Mellon |
| Account Number | 9200-63689360-66 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g. Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | THIS ACCOUNT HAS BEEN CLOSED – NO CURRENT BANK STATEMENT AVAILABLE FOR THIS ACCOUNT | | |
| | | | TOTAL | - |

QUARTERLY OPERATING REPORT
POST CONFIRMATION

| Name of Bank | Rabobank, N.A. |
|---|---|
| Account Number | 5001564566 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g. Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | See attached | |
| | | | **TOTAL** | - |

| Name of Bank | Rabobank, N.A. |
|---|---|
| Account Number | 5001564567 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g. Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | See attached | |
| | | | **TOTAL** | - |



**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
**Rabobank**   Thousand Oaks, CA 91360

Period Covered:
October 01, 2014 - October 31, 2014
Page 1 of 3

Case Number:       10-14133
Case Name:        Jesup & Lamont, Inc. et al
Trustee Number:      0000900400
Trustee Name:      Matthew C. Harrison, Jr.

Matthew C. Harrison, Jr.
330 Madison Ave.
27th Floor
New York NY 10017

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | 5001564566 | | $477,029.49 | $477,029.49 |
| TRUSTEE CHECKING | 5001564567 | | $1,795.46 | $1,795.46 |
| Total | | | $478,824.95 | $478,824.95 |

## Notable Information For You...

The fax number and email address for outgoing wire requests are being updated in conjuction with new releases of the BMS software this November and December. After upgrading to these new versions of the BMS software, please submit any outgoing wire requests to the specific fax number or email address listed on the Outgoing Wire Request Form. You may need to update any pre-programmed numbers in your fax machine to reflect the new number. Based on your phone system, you may need to include a prefix (such as 9) to dial an external fax number.

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank**

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number:          5001564566

Period Covered:
October 01, 2014 - October 31, 2014
Page 2 of 3

Matthew C. Harrison, Jr.
330 Madison Ave.
27th Floor
New York NY 10017

Case Number:             10-14133
Case Name:               Jesup & Lamont, Inc. et al
Trustee Number:          0000900400
Trustee Name:            Matthew C. Harrison, Jr.

☎ Questions
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5001564566 | Beginning balance | $477,029.49 |
| Avg collected balance | $477,029.00 | Total additions | $0.00 |
| | | Total subtractions | $0.00 |
| | | Ending balance | $477,029.49 |

**\*\*No activity this statement period\*\***

www.rabobankamerica.com
rev 01-13

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
**Rabobank**  Thousand Oaks, CA 91360

Account Number:          5001564567

Period Covered:
October 01, 2014  -  October 31, 2014
Page 3 of 3

Case Number:            10-14133
Case Name:        Jesup & Lamont, Inc. et al
Trustee Number:          0000900400
Trustee Name:      Matthew C. Harrison, Jr.

Matthew C. Harrison, Jr.
330 Madison Ave.
27th Floor
New York NY 10017

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5001564567 | Beginning balance | $1,795.46 |
| Avg collected balance | $1,795.00 | Total additions | $0.00 |
| | | Total subtractions | $0.00 |
| | | Ending balance | $1,795.46 |

**\*\*No activity this statement period\*\***

www.rabobankamerica.com

3154     rev. 01-13



**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

**Rabobank**

Period Covered:
November 01, 2014 - November 30, 2014
Page 1 of 4

| | |
|---|---|
| Case Number: | 10-14133 |
| Case Name: | Jesup & Lamont, Inc. et al |
| Trustee Number: | 0000900400 |
| Trustee Name: | Matthew C. Harrison, Jr. |

Matthew C. Harrison, Jr.
330 Madison Ave.
27th Floor
New York NY 10017

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | 5001564566 | | $477,029.49 | $435,371.32 |
| TRUSTEE CHECKING | 5001564567 | | $1,795.46 | $1,795.46 |
| Total | | | $478,824.95 | $437,166.78 |

## Notable Information For You...

Rabobank will be moving banking operations for BMS clients from our Thousand Oaks, CA office to our Santa Maria, CA office. Deposit mailing labels have been updated with our new address. In the upcoming releases of the BMS software in 2015, you will notice the the Rabobank address that prints on the deposit slips, checks and forms will also be updated to our Santa Maria office address. No additional action is required by BMS clients.



IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank**

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number:          5001564566

Period Covered:
November 01, 2014 - November 30, 2014
Page 2 of 4

Case Number:          10-14133
Case Name:          Jesup & Lamont, Inc. et al
Trustee Number:          0000900400
Trustee Name:          Matthew C. Harrison, Jr.

Matthew C. Harrison, Jr.
330 Madison Ave.
27th Floor
New York NY 10017

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | | |
|---|---|---|---|---|
| Account number | 5001564566 | **Beginning balance** | | **$477,029.49** |
| Enclosures | 2 | Total additions | | $206.17 |
| Avg collected balance | $468,828.00 | Total subtractions | | $41,864.34 |
| | | **Ending balance** | | **$435,371.32** |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 11059 | 11-25 | 41,864.34 | | | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 11-05 | DEPOSIT - 100017 | 206.17 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 477,029.49 | 11-05 | 477,235.66 | 11-25 | 435,371.32 |



www.rabobankamerica.com



**Rabobank**

*Rabobank, N.A.*
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number:    5001564566
Statement Date:    November 30, 2014
Page:    3 of 4





| 11/25/2014 | 11059 | $41,864.34 |

| 11/25/2014 | 11059 | $41,864.34 |

**Rabobank, N.A.**
90 E, Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

**Rabobank**

Account Number:          5001564567

Period Covered:
November 01, 2014  -  November 30, 2014
Page 4 of 4

Case Number:          10-14133
Case Name:          Jesup & Lamont, Inc. et al
Trustee Number:          0000900400
Trustee Name:          Matthew C. Harrison, Jr.

Matthew C. Harrison, Jr.
330 Madison Ave.
27th Floor
New York NY 10017

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5001564567 | **Beginning balance** | **$1,795.46** |
| Avg collected balance | $1,795.00 | Total additions | $0.00 |
| | | Total subtractions | $0.00 |
| | | **Ending balance** | **$1,795.46** |

**\*\*No activity this statement period\*\***



**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Period Covered:
December 01, 2014  -  December 31, 2014
Page 1 of 3

| | |
|---|---|
| Case Number: | 10-14133 |
| Case Name: | Jesup & Lamont, Inc. et al |
| Trustee Number: | 0000900400 |
| Trustee Name: | Matthew C. Harrison, Jr. |

Matthew C. Harrison, Jr.
330 Madison Ave.
27th Floor
New York NY 10017

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
|    TRUSTEE CHECKING | 5001564566 | | $435,371.32 | $2,793,907.50 |
|    TRUSTEE CHECKING | 5001564567 | | $1,795.46 | $1,795.46 |
| Total | | | $437,166.78 | $2,795,702.96 |

## Notable Information For You...

Rabobank and BMS are pleased to announce that you will now be able to generate Interim Bank Statements through the MyResource BMS Client Portal.
1) Simply log into https://myresources.bms7.com and go to the Bank Information screen.
2) Search for your case and choose a specific bank account.
3) Click on the Reports tab and then the "Interim Statement" button to generate an interim statement for a specific date range.
If you don't have a MyResource username and password, please contact the BMS Banking Center at (800) 634-7734 ext. 8 to request one.

Rabobank, N.A. • Member FDIC
www.rabobankamerica.com
rev. 10-13

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415



**Rabobank**

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number:    5001564566

Period Covered:
December 01, 2014 - December 31, 2014
Page 2 of 3

Matthew C. Harrison, Jr.
330 Madison Ave.
27th Floor
New York NY 10017

Case Number:    10-14133
Case Name:    Jesup & Lamont, Inc. et al
Trustee Number:    0000900400
Trustee Name:    Matthew C. Harrison, Jr.

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5001564566 | Beginning balance | $435,371.32 |
| Avg collected balance | $1,705,080.00 | Total additions | $2,358,536.18 |
| | | Total subtractions | $0.00 |
| | | Ending balance | $2,793,907.50 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 12-15 | WIRE TRANSFER-IN - XL SPECIALTY INS C 20141215B1QGC03C00 4992 | 2,175,000.00 |
| 12-19 | WIRE TRANSFER-IN - JESUP   LAMONT SEC 20141219B1Q8154C00 8674 | 183,536.18 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 435,371.32 | 12-15 | 2,610,371.32 | 12-19 | 2,793,907.50 |

🏠 **www.rabobankamerica.com**

1054
3154    rev 01-13

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

**Rabobank**

| | |
|---|---|
| Account Number: | 5001564567 |

Period Covered:
December 01, 2014  -  December 31, 2014
Page 3 of 3

| | |
|---|---|
| Case Number: | 10-14133 |
| Case Name: | Jesup & Lamont, Inc. et al |
| Trustee Number: | 0000900400 |
| Trustee Name: | Matthew C. Harrison, Jr. |

Matthew C. Harrison, Jr.
330 Madison Ave
27th Floor
New York NY 10017

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5001564567 | Beginning balance | $1,795.46 |
| Avg collected balance | $1,795.00 | Total additions | $0.00 |
| | | Total subtractions | $0.00 |
| | | Ending balance | $1,795.46 |

**\*\*No activity this statement period\*\***

**www.rabobankamerica.com**

QUARTERLY OPERATING REPORT
POST CONFIRMATION

# ATTACHMENT 4

00673484v1
809599v1

# Ledger Report

Page: 1

| | |
|---|---|
| Case Number: | 10-14133 AJG |
| Case Name: | Jesup & Lamont, Inc. et al |
| Taxpayer ID #: | 59-3627212 |
| Period: | 10/01/14 - 12/31/14 |

| | |
|---|---|
| Trustee: | Matthew C. Harrison, Plan Administrator (900400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-63689360-65 - Checking Account |
| Blanket Bond: | $0.00  (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | [Ref #] / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

[] Asset reference(s)

Page: 2

# Ledger Report

**Case Number:** 10-14133 AJG
**Case Name:** Jesup & Lamont, Inc. et al

**Taxpayer ID #:** 59-3627212
**Period:** 10/01/14 - 12/31/14

**Trustee:** Matthew C. Harrison, Plan Administrator (900400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-63689360-66 - Checking Account
**Blanket Bond:** $0.00  (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

{} Asset reference(s)

# Ledger Report

Page: 3

| Case Number: | 10-14133 AJG |
| Case Name: | Jesup & Lamont, Inc. et al |
| Taxpayer ID #: | 59-3627212 |
| Period: | 10/01/14 - 12/31/14 |

| Trustee: | Matthew C. Harrison, Plan Administrator (900400) |
| Bank Name: | Rabobank, N.A. |
| Account: | 5001564566 - Checking Account |
| Blanket Bond: | $0.00  (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/04/14 | | Thomson Financial LLC | | 4099-000 | 206.17 | | 477,235.66 |
| 11/17/14 | 11059 | Wilk Auslander LLP | Legal fees through October 1914 | 6007-001 | | 41,864.34 | 435,371.32 |
| 12/15/14 | | XL Specialty Insurance | Settlement of insurance claim | 4009-000 | 2,175,000.00 | | 2,610,371.32 |
| 12/16/14 | 11060 | Wilk Auslander LLP | Legal services October-November 22014 | 6007-001 | | 8,800.00 | 2,601,571.32 |
| 12/19/14 | | Apex Clearing Corporation | Securities on deposit | 4007-000 | 183,536.18 | | 2,785,107.50 |
| | | | ACCOUNT TOTALS | | 4,178,694.06 | 1,393,586.56 | $2,785,107.50 |

TOTAL - ACCOUNT   5001564566

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 477,029.49 | | | |
| 1 | Deposits | 206.17 | 2 | Checks | 50,664.34 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $477,235.66 | | Total | $50,664.34 |
| 2 | Adjustments In | 2,358,536.18 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $2,835,771.84 | | | |

Page: 4

# Ledger Report

Case Number: 10-14133 AJG
Case Name: Jesup & Lamont, Inc. et al
Taxpayer ID #: 59-3627212
Period: 10/01/14 - 12/31/14

Trustee: Matthew C. Harrison, Plan Administrator (900400)
Bank Name: Rabobank, N.A.
Account: 5001564567 - Checking Account
Blanket Bond: $0.00 (per case limit)
Separate Bond: N/A

| Trans. Date | [Ref #] / Check # | Paid To / Received From | Description of Transaction | Receipts over Case Life | Disbursements over Case Life | Ledger Code | Account Balances | Receipts $ | Reserve Balances | Disbursements $ | Account Bal. Less Reserves | Checking Account Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | | | | | | | | | |
| | | Checking # 9200-63689360-65 | | 790,321.38 | 595,224.37 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | Checking # 9200-63689360-66 | | 1,412.27 | 492,412.27 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | Checking # 5001564566 | | 4,152,610.54 | 1,353,586.56 | | 2,785,107.50 | 0.00 | 2,785,107.50 | 2,785,107.50 | |
| | | Checking # 5001564567 | | 0.00 | 1,297.95 | | 1,795.46 | 0.00 | 1,795.46 | 1,795.46 | |
| | | | | $4,944,344.19 | $2,157,441.23 | | $2,786,902.96 | $0.00 | $2,786,902.96 | $2,786,902.96 | |

**TOTAL - CASE**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 478,824.95 | | | |
| 1 | Deposits | 206.17 | 2 | Checks | 50,664.34 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $479,031.12 | 0 | Transfers Out | 0.00 |
| 2 | Adjustments In | 2,358,536.18 | | Total | $50,664.34 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $2,837,567.30 | | Net Total Balance | $2,786,902.96 |

{} Asset reference(s)

!-Not printed or not transmitted